B1040 (FORM 1040) (12/15)

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|

| PLAINTIFFS<br>Shirley White - Lett | DEFENDANTS<br>Bank of NewYork Mellon Corporation<br>Select Portfolio Servicing, LLC<br>New Rez, LLC dba Shellpoint Mortgage Servicing<br>Incorporated |
|---|---|
| ATTORNEYS (Firm Name, Address, and Telephone No.)<br>Prose | ATTORNEYS (If Known) |
| PARTY (Check One Box Only)<br>[X] Debtor   □ U.S. Trustee/Bankruptcy Admin<br>□ Creditor   □ Other<br>□ Trustee | PARTY (Check One Box Only)<br>□ Debtor   □ U.S. Trustee/Bankruptcy Admin<br>[X] Creditor   □ Other<br>□ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Plaintiff brings action against Defendants seeking a determination as to whether a mortgage debt was affirmed and not subject to discharge or was in fact discharged pursuant to this Court's entry of an order of discharge. Plaintiffs also seeks sanctions and damages against defendants for willful multiple violations of the discharge order.

**NATURE OF SUIT**

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
[X] 11-Recovery of money/property - §542 turnover of property
[ ] 12-Recovery of money/property - §547 preference
[ ] 13-Recovery of money/property - §548 fraudulent transfer
[ ] 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
[ ] 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
[ ] 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
[ ] 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
[ ] 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
[ ] 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
[X] 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
[ ] 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny
(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
[ ] 61-Dischargeability - §523(a)(5), domestic support
[X] 68-Dischargeability - §523(a)(6), willful and malicious injury
[ ] 63-Dischargeability - §523(a)(8), student loan
[ ] 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
[ ] 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
[ ] 71-Injunctive relief – imposition of stay
[ ] 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
[ ] 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
[X] 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
[ ] 01-Determination of removed claim or cause

**Other**
[ ] SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
[ ] 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| □ Check if this case involves a substantive issue of state law | □ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| □ Check if a jury trial is demanded in complaint | Demand $2,000,000 |
| Other Relief Sought | |

B1040 (FORM 1040) (12/15)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR  Shirley Lett | BANKRUPTCY CASE NO. 10-61451 | |
| DISTRICT IN WHICH CASE IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) | | |
| DATE  2/6/2020 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)  Shirley D. Lett | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

2020 FEB -6  PM 12: 31

M. REGINA THOMAS
CLERK

BY_____
DEPUTY CLERK

IN RE:                                                    CASE NO: 10-61451-MGD

SHIRLEY LETT,                              )    CHAPTER: 7
        Debtor,                                )

_____

                                 )

SHIRLEY WHITE-LETT,[1]                       )
        Plaintiff,                             )

    v.                                                       )

BANK OF NEW YORK MELLON            )
CORPORATION, SELECT PORTFOLIO
SERVICING, LLC, and NEWREZ, LLC,    )
d/b/a/ SHELLPOINT MORTGAGE
SERVICING INCORPORATED,              )
        Defendants,                           )

_____    )


**PLAINTIFF'S RULE 4007 COMPLAINT TO DETERMINE
DISCHARGEABILITY OF DEBT**

**AND**
**RULE 7001 REQUEST FOR DECLARATORY JUDGMENT**

**AND**
**REQUEST FOR SANCTIONS FOR CONTEMPT**

1.   Plaintiff brings this action against defendants seeking a determination as to

whether a mortgage debt was affirmed and not subject to discharge or was in fact

discharged pursuant to this Court's entry of an order of discharge. Plaintiff also

_____
[1]   Plaintiff now goes by the name Shirley White-Lett.

1

seeks sanctions and damages against defendants for willful multiple violations of the discharge order.

## JURISDICTION

2.   This proceeding arises under Title 11 of the U.S. Code Section 523 and Bankruptcy Rule 4007 providing as follows:

> (a) Persons Entitled To File Complaint. A debtor or any creditor may file a complaint to obtain a determination of the dischargeability of any debt.
> (b) Time for Commencing Proceeding Other Than Under §523(c) of the Code. **A complaint other than under §523(c) may be filed at any time.** . . .

3.   Bankruptcy Rule 7001 also provides:

> "An adversary proceeding is governed by the rules of this Part VII. The following are adversary proceedings:
>
> .
>
> .
>
> (6) a proceeding to determine the dischargeability of a debt;
> …
> (9) a proceeding to obtain a declaratory judgment relating to any of the foregoing; …

## FACTS

4.   On January 10, 2010. Plaintiff filed a voluntary chapter 7 petition in bankruptcy *In re: Lett*, No. 10-61451 (ECF No. 1). On October 25, 2010, a "Notice of Appearance" was filed by BAC Home Loans Servicing acting as servicing agent for Bank of New York Mellon (BONYM) "the creditor" regarding a mortgage loan on her residence. The notice stated:

2

BAC HOME LOANS SERVICING, LP fka COUNTRYWIDE HOME LOANS SERVICING, LP AS SERVICING AGENT FOR THE BANK OF NEW YORK MELLON fka THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC. ALTERNATIVE LOAN TRUST 2005-27 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-27 **(hereinafter collectively referred to as "Creditor")** hereby enters its appearance and the law firm of Rubin Lublin Suarez Serrano, LLC, pursuant to Bankruptcy Rules 2002 and 9010, hereby enters their appearance as attorneys for Creditor with regard to all matters and proceedings, pleadings and complaints and adversary proceedings filed in connection with the above-referenced case,…".

See, *Id.*, ECF No. 13.  On October 27, 2010, "Creditor" subsequently filed a "Motion for Relief Automatic Stay". (ECF No. 14).

5.  With regard to the mortgage debt, Plaintiff filed with her schedules a "Debtor's Statement of Intention" naming BAC Home loans and seeking thereby to reaffirm her mortgage debt. (ECF No. 1, p. 32).

6.  Plaintiff however never received any communication from BAC or BONYM as to whether she would be allowed to reaffirm her mortgage loan.

7.  On February 25, 2011, this Court entered an order of discharge (ECF No. 23) which was served by the Court upon BAC Home Loans, the agent for BONYM on February 27, 2011. (ECF No. 24).

8.  Over two and a half years later on or about November 16, 2013, BAC transferred servicing duties to Select Portfolio Servicing, LLC ("SPS") (see **EXHIBIT A** hereto attached). SPS immediately identified itself by subsequent

3

letter dated December 3, 2013 and denoted "Validation of Debt Notice", that it would be acting as servicer in behalf BONYM stating:

We recently sent you a letter advising you that the servicing of your mortgage loan was transferred to Select Portfolio Servicing, Inc. (SPS) effective 11/16/2013. As the servicer for your mortgage loan, SPS is collecting the debt on behalf of Bank of New York Mellon, f/k/a Bank of New York, as Trustee for the registered holders of Alternative Loan Trust 2005-27, Mortgage Pass-Through Certificates Series 2005-27, the investor who currently owns your mortgage loan.   SPS is responsible for sending your monthly mortgage statements, accepting your monthly mortgage payments, collecting any amount due caused by your default under the terms of your Note and Mortgage and generally administering the terms of your mortgage loan.

9.     Through a series of letters thereafter received from SPS by Plaintiff, she was led to believe that her mortgage loan had been re-affirmed and that she remained personally liable for the debt.

10.     Plaintiff persistently was encouraged to seek a modification of her loan but was warned that if her loan was not modified, she would be personally liable for the debt and also may be pursued for any other fees incurred such as taxes and insurance paid by SPS and BONYM in her behalf.  In fact in or around February 2014, Plaintiff informed an SPS employee with whom she was communicating regarding loan modification opportunities, that she had received a bankruptcy discharge and wanted to know whether her loan had been reaffirmed. The agent/employee was not able to answer this question.

11.     In order to avoid being personally liable for the debt, Plaintiff felt she had no choice but to engage in loan modification efforts with SPS and so did engage with SPS in loan modification efforts over a period of 3 years (2014 through 2016)

4

12.    For each of those years (for a total of 33 months) Plaintiff was sent a monthly "Mortgage Statement" by SPS which, among other things, informed Plaintiff in a prominently displayed box that the statements were "an attempt to collect a debt".

13.    For example, the first two statements sent to Plaintiff (the December 2013 and January 2014 statements) flatly stated as follows:

> You are hereby notified that this statement is an attempt to collect a debt. All information obtained will be used for that purpose.

14.    The 31 monthly statements that followed these statements contained a different format but essentially communicated the same information and in addition further noted that Plaintiff would be responsible to reimburse certain expenses incurred by BONYM and/or SPS as follows:

> [1] This amount is not a payoff quote. If you want a payoff quote, please see instructions on reverse side.
>
> [3] Partial payments or overpayments are treated as unapplied funds until we receive enough for a full principal and interest payment at which time we will credit your account for the principal and interest payment
>
> Any transactions that occurred after the statement date noted above will be reflected on your next statement.
>
> This is an attempt to collect a debt. All information obtained will be used for that purpose.
>
> If there is a balance under Expenses Paid by Servicer, it means we have paid certain expenses on your behalf due to the delinquent status of your account. You are responsible to reimburse us for these amounts plus interest, which may be billed at the note rate.

15.    The 3rd page of the letter contained yet another box which similarly further informed of a duty to reimbursement other fees as shown:

5

Due to the delinquent status of your loan a property inspection and/or valuation report was ordered and you are responsible to reimburse us for the amounts plus interest, which may be billed at the note rate.

Under the Servicemembers Civil Relief Act if you or a family member has been deployed to active duty, you may be eligible for certain protections regarding your mortgage loan. Please contact us at (800) 258-8602 to discuss these protections.

⁴ Loan Due Date: If this date is different from your Payment Due Date, it means that your are past due and owe payments from previous months.

Per IRS regulations all 2013 year end statements will be mailed no later than January 31, 2014. Year end information will be available via our automated voice response system on January 2, 2014. Duplicate year end statements can be obtained from our website www.spservicing.com after January 31, 2014.

16. All such statements further included an attached "Monthly Payment Coupon." **Importantly, none of the statements acknowledged or mentioned Plaintiff's chapter 7 bankruptcy case or discharge**. Attached hereto as **EXHIBIT B,** is a collection of the 33 monthly mortgage statements sent Plaintiff by SPS for the period beginning December 2013 through September 2016.

17. During the course of attempting to qualify for a loan modification throughout 2014 and early 2015 and desperate to avoid personal liability for the mortgage debt and mounting fees which Plaintiff believed she would face if a modification was denied and because during such time Plaintiff believed that SPS was attempting to deny her a modification on false pretenses and other bad faith practices in order to collect such fees from her, Plaintiff's anger, frustration, fear and mental anguish grew tremendously over this period. Personal liability for the debt would have resulted in Plaintiff's financial ruin and fear of a judgment leading to garnishment among other possible consequences took a dramatic toll on her health.

18. By late 2014 and early 2015, Plaintiff had begun having bouts of dizziness, shortness of breath and chest pains. Feeling alarmed and afraid regarding these

6

physical events, Plaintiff immediately sought to be evaluated by her physician. Plaintiff's physician discovered that she had developed a thoracic aortic aneurysm which was causing the symptoms she had been experiencing.

19.     Plaintiff had never been sick at all prior to that time and had no family history of any heart disease or hypertension. As a result of this diagnosis, which was based in part upon a transthoracic echocardiograph report, Plaintiff had been prescribed several medications. A copy of Plaintiff's medical records describing her diagnosis and treatment is attached as **EXHIBIT C** and were prepared and presented to her by her treating physician, Dr. Apurva D. Shah, MD.  Plaintiff had been informed by Dr. Shah that such medication will likely be necessary for the rest of her life.

20.     As Dr. Shah noted in his report as attached, he also informed Plaintiff that she was at risk of death if her conditioned worsened to the extent that a rupture developed resulting in internal bleeding. In addition to prescribing a number of medications that Plaintiff would need to take, he advised her also to reduce the amount of stress physical activity and work hours.

21.     Since her diagnosis Plaintiff began to do some research of her own as to the management of her condition (aortic aneurism). She chanced to read on the website of the Yale School of Medicine an article titled "*Severe Physical and Emotional*

7

*Stress May Cause Catastrophic Tear in Aorta*".[2]    The article had stated among other things:

> Intense physical exertion **or an extreme emotion**, like shoveling snow **or anxiety** over big gambling losses, can cause a rupture in the main artery leading to and from the heart, according to a Yale School of Medicine study in the American Journal of Cardiology.
> This damage to the inner wall of the aorta is known as an aortic dissection (ADD), in which a tear in the wall creates two channels. The blood continues to travel in one channel but is stagnant in the other, causing the rupture to balloon and push on other branches of the aorta, constricting their blood flow. The condition can be fatal.
> . . . Elefteriades and his co-authors interviewed 90 patients who had an aortic dissection and asked what happened right before the rupture occurred. Sixty-seven percent identified either severe exertion or severe emotion as a trigger for their ADD.
> More specifically, 24 patients said they were involved in activities such as lifting weights or other heavy objects, shoveling snow, changing storm windows, playing racquet ball, doing push ups, or engaging in vigorous sex. **Thirty-six patients said they had just experienced a severe emotional blow—including upsetting news, such as a diagnosis of lung cancer, experiencing big losses at the casino, and taking a stressful business trip**.

22. Plaintiff also reviewed information found on the website of the Mayo Clinic noting in a section "*Coping and Support*" the following [3]:

> **Coping and support**
> Living with a thoracic aortic aneurysm can be stressful. **Try to avoid stressful situations and strong emotions such as anger, as these can increase your blood pressure.**
>
> If you have a genetic condition such as Marfan syndrome, you may feel fear, anxiety or depression. Talk to your doctor if you experience

---

[2]        Please visit e.g., website at: https://medicine.yale.edu/news-article/4082/ (November 1, 2007).
[3]        Found at: https://www.mayoclinic.org/diseases-conditions/thoracic-aortic-aneurysm/diagnosis-treatment/drc-20350193

these emotions; he or she may refer you to a doctor trained in mental health conditions (psychologist).

23.    Plaintiff has never engaged in any manner of exceptionally strenuous physical activity or exertion and prior to her emotionally traumatic and extraordinarily stressful experiences with SPS as alleged above, Plaintiff never had any occasion to be exposed to strong emotions or anger.

24.    On March 8, 2016, SPS sent Plaintiff another notice making a "formal demand for payment" on the note stating as follows:

The mortgage loan on your property is in default as a result of your failure to make payments as required by the Note and Deed of Trust or Mortgage (Security Instrument), We have previously sent you letters and communications regarding this default in an attempt to resolve this matter. This letter provides information about the default and what rights you have to cure the default. Select Portfolio Servicing, Inc. (SPS) services your mortgage loan and has been instructed on behalf of the holder of the promissory note to pursue remedies under the Security Instrument unless you take action to cure the default before the Cure Date shown below. The Noteholder on your Loan is Bank of New York Mellon, f/k/a Bank of New York, as Trustee for the registered holders of Alternative Loan Trust 2005-27, Mortgage Pass-Through Certificates Series 2005-27 (c/o SPS, PO Box 65250 Salt Lake City, UT 84165-0250).

This letter provides notice of the following:

**The Default**
You have failed to make payments under the Note and Security Instrument as shown below. This letter is a formal demand for payment.

**Action Required to Cure the Default**
To cure this default, you must pay the Amount Required to Cure together with payments which may subsequently become due, on or before the Cure Date listed below.

**Amount Required to Cure the Default**
As of the date of this letter, the total amount due and required to cure the default on your loan is $177,894.31 (Amount Required to Cure) as itemized below:

(See **EXHIBIT D**).

25.    Stating that it was acting as instructed by its creditor/principle BONYM, SPS went further in this letter to urge a payment or payment arrangement and nowhere acknowledges Plaintiff's Chapter 7 bankruptcy or discharge. Further, at the last page of the letter, SPS stated that *"this communication from a debt collector is an attempt to collect a debt …"*.

<u>Transfer of Servicing to NewRez, LLC, d/b/a Shellpoint Mortgage Servicing</u>.

26.    After sending the above-referenced letter to Plaintiff, SPS continued to drag through the loan modification process through December 2016 while sending each month the monthly mortgage statements containing the language and notices as set forth herein and attached hereto. On or about December 1, 2016, SPS transferred servicing to Shellpoint Mortgage Servicing.

27.    Like SPS, Shellpoint, also purporting to be acting at the direction of BONYM, went through the motions of creating the mere appearance that Plaintiff would be considered for a mortgage modification and also, in at least two letters sent to Plaintiff, warned her that if she did not qualify for a loan modification, BONYM would not only foreclose but may also seek a deficiency judgment against her should the foreclosure sale not cover the debt.

28.    Specifically, by letter dated July 21, 2017, Shellpoint communicated as follows:

> If approved for a short sale, **Shellpoint reserves the right to pursue a deficiency payment if such deficiency claim is permitted by applicable law.**

[See **EXHIBIT E**]. The letter contained no acknowledgement of Plaintiff's bankruptcy or her discharge.

10

29.    Five days later, Shellpont sent another letter dated July 26, 2017. This letter, like the July 21, letter, also noted an intention to seek a deficiency judgment stating as follows:

> "The above referenced mortgage loan serviced by Shellpoint Mortgage Servicing ("Shellpoint"), on the above referenced property is in default and foreclosure proceedings have or may soon commence. Because you have not taken steps to resolve the delinquency, we have been instructed by the owner of your mortgage loan to commence foreclosure. In addition to foreclosing on the property, the owner of the mortgage loan **may seek a deficiency judgment against you** if the proceeds from the foreclosure sale do not pay off the amount you owe on the mortgage loan."

[See **EXHIBIT F**].

30.    This letter also made no mention of Plaintiff's chapter 7 bankruptcy case or discharge. Defendants' further threat to hold Plaintiff personally responsible for the debt caused her such additional fear, frustration and mental anguish that her health conditions again flared up but were worse this time in that her medication failed to give complete relief as before and she now lives with persistent chest pains and shortness of breath. Plaintiff has been informed that she may either require more risky medication or surgery. Having already been forced to curtail the number of hours she could work at her employment as a result of the 2015 diagnosis, Plaintiff now feels physically unable to work more than 10 to 15 hours per week without feeling exhausted and out of breath and cannot again work or enjoy any other normal physical activity as she once had. Plaintiff was advised that

11

her condition will remain with her for the remainder of her life and that she will require medical treatment, evaluations and medication for the rest of her life. Such treatment in monetary costs averages $5000 per year for the remainder of her life.

31.   As a result of the foregoing, Plaintiff has also suffered mental and emotional distress, fear and extreme unhappiness in facing her future lifetime of disability.

## DISCHARGEABILITY AND DECLARATORY JUDGMENT

32.   As alleged herein, Plaintiff did seek to re-affirm her mortgage debt but never heard from Defendant BONYM or SPS as to whether re-affirmation would actually be allowed and SPS refused to respond to Plaintiff's inquiries as to whether her loan was or would be re-affirmed. Plaintiff has not executed and is not otherwise aware of having executed any specific agreement in reaffirmation of her loan despite intimations by SPS that such had occurred. Plaintiff thus seeks a declaration that the mortgage debt was not re-affirmed and is and was a dischargeable debt that was discharged in her chapter 7 bankruptcy case.

## SANCTIONS FOR CONTEMPT

### Knowledge of Discharge Imputed To Bank of New York Mellon

33.   As alleged and shown, BAC Home Loans appeared in Plaintiff's Chapter 7 Bankruptcy proceeding expressly stating in the Notice of Appearance, as well as in a "Motion for Relief From Automatic Stay," that BAC was the agent for BONYM.

12

It is further clear that service of the discharge order was made upon BAC as agent for BONYM by the clerk of this Court.

34.     As a result, BONYM is charged with knowledge of Plaintiff's discharge though BAC. The Eleventh Circuit Court of Appeals cited Restatement Third of Agency in *Stephen Dye, et al. v. Tamko Building Products, Inc.*, 908 F.3d. 675 (11th Cir. 2018). The opinion cites § 2.02 cmt. d of Restatement Third during its introductory explanation of the scope of authority in an agency relationship. Comment d of §2.02 addresses acts necessary or incidental to achieving a principal's objectives ("If a principal's manifestation to an agent expresses the principal's wish that something be done, it is natural to assume that the principal wishes, as an incidental matter, that the agent take the steps necessary and . . . proceed in the usual and ordinary way[.]"). The court further states that knowledge or notice acquired by an agent who is acting within the scope of his authority is generally assigned to the principal, citing § 5.03 of the Restatement Third of Agency. The court noted:

> Even aside from our "incidental-to" precedent, it is axiomatic under Florida law—and more generally—that **knowledge or notice that an agent acquires while acting within the course and scope of his authority is generally imputed to his principal**. See, e.g., *Chang v. JPMorgan Chase Bank, N.A.*, 845 F.3d 1087, 1095 (11th Cir. 2017); Restatement (Third) Of Agency § 5.03 ("For purposes of determining a principal's legal relations with a third party, **notice of a fact that an agent knows or has reason to know is imputed to the principal if knowledge of the fact is material to the agent's duties to the principal**[.]").

13

See also, *Fouche & Fouche v. Merchants' National Bank of Rome,* 110 Ga. 827, 36 S.E. 256 (1900) [stating the general rule which "imputes the knowledge of an agent or officer of a corporation, acquired by virtue of his employees as such about matters relating to his employment, and over which he has supervision as the agent or officer of the company, as the knowledge of the corporation itself."

35.     In this case, BAC specifically stated in its "Notice of Appearance" that it was acting as the agent for Bank of New York Mellon and expressly requested that all pleadings and papers be served on it through its attorneys.

36.     In *In re Crawford*, 388 B.R. 506 (Bankr. S.D.N.Y. 2008), the court applied the principle to contempt proceedings in the bankruptcy context:

> "Generally, principals are liable for the acts of their agents performing within the scope of their apparent authority." *News America Mktg., Inc. v. LePage Bakeries, Inc.,* 16 A.D.3d 146, 791 N.Y.S.2d 80 (N.Y. App. Div. 1st Dep't. 2005). "Under the doctrine of respondeat superior, a principal is liable for the negligent acts committed by its agent within the scope of the agency." *Fils-Aime v. Ryder TRS, Inc.,* 40 A.D.3d 917, 918, 837 N.Y.S.2d 199 (N.Y. App. Div. 2d Dep't. 2007) (citations omitted). "The law is well settled that, unless obtained confidentially, knowledge acquired by an agent acting within the scope of his [or her] agency is imputed to his [or her] principal and the latter is bound by such knowledge." *Bauer v. CS-Graces, LLC,* 48 A.D.3d 922, 852 N.Y.S.2d 416 (N.Y. App. Div. 3d Dep't. 2008) (alterations in original) (citations and internal quotations omitted). Thus, where notice of a bankruptcy filing has been provided to a sub-agent, or in this case to one agent in a convoluted system of agents, subagents and servicers, the principal becomes liable for any violation of the automatic stay committed by those agents or sub-agents.
> Once notice is given of the filing, a creditor is subject to the full force of the automatic stay, and is subject to all penalties for violation thereof. Such notice may be oral or written, and may be given by any means and

14

in any manner. While service of such notice in the manner provided for a summons and complaint is permitted, it is not required. *In re Stucka, supra*, 77 B.R. at 781; see also *Mallis v. Bankers Trust Co.*, 717 F.2d 683, 689 n. 9 (2d Cir. 1983) 689 n. 9 ("basic tenet" of law of agency that knowledge of agent is imputed to principal).

Attorneys are also presumed to act with authority from – and as agents of – their clients. "Any other notion would be wholly inconsistent with our system of representative litigation, in which each party is deemed bound by the acts of his lawyer-agent . . . ." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 634, 82 S.Ct. 1386, 1390 (1962); See also *Chira v. Lockheed Aircraft Corp.*, 367 B.R. 54, 67 (2d Cir. 1980) ("absent a truly extraordinary situation," client is not excused from consequences of attorney's nonfeasance); *In re Artha Mgmt.*, 1995 WL 606252, *8 (S.D.N.Y. Oct. 12, 1995) (citing cases); In re Linzer, 264 B.R. 243, 248 (Bankr. E.D.N.Y. 2001) (general rule in agency law that "adequate notice to or actual knowledge acquired by an agent is imputed to the principal" applies to relation of attorney and client). The same agency rules apply to sub-agents. In *In re Withrow*, 93 B.R. 436 (Bankr. W.D.N.C. 1988), a credit card company willfully violated the automatic stay where the debtor provided notice of his filing to an attorney representing a collection agency that the credit card company's servicing agent and sister corporation retained to collect on the debtor's delinquent account. *Id.* at 437. The bankruptcy court imputed knowledge of the bankruptcy filing to the credit card company, and actions by its other agents constituted a willful violation of the automatic stay. *Id.* at 438. In so holding, the *Withrow* court observed that the credit card company elected to operate through a complex, "convoluted system of agents, subagents and sister corporations" that was likely to produce stay violations and could not assert the results of - 19 - that complex system as a defense. *Id.* at 439; see also 2A N.Y. Jur. 2d Agency § 166 (relation of agency exists between the principal and an authorized subagent). An analogous line of cases holds that even a large government agency such as the Internal Revenue Service "may not shield their violations of the stay . . . by erecting a blind of 'complexity'." *In re Stucka, supra*, 77 B.R. at 783. The inability of a bureaucracy to react in a timely manner to a bankruptcy filing by providing actual notice to its collection agents is not an excuse for violating the automatic stay. *In re Santa Rosa Truck Stop, Inc.*, 74 B.R. 641, 643 (Bankr. N.D. Fla. 1987) ("If the automatic stay is to afford any meaningful protection to a debtor attempting to reorganize, it must be enforced against the colossus of the I.R.S. just as it is against individual

15

and corporate creditors who may persist in their collection efforts after a petition for relief has been filed."); see also *In re Lile*, 103 B.R. 830, 837 (Bankr. S.D. Tex. 1989) (agent's actions were deliberate and intentional and constituted willful conduct on the part of the IRS); *In re Price*, 103 B.R. 989, 993 (Bankr. N.D. Ill. 1989) (IRS charged with knowledge of its agents; size and complexity does not excuse disregard for the automatic stay).

37. Again it is clear from the letter attached as EXHIBIT D that SPS was acting *as instructed* by BONYM:

> "SPS .... **has been instructed on behalf of the holder of the promissory note** to pursue remedies under Security instrument. …**The Noteholder on your loan is Bank of New York Mellon**…"

**Knowledge By SPS**

38. Plaintiff further alleges that SPS itself was given knowledge of the bankruptcy discharge early on by Plaintiff in a telephone conversation concerning whether the loan had been re-affirmed. [See, e.g. ¶ 10 ].

**Knowledge By Shellpoint**.

39. Plaintiff alleges further that Shellpoint also was aware of Plaintiff's chapter 7 bankruptcy as communication to that effect was received by Plaintiff from Shellpoint's employee(s) during her telephone conversations with such employees and/or representatives during loan modification discussions occurring in May and June 2017.

**Sending of Monthly Mortgage Statements Violated Section 524.**

*Roth v. Nationstar Mortgage, LLC*

16

40. In *Roth v. Nationstar Mortgage, LLC*, No. 17-11444 (11th Cir. 2019), the

Eleventh Circuit first noted the purpose and authority of Section 524:

> Section 524(a)(2) of the bankruptcy code provides that a discharge of debt in Case: 17-11444 Date Filed: 08/28/2019 Page: 6 of 15 7 a bankruptcy proceeding "operates as an injunction against the commencement or continuation of . . . an act . . . to collect . . . any such [discharged] debt." 11 U.S.C. § 524(a)(2).1 This injunction is enforced through section 105, whereby the bankruptcy court "may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title." 11 U.S.C. § 105(a). Section 105 "grants statutory contempt powers in the bankruptcy context. " *In re Hardy*, 97 F.3d 1384, 1389–90 (11th Cir. 1996) ("Therefore, § 105(a) grants courts independent statutory powers to award monetary and other forms of relief for [violations] to the extent such awards are 'necessary [or] appropriate' to carry out the provisions of the Bankruptcy Code.") (internal quotation marks and citations omitted). Together, sections 524(a)(2) and 105(a) "authorize a court to impose civil contempt sanctions [for attempting to collect a discharged debt] when there is no objectively reasonable basis for concluding that the creditor's conduct might be lawful under the discharge order." *Taggart v. Lorenzen*, 139 S. Ct. 1795, 1801 (2019). In this way, "a court may hold a creditor in civil contempt for violating a discharge order if there is no fair ground of doubt as to whether the order barred the creditor's conduct." Id. at 1799.

41. *Roth* then established the circumstances under which the sending of a monthly

mortgage statement would constitute a violation of the discharge injunction. In its

opinion, the court placed great emphasis on the disclaimers included by Nationstar

and found that in light of the disclaimers, the "objective effect" of the

communication could not be construed as "pressur[ing] the debtor to pay a

discharged debt." As for Nationstar's inclusion of the amount due, due date, and

17

payment instructions, the Eleventh Circuit noted that the effect of Roth's Chapter 13 was the creditor's retention of a lien on Roth's property – i.e. her continued non-payment would likely result in her losing the property – even though her personal liability had been extinguished. The Eleventh Circuit noted that the Bankruptcy Code expressly allows a debtor to voluntarily repay that discharged debt, which Roth might well want to do if she had an interest in retaining the property. Thus, the information Nationstar supplied to Roth was potentially helpful to her and the Court declined Roth's invitation to eliminate the ability of creditors to supply such information, even after discharge – **so long as that information is accompanied by adequate disclosure that it is for informational purposes only and is not an attempt to collect a discharged debt.**

42. In this case, none of the facts which were considered crucial in determining that the "informational statement" in *Roth* was permissible under § 524 exist. Here the monthly mortgage statements, (1) contain no disclaimer at all let alone a disclaimer that the statements are ""for informational purposes only **and is not intended as an attempt to collect, assess, or recover a discharged debt" from [Plaintiff]**, or as a demand for payment from any individual protected by the United States Bankruptcy Code". To the contrary, the statements all make expressly clear that **"this statement is an attempt to collect a debt"**, (2) the statements contain no disclaimer that they "are for informational purposes only";

(3) "the included payment coupon is **[not]** marked in large lettering as "voluntary" but in fact not marked at all; (4) unlike in *Roth*, the statements make clear **in two places** that **"you are responsible to reimburse us"** for various expenses paid by BONYM.

43.     Moreover, at EXHIBIT D (the default letter), SPS again flatly stated that the letter was a **"formal demand for payment"** and similarly contained no disclaimers at all of any sort.

44.     The "objective effect" of these statements and letters leave "no fair ground of doubt" that an attempt to collect a discharged debt was being made.

**Courts Have Found Such Monthly Statements to Be in Violation of § 524.**

45.     Courts that have considered monthly mortgage statements such as those now before this Court have repeatedly found them to constitute § 524 violations on their face. One such court was *In re Marino* (B.A.P. 9th Cir. 2017) 577 B.R. 772; *Ocwen Loan Servicing v. Marino*, Nos. 16-1229, 16-1238 (B.A.P. 9th Cir. Dec. 22, 2017). There the court noted:

> Ocwen argues that the disclaimer language contained in some of the notices protects it from liability. We disagree. First, Ocwen does not attempt to explain the fact that, of the twenty-two letters it sent to the Marinos, seven had no disclaimer language whatsoever. Second, although Ocwen knew that the Marinos had filed for bankruptcy protection and received a discharge, thirteen of the fifteen letters with disclaimers spoke of bankruptcy as a hypothetical possibility (e.g., "if you filed for bankruptcy and your case is still active, or if you have received an order of discharge, please be advised that this is not an attempt to collect a

prepetition or discharged debt"). Ocwen makes no attempt to explain why it was proper for Ocwen to obscure the fact (known to Ocwen) that the Marinos had already received a discharge. Third, even the small number of letters that acknowledged  (as Ocwen admittedly knew) that the Marinos had obtained a discharge were internally contradictory. The body of these letters asserts that the Marinos must pay the debt, but the disclaimer placed at the end of the same documents told them that they need not pay the debt. **This contradiction confused the Marinos and would likely confuse many similarly situated debtors. Cf.** *In re Anderson*, **348 B.R. 652, 661 (Bankr. D. Del. 2006) (finding a violation of the discharge injunction where the letter with disclaimer language also stated confusingly that the debtors would be liable for any deficiency).** Fourth, Ocwen makes no effort to explain why it sent admittedly "generic" notices to the Marinos. In this modern age of information technology, Ocwen could and should prepare notices that are consistent with the known legal status of its borrowers. Ocwen's failure to do so must reflect either incompetence (which we doubt) or a deliberate effort to induce confused borrowers to pay discharged debts. Similarly, it was probably no accident that the improper demands for payment appear near the beginning of each letter and the disclaimers appear near the end. . . . Ocwen also argues that the Marinos' emotional distress  predated the post-discharge communications and was not caused by  its violation of the discharge injunction, But the Marinos and Ms. O'Kane testified that the Marinos' health and relationship improved after they filed for bankruptcy but deteriorated again when Ocwen began contacting them post-discharge.

46.    A similar situation was at issue in *Lemieux v. America's Servicing Co. (In re Lemieux)*, 520 B.R. 361 (Bankr. D. Mass. 2014) :

> [T]he balance of the twelve page insurance mailing sends a message that is at odds with the disclaimer. ASC's letter, which includes various demands for action and payment, opens with the admonition "Action required." The letter informs the Lemieuxs that ASC has obtained a hazard insurance policy because the Lemieuxs did not provide the "required" proof of adequate insurance on the Groton property. The letter demands certain action from the Lemieuxs, including that they "must" "giv[e] . . . proof of other acceptable coverage" if they want to "cancel the insurance [ASC] obtained." The Lemieuxs are "urge[d]" to do so, because otherwise "[t]he annual premium . . . will be charged to [their] escrow account." ASC warns the Lemieuxs that the coverage ASC

"obtained will be far more expensive than a policy [the Lemieuxs] could obtain." As a result, ASC encourages the Lemieuxs to call them "as soon as possible and request that [ASC] pay the premium due," for which the Lemieuxs "would repay [ASC]." The tone of this strongly worded letter is strikingly different from the bankruptcy disclaimer on page three. See *In re Nordlund*, 494 B.R. at 518 ("In other words, [the creditor] is telling the debtors that it would collect the cost of replacement homeowner's insurance coverage from them, although such debts were discharged in their bankruptcy case.") In fact, the only reference to bankruptcy anywhere in the entire insurance mailing is in that single disclaimer, in a font size much smaller than the font size of the rest of the document. Unlike the monthly statements, the insurance mailing contains no additional disclaimers, explanations or other indications that it is being sent for informational purposes or that it is not an act to collect a debt from the Lemieuxs. See id. (explaining that a letter regarding replacement homeowner's insurances seeks to collect a debt from the debtors personally by "set[ting] in motion a process for the establishment and fixing of the debt owed"); In re Gaston, No. 09- 00249, 2011 Bankr. LEXIS 1433, at *8 (Bankr. Haw. Apr. 14, 2011) (explaining that a creditor did not need to give insurance notices to a debtor to enforce its post-discharge lien on property).

47.    Notably the district court in *Roth*[4] made comparisons regarding the contents of communications at issue before it and those which appeared in other cases in this circuit and others. The district court focused on the existence or nonexistence of disclaimers and the existence of a demand for payment—neither of which were present in that creditor's [Nationstar's] letters:

> But here, the disclaimer language in the Informational Statement is not limited to one sentence buried in boilerplate language on the second page. Rather, the disclaimer is prominently displayed in bold on the first page and extensively describes the purpose for the communication: that the Informational Statement **does not attempt to**

---

[4] *In re: Arlene Roth*,  Case No. 9:10-bk-30383-FMD Chapter 13 Middle D. FLA 2009) Doc. No. 95.

**collect a debt**, and that Debtor can request the discontinuation of further communication. **The Informational Statement does not demand payment, nor** - unlike creditor Bayview's statements in *Leahy-Fernandez* [5] - does it even request that payment be made.

48.    *Roth's* reasoning, which focused on the disclaimer presence and the existence or nonexistence of language that could fairly be characterized as a request for payment and which was affirmed by the Eleventh Circuit, was expressly borrowed from two cases from this Court in *In re Henriquez*, 536 B.R. 341, 345 (Bankr. N.D. Ga. 2015) *and In re Mele*, 486 B.R. 546, 555 (Bankr. N.D. Ga. 2013). Both of these cases similarly found (1) an unequivocal and prominent disclaimer in the letters and statements regarding the bankruptcy discharge, (2) contained specific and express language that the letter was not an attempt to collect a debt and (3) did not effectively ask for payment. Again, the monthly statements attached hereto are diametrically opposite to those considered in *Mele* and *Henriquez*, and do not objectively qualify as mere "informational statements".

49.    As to the default letter at EXHIBIT D, which expressly stated that it was a "formal demand for payment" and which also contained no disclaimers, it too cannot be characterized as an informational statement nor can it be excused under

---

[5]    *Roth* noted the observations of the court in *Leahy-Fernandez v. Bayview Loan Servicing, LLC*, 2016 WL 409633 (M.D. Fla. 2016) concerning the ineffectiveness of the disclaimer contained in the creditor [Bayview's] letter noting:

> "After reviewing Bayview's statements, the court found that its communications constituted an attempt to collect a debt. The court reasoned that a one-sentence disclaimer in fine print on the second page of the statement was insufficient to shield the loan servicer from liability."

the suggestion that it was a communication required by the security deed or applicable Georgia law because **no Georgia law regarding any statutory notice prohibits a mortgage creditor from including the disclaimer language** of the sort discussed herein. This Court in *Mele*, squarely decided that the precise facts as presented in SPS's communications and statements collectively was an attempt to collect a debt. For example, *Mele* followed the rationale and procedure of the court in *In re Brown*, 481 B.R. 351 (Bankr.W.D.Pa.2012). *Mele* noted:

> In contrast to these informational letters, the debtor received several mortgage statements that included the amount of payment, a due date, a late charge if not received by a certain date, a past due amount **and notably, did not include any disclaimers**. The Court concluded that these statements constituted attempts to collect a discharged debt. Similarly, this Court will review each of the forms and letters individually and then assess the overall effect of the documents to determine if Defendant was seeking to collect a debt from Plaintiff personally.

50.   Because the mortgage statements in the instant case **(33 in total)** all stated an amount due, a statement of fees imposed to date and which would be charged and added if not paid by a date certain, contained a date by which the payment must be made, contained a statement that Plaintiff would be responsible for reimbursement of fees *in two different boxed sections*, contained no disclaimers whatsoever and contained a statement that flatly stated that ***"you are hereby notified that this statement is an attempt to collect a debt"***, there "is no objectively reasonable basis for concluding that the [Defendants'] conduct might be lawful under the discharge order". Add to these 33 monthly mortgage statements Defendants' letter

23

at EXHIBIT D, which also flatly stated that the letter constituted *"a formal demand for payment"* **also without any disclaimers**, there is not a 'fair ground of doubt" that a violation of § 524 occurred. *Taggart, supra.*

## Shellpoint's Continued Attempts to Collect the Debt.

51.     Following the practices of its predecessor SPS, Shellpoint also engaged Plaintiff in feigned insincere efforts to modify her loan while instead attempting to pressure a payment or create the appearance that Plaintiff was personally obligated under the discharged note.

52.     First, in its letter dated June 7, 2017, (which contained no disclaimers or reference to Plaintiff's chapter 7 discharge) Shellpoint informed her that although they "lost" her original note, they intended to enforce it by filing a "lost note affidavit" and thereafter followed with her account statement as follows:

Shellpoint Mortgage Servicing services the mortgage loan. You signed a promissory note secured by a mortgage, deed of trust or other security instrument.Shellpoint Mortgage Servicing intends to initiate foreclosure action on the mortgaged property. The foreclosure will be conducted in the name of THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC. ALTERNATIVE LOAN TRUST 2005-27, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005 27 ("Noteholder").

r Noteholder is unable to find the original promissory note you signed and will seek to prove the promissory note using a lost note affidavit. Noteholder is the original mortgagee or beneficiary or the assignee of the mortgage or deed of trust for the referenced loan

2.   Important Account Information as of 06/07/2017:
    A.  The total amount needed to reinstate or to bring the account current is: $237,086.50. Please note this amount is subject to change. Please call us for the most current amount.
    B.  The amount of the principal obligation under the mortgage is: $642,807.92
    C.  The date through which the account is paid is: 06/01/2012
    D.  The date of last full payment was: 06/01/2012
    E.  As of today, you are due for: 07/01/2012
    F.  As of today, the interest rate in effect for the loan is: 2.75%
    G.  The date on which the interest rate may next reset or adjust is: 07/01/2017
    H.  The amount of any prepayment fee to be charged is: $0.00
    I.  The amount of late payment fees included in the above reinstatement amount is: $325.44

**[See EXHIBIT G].**

24

53.    Shortly thereafter, Plaintiff submitted a loss mitigation application to Shellpoint on July 17, 2017 which Shellpoint acknowledged receiving by letter dated July 21, 2017 (see again EXHIBIT E).  This letter further stated that the application was determined to be incomplete or contained errors and noted that Plaintiff would have until August 20, 2017, to submit the additional requested documentation. Specifically it stated:

> Shellpoint Mortgage Servicing ("Shellpoint") has received your request for a loss mitigation program. However, *because you have not provided all the documentation previously requested,* your response package is currently considered incomplete. If we do not receive the required documents by **08/20/2017**, we may conclude that you have withdrawn your request for a modification and may resume other means to collect any amounts due on your account.

54.  Yet further the letter added --

> "The evaluation process will begin when we receive all required documentation. **During the evaluation process, your property will not be referred to foreclosure** or be sold at a foreclosure sale".

*[Id.]*.  The letter went on to warn:

> If approved for a short sale, **Shellpoint reserves the right to pursue a deficiency payment if such deficiency claim is permitted by applicable law.**

55.    Despite that the July 21, 2017 letter assured Plaintiff that no foreclosure referral would take place while her loss mitigation application was being evaluated, Shellpoint, only five days following the July 21, 2017 letter and 5 days after receiving and acknowledging her loss mitigation application, sent Plaintiff another letter dated July 26, 2017, which informed her that a foreclosure referral

had been made regarding her mortgage loan *in direct defiance of its representation that it would not do so during the evaluation process*. This letter, like the July 21, letter, also intimated an intention to seek a deficiency judgment stating as follows:

> "The above referenced mortgage loan serviced by Shellpoint Mortgage Servicing ("Shellpoint"), on the above referenced property is in default and foreclosure proceedings have or may soon commence. Because you have not taken steps to resolve the delinquency, we have been instructed by the owner of your mortgage loan to commence foreclosure. <u>In addition to foreclosing on the property, **the owner of the mortgage loan may seek a deficiency judgment against you** if the proceeds from the foreclosure sale do not pay off the amount you owe on the mortgage loan.</u>"

[see again EXHIBIT F].

56.     Neither the July 21 letter nor the July 26 letter contained any disclaimers whatsoever and all these letters and communications leave no objective doubt that Shellpoint, like SPS, was also attempting to collect a discharged debt. Despite all of Plaintiff's efforts to avoid personal liability for the debt by seeking to do as Defendants suggested—obtain a loan modification—Plaintiff's efforts appeared to have been a waste of time as Defendants all along simply wished to impose personal liability upon her for the debt no matter what she tried to do in avoidance.

57.     Shellpoint's conduct exacerbated and/or perpetuated the damage already inflicted upon Plaintiff's health as a result of BONYM and SPS's prior § 524 violations as alleged herein as Plaintiff suffered a further continuing and/or worsening of her condition by reason of Shellpoint's § 524 violations.

26

58.    Plaintiff has suffered and will continue to suffer from extreme worry, mental anguish and unhappiness concerning her health and the possibility that she could suffer death as a result of her condition, the inability to enjoy life as she had prior to Defendants' violations and the fact that for the rest of her life she will suffer chest pains and shortness of breath, endure medical costs and care and will suffer diminished earning potential, sleeplessness, anger and frustration continually.

## CONTEMPT SANCTIONS

59.

> "Sanctions in civil contempt proceedings may be employed for either **or both** of two purposes: to coerce the defendant into compliance with the court's order, and to compensate the complainant for losses sustained." *F.T.C. v. Leshin*, 719 F.3d 1227, 1231 (11th Cir.2013) (alteration and internal quotation marks omitted) (quoting *Local 28 of Sheet Metal Workers' Int'l Ass'n v. EEOC*, 478 U.S. 421, 443 (1986)), cert. denied, —— U.S. ——, 134 S.Ct. 901 (2014).

*In re: McClean*, 794 F.3d 1313 (11th Cir. 2015).

60.    Ultimately no amount of money can adequately compensate Plaintiff for the loss of her life as she had known and enjoyed it prior to Defendants' intentional wrongful conduct and pressuring activities. Plaintiff has suffered lost or diminished earning potential in the amount of approximately $180,000 and medical costs over the remainder of her life in the approximate amount of $110,000. Plaintiff seeks compensation in the amount of $700,000 for her lifetime of physical pain and suffering including without limitation her chest pain and shortness of breath and $300,000 for her emotional and mental pain and anguish.

61. Given Defendants' established propensity and willingness, as established over the number of years during which BONYM has engaged in such willful violations of the discharge order, and the frequency with which BONYM deals with consumers and homeowners in bankruptcy across the country, coercive sanctions sufficient to bring BONYM and its mortgage servicers into future compliance with the discharge order should be substantial given the relative wealth of BONYM. Plaintiff thus seeks that this Court also impose a coercive sanction in an amount not less than $1,000,000.

**WHEREFORE**, Plaintiff respectfully requests;

That the Court award Plaintiff damages in the amounts alleged herein and that the Court impose further sanctions to achieve compliance with the discharge order by Defendant BONYM and its agents both now and in the future and that Plaintiff be awarded interest on the judgment to the extent allowed by law. To the extent Plaintiff incurs attorney fees and costs in this action, Plaintiff respectfully requests that the Court also award such costs and expenses.

Respectfully submitted this 16th day of February, 2020.

By;  *Shirley A. Lett*
Shirley White-Lett
456 North Saint Marys Lane
Marietta, Ga. 30064
404-580-6411                    28

# EXHIBIT-A

29



**S P S** SELECT
Portfolio
SERVICING, inc.

December 2, 2013

 SHIRLEY D LETT
456 N SAINT MARYS LN NW
MARIETTA, GA 30064

Re:  Account Number:   0016119455
     Property Address:  456 N NORTH SAINT MARYS LN
                        MARIETTA, GA 30064

## VALIDATION OF DEBT NOTICE

Dear Customer(s):

We recently sent you a letter advising you that the servicing of your mortgage loan was transferred to Select Portfolio Servicing, Inc. (SPS) effective 11/16/2013.  As the servicer for your mortgage loan, SPS is collecting the debt on behalf of Bank of New York Mellon, f/k/a Bank of New York, as Trustee for the registered holders of Alternative Loan Trust 2005-27, Mortgage Pass-Through Certificates Series 2005-27, the investor who currently owns your mortgage loan.  SPS is responsible for sending your monthly mortgage statements, accepting your monthly mortgage payments, collecting any amount due caused by your default under the terms of your Note and Mortgage and generally administering the terms of your mortgage loan.

As of December 2, 2013, our records show that the amount of debt you owe is $670,911.30.

| | |
|---|---|
| Unpaid Principal Balance | $642,807.92 |
| Interest | $26,544.70 |
| Corporate Advances | $1,304.56 |
| Late Charges | $254.12 |
| Escrow Advance | $0.00 |

Because of interest, late charges, and other charges that may vary from day to day, the amount due on the day you pay may be greater. Hence, if you pay the amount shown above, an adjustment may be necessary after we receive your payment, in which event we will inform you before depositing the check for collection. For further information about your account or to request a payoff quote, please contact us at 888-818-6032 or at the address listed below.

Federal law gives you thirty (30) days after you receive this letter to dispute the validity of the debt, or any part of it.  If you don't dispute it within that period, we will assume that it is valid.

If you do dispute it, and you wish to receive a copy of the verification of this debt or copy of the judgment, if applicable, you must notify us in writing to that effect, and we will, as required by law, obtain and mail to you, proof of the debt.  And if, within the same period, you request in writing, the name and address of your original creditor, if the original creditor is different from the current investor, we will furnish that information as well.



00008649000802010200

You may write to us at the following address (please note that this address is different from the address to which you should send your monthly payments):

Select Portfolio Servicing, Inc.
Customer Service Department
P.O. Box 65250
Salt Lake City, UT 84165

At SPS, any of our trained servicing representatives can assist you with answers to your questions about the status or history of your account, document requirements, or any of our available loan resolution options. If you have any questions or concerns, please contact our Customer Service Department. Our toll-free number is 800-258-8602, and representatives are available Monday through Thursday between the hours of 8 a.m. and 11 p.m., Friday from 8 a.m. to 9 p.m., and Saturday from 8 a.m. to 2 p.m., Eastern Time.

Sincerely,

Select Portfolio Servicing, Inc.

Esta carta contiene información importante concerniente a sus derechos. Por favor, hágala traducir. Nuestros representantes bilingües están a su disposición para contestar cualquier pregunta llamando al teléfono (800) 831-0118 y marque la opción 2.

This communication from a debt collector is an attempt to collect a debt and any information obtained will be used for that purpose.



0000864900080202020200

# EXHIBIT-B

**SPS** SELECT Portfolio SERVICING, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250
www.spsservicing.com

**Mortgage Statement**
Statement Date: 09/14/2016
Page 1 of 3

Customer Service: (800) 258-8602
Monday - Thursday 8:00AM - 11:00PM ET
Friday 8:00AM - 9:00PM ET
Saturday 8:00AM - 2:00PM ET

*For other important information, see reverse side*

Shirley D Lett
456 N Saint Marys Ln NW
Marietta, GA 30064-1460

771

| Account Number | 0016119455 |
| --- | --- |
| Property Address | 456 N NORTH SAINT MARYS LN MARIETTA GA 30064 |
| Loan Due Date | 07/01/2012 |
| Payment Due Date | 10/01/2016 |
| Amount Due | $205,475.58 |

If payment is received after 10/16/2016, $157.26 late fee will be charged.

| Principal | $1,812.68 |
| --- | --- |
| Interest | $1,441.63 |
| Escrow (Taxes and Insurance) | $764.69 |
| **Regular Monthly Payment** | **$4,019.00** |
| Unpaid Late Charges | $0.00 |
| Other Charges and Fees | $1,288.44 |
| Charges / Fees this Period | $2.57 |
| Past Due Payment(s) | $200,234.16 |
| Unapplied Payment(s) | ($66.02) |
| **Total Amount Due** | **$205,475.58** |

| Interest Bearing Principal | $642,807.92 |
| --- | --- |
| Deferred Principal | $0.00 |
| Outstanding Principal | $642,807.92 |
| Interest Rate (Until October 2016) | 3.125% |
| Prepayment Penalty | No |

| Date | Description | Principal Balance | Interest | Taxes & Insurance | Late Charges | Unapplied Balance | Other Fees | Expenses Pd by Servicer | Total |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 08/16 | BEG BALANCE | $642,807.92 | $72,013.09 | $21,080.39 | $0.00 | ($66.02) | $11.31 | $1,274.58 | $737,122.05 |
| 08/16 | INTEREST ON ADV | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.19 | 0.00 | 2.19 |
| 08/29 | COUNTY TAX | 0.00 | 0.00 | 1,142.34 | 0.00 | 0.00 | 0.00 | 0.00 | 1,142.34 |
| 09/12 | INTEREST ON ADV | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.38 | 0.00 | 0.38 |
| 09/14 | ENDING BALANCE | $642,807.92 | $72,013.89 | $22,222.73 | $0.00 | ($66.02) | $13.88 | $1,274.58 | $738,268.99 |

| | Paid Last Month | Paid Year To Date |
| --- | --- | --- |
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees and Other Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | |
| **Total** | **$0.00** | **$0.00** |
| Total Unapplied Balance | | $66.02 |

¹ This amount is not a payoff quote. If you want a payoff quote, please see instructions on reverse side.

³ Partial payments or overpayments are treated as unapplied funds until we receive enough for a full principal and interest payment at which time we will credit your account for the principal and interest payment

Any transactions that occurred after the statement date noted above will be reflected on your next statement.

This is an attempt to collect a debt. All information obtained will be used for that purpose.

We have paid Taxes and/ or Insurance on your behalf and you are responsible to reimburse us for these amounts plus interest which may be billed at the note rate.

**You are late on your mortgage payments.** Failure to bring your loan current may result in fees and foreclosure -- the loss of your home.

**As of September 14, you are 1,536 days delinquent on your mortgage loan.**
* Payment due 09/2016: Unpaid payment of $4,019.00.
* Payment due 08/2016: Unpaid payment of $4,019.00.
* Payment due 07/2016: Unpaid payment of $4,019.00.
* Payment due 06/2016: Unpaid payment of $3,910.17.
* Payment due 05/2016: Unpaid payment of $3,910.17.
* Payment due 04/2016: Unpaid payment of $3,910.17.

**Total: $205,475.58 due. You must pay this amount to bring your loan current.**

**If You Are Experiencing Financial Difficulty:** See the back for information about mortgage counseling or assistance. Also, there are a number of options available to assist customers who are experiencing difficulty with their payments. Please contact us immediately to discuss these options, arrange a reinstatement or address any questions regarding the statement at (888) 818-6032.

Please detach bottom portion and return with your payment. Allow 7 - 10 days for postal delivery. Please do not send cash.

**MONTHLY PAYMENT COUPON**

| Borrower Name(s) | Shirley D Lett |
| --- | --- |
| | 456 N Saint Marys Ln NW |
| Account Number | 0016119455 |
| Due By 10/01/2016: | $205,475.58 |

$157.26 late fee will be charged after 10/16/2016

**Make checks payable to: Select Portfolio Servicing**

| Monthly Payment | $ |
| --- | --- |
| Additional Principal | $ |
| Additional Escrow | $ |
| Late Fees | $ |
| Other (Please Specify) | $ |
| | |
| Total Amount Enclosed | $ |

SELECT PORTFOLIO SERVICING, INC.
PO BOX 65450
SALT LAKE CITY UT 84165-0450

Change of address or telephone? If so, check here and note changes on back

2771 0016119455 0000401900 0000417626 9

# IMPORTANT INFORMATION

## Important Mailing Addresses (Please include your account number on all correspondence)

| Regular Payments | Overnight/Express Payments | Notice of Error or Information Request or Qualified Written Request | General Correspondence | Check by Phone | Bankruptcy Correspondence & Notices must be sent to: |
|---|---|---|---|---|---|
| Select Portfolio Servicing, Inc. Attn: Remittance Processing P.O. Box 65450 Salt Lake City, UT 84165 | Select Portfolio Servicing, Inc. Attn: Cashiering Dept. 3217 S. Decker Lake Dr. Salt Lake City, UT 84119 | Select Portfolio Servicing, Inc. P.O. Box 65277 Salt Lake City, UT 84165 Fax: (801) 270-7856 | Select Portfolio Servicing, Inc. P.O. Box 65250 Salt Lake City UT 84165 | (800) 258-8602 Option 1 | Select Portfolio Servicing, Inc. Attn: Bankruptcy Dept. P.O. Box 65250 Salt Lake City, UT 84165 |

**PAYMENT INSTRUCTIONS** Paying your mortgage on time is an important obligation, so please pay on or before the payment due date. Payments are not considered paid until received and posted to your account. Please include the late charge in any payment made after the late payment due date noted on your statement. Postal delays do not result in a waiver of late charges, so please allow adequate time for mail service. If you don't pay on or before 3 p.m. MT on the payment due date, your loan will be considered delinquent. (NOTE: If you are currently sending all or part of your payment to the bankruptcy trustee, please disregard the Select Portfolio Servicing, Inc. payment address for that portion you are sending to the trustee.) We do not accept payments in cash.

**APPLICATION OF PAYMENTS** If you are current in making your payments, we will apply payments according to your Note. If you are delinquent, we apply payments to the oldest outstanding payments that are due under your Note.

**LOAN REPRESENTATIVES** If you would like to speak to someone about making a payment or payment arrangements, please call one of our loan representatives at (800) 258-8602 (Monday - Thursday, 8 a.m. - 11 p.m. ET; Friday, 8 a.m. - 9 p.m., ET; Saturday, 8 a.m. - 2 p.m. ET).

**AUTOMATED CONVERSION OF YOUR CHECKS TO ACH DEBIT ENTRIES AND RETURNED CHECKS OR DEBITS** When you provide us a check, you authorize us to use the information from your check to make a one time Electronic Funds Transfer from your bank account. When we use your check to make an Electronic Funds Transfer, funds may be withdrawn from your account quickly, as soon as the day we receive your check. You will not receive your check back from your financial institution. If there are insufficient funds in your account we will reverse the amount of any such returned payment that we had credited to your mortgage. You authorize us to charge you a fee of up to twenty-five dollars ($25.00) as allowable by state law, and collect that amount from an Electronic Funds Transfer from your bank account.

**CREDIT REPORTING** SPS furnishes information to consumer reporting agencies. You are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your Note and Mortgage. If you believe such information is inaccurate, you may call Customer Service at (800) 258-8602, submit a written Notice of Error to the P.O. Box listed above, or submit a dispute with the consumer reporting agency.

**NOTICE OF ERROR OR INFORMATION REQUEST OR QUALIFIED WRITTEN REQUEST** If you believe there has been an error with the account or you require additional information, you may send a written Notice of Error or Information Request. All Notices of Error or Information Requests must be sent to the address listed above in the Important mailing addresses section, as this is our exclusive address under Federal Law for these matters. If you send your correspondence to any other address, it may not be processed in accordance with Federal Law.

**HUD APPROVED HOUSING COUNSELORS** The US Department of Housing and Urban Development (HUD) sponsors approved housing counseling agencies that provide free counseling services to citizens. Counselors can help you assess your financial situation and determine what options are available to you. To find a HUD approved counselor near you, call (800) 569-4287 or visit the HUD website at www.hud.gov/local/index.cfm    You may also be eligible for assistance from the Homeownership Preservation Foundation, which you may reach at (888) 995-HOPE (4673). SPS also works with housing counselors through Hope LoanPort® (www.hopeloanportal.org), and with customers through Homeowner ConnectTM (www.homeownerconnect.org).

**SPECIAL REQUEST AND ADDITIONAL FEES**

| Check by Phone or Website (EZPay) | Up to $15.00 |
|---|---|
| Returned Check Fee | Up to $25.00 |
| Express Mail Fee | Actual Charge Incurred |

This fee schedule does not contain all fees that may be charged for services rendered. The actual fee charged to a particular customer may be different based upon certain requirements under state law, agency guidelines (e.g., FHA, VA) or other relevant criteria.

**LOAN PAYOFFS** Payoff information may be requested verbally by calling the Customer Service toll free number printed on this statement, by faxing your requests to (801) 269-4269 or by mailing your request to: P.O. Box 65250, Salt Lake City, UT 84165-0250. If you do not receive your payoff quote within 5 business days of placing your request, please call our Customer Service Department.

**HOME OWNER INSURANCE** You are required to maintain Homeowners Insurance (and if required, Flood Insurance), at all times during the term of your Mortgage and provide or ask your insurance agent each year to provide us copies of all renewal policies and invoices to the address shown below at least (30) days before the date your existing policy expires. It is important for you to remember that if we do not receive a copy of your renewal or replacement policy, SPS may obtain coverage to protect its interest in the property. The coverage provided for this insurance may be different and more expensive than your expired coverage. We will only do this after we have notified you of your failure to maintain coverage. It is possible we may obtain certain benefits from this insurance placement coverage.

All insurance information (including your account number) should be mailed or faxed to:
Insurance Service Center: PO Box 7277, Springfield, OH 45501 Fax (866) 801-8177.

**REAL ESTATE TAX** If you have established an escrow account with us for taxes, you should keep copies of any tax bills you receive for your personal records. We have engaged a Tax Service to receive your tax bills, and we will pay taxes out of your escrow account to the extent there are sufficient balances in your escrow account. If you receive any special assessment bills, you should send them to our Tax Service Center address shown below. Special bills include:

- An area defined as a "Homeowner Area" where your local tax office will not send us the tax bill
- Any special assessments on your property in addition to your regular Real-Estate tax bills
- Any adjustments to your tax bills.

Tax Service Center: PO Box 3541, Covina, CA 91722

**SPS CONSUMER OMBUDSMAN SERVICES** If you have an unresolved issue with SPS, and you have exhausted other customer service options, please contact our Consumer Ombudsman Department at (888) 662-0035 or through other methods found on www.spsservicing.com.

| COMMON ABBREVIATIONS | |
|---|---|
| INT | Interest |
| FC or F/C | Foreclosure |
| BK | Bankruptcy |
| BPO | Broker Price Opinion |
| MISC DISB | Disbursement from escrow account for other than escrow item (E.g.:Analysis Refund, Payoff Refund) |

This common abbreviations table does not contain all abbreviations that may appear in the "Activity this Period" section. For more information please refer to the Fee Schedule and Description document located at www.spsservicing.com.

**SPS** | SELECT
Portfolio
SERVICING, inc.

P.O. Box 65250
Salt Lake City, UT 84165-0250
www.spservicing.com

**Mortgage Statement**
Statement Date:09/14/2016
Page 3 of 3

Customer Service : (800) 258-8602
Monday – Thursday  8:00AM – 11:00PM ET
Friday                       8:00AM – 9:00PM ET
Saturday                  8:00AM – 2:00PM ET

Account Number  0016119455

If there is a balance under Expenses Paid by Servicer, it means we have paid certain expenses on your behalf due to the delinquent status of your account. You are responsible to reimburse us for these amounts plus interest, which may be billed at the note rate.

Under the Servicemembers Civil Relief Act if you or a family member has been deployed to active duty, you may be eligible for certain protections regarding your mortgage loan.  Please contact us at (800) 258-8602 to discuss these protections.

⁴ Loan Due Date: If this date is different from your Payment Due Date, it means that you are past due and owe payments from previous months.

771



We hope you find the information in this summary helpful. You can find a more detailed version on our website, www.spservicing.com. If you have a specific question on your account, you may go to our website and look at the Frequently Asked Questions or you may call a Customer Service Account Representative at 1-800-258-8602.

SXJ2770021-008

| FACTS | WHAT DOES SELECT PORTFOLIO SERVICING, INC. DO WITH YOUR PERSONAL INFORMATION? |
|---|---|
| **Why?** | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| **What?** | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br>• Social Security number and income<br>• account balances and payment history<br>• credit history and credit scores |
| **How?** | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons Select Portfolio Servicing, Inc. ("SPS") chooses to share; and whether you can limit this sharing. |

| Reasons we can share your personal information | Does SPS share? | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes –** such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| **For our marketing purposes –** to offer our products and services to you | Yes | No |
| **For joint marketing with other financial companies** | Yes | Yes |
| **For our affiliates' everyday business purposes –** information about your transactions and experiences | Yes | No |
| **For our affiliates' everyday business purposes –** information about your creditworthiness | Yes | Yes |
| **For our affiliates to market to you** | Yes | Yes |
| **For nonaffiliates to market to you** | Yes (but only through joint marketing agreements) | Yes |

| To limit our sharing | • Mail the form below<br><br>**Please note:**<br><br>If you are a *new* customer, we can begin sharing your information 30 days from the date we sent this notice. When you are *no longer* our customer, we continue to share your information as described in this notice.<br><br>However, you can contact us at any time to limit our sharing. |
|---|---|
| **Questions?** | Call (800) 258-8602 |

REV 05/2010

Select Portfolio Servicing, Inc.
P.O. Box 65769
Salt Lake City, UT 84165-0769

Loan Number: 0016119455

Shirley D Lett
456 N Saint Marys Ln NW
Marietta GA 30064-1460

### Mail-in Form

**Mark any/all that you want to limit:**

☐ Do not share my personal information with other institutions to jointly market to me.

☐ Do not share information about my creditworthiness with your affiliates for their everyday business purposes.

☐ Do not allow your affiliates to use my personal information to market to me.

☐ Do not share my personal information with nonaffiliates to market their products and services to me.

Shirley D Lett
456 N Saint Marys Ln NW
Marietta, GA 30064-1460

| | |
|---|---|
| Payment Due Date | 09/01/2016 |
| Amount Due | $201,454.01 |

If payment is received after 09/16/2016, $157.26 late fee will be charged.

| | |
|---|---|
| Interest Bearing Principal | $642,807.92 |
| Deferred Principal | $0.00 |
| Outstanding Principal [1] | $642,807.92 |
| Interest Rate (Until September 2016) | 3.125% |
| Prepayment Penalty | No |

| | | |
|---|---|---|
| Principal | | $1,807.97 |
| Interest | | $ 1,446.34 |
| Escrow (Taxes and Insurance) | | $764.69 |
| **Regular Monthly Payment** | | **$4,019.00** |
| Unpaid Late Charges | | $0.00 |
| Other Charges and Fees | | $1,285.87 |
| Charges / Fees this Period | $15.00 | |
| Past Due Payment(s) | | $196,215.16 |
| Unapplied Payment(s) [3] | | $66.02 |
| **Total Amount Due** | | **$201,454.01** |

| Date | Description | Principal Balance | Interest | Taxes & Insurance | Late Charges | Unapplied Balance | Other Fees | Expenses Pd by Servicer | Total [1] |
|---|---|---|---|---|---|---|---|---|---|
| 07/15 | BEG BALANCE | $642,807.92 | $70,567.55 | $21,080.39 | $0.00 | ($66.02) | $11.31 | $1,259.56 | $735,660.71 |
| 07/22 | PROP INSPECTION | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 | 15.00 |
| 08/15 | ENDING BALANCE | $642,807.92 | $70,567.55 | $21,080.39 | $0.00 | ($66.02) | $11.31 | $1,274.56 | $735,675.71 |

| | Paid Last Month | Paid Year To Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees and Other Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | |
| **Total** | **$0.00** | **$0.00** |
| Total Unapplied Balance | $66.02 [3] | |

[1] This amount is not a payoff quote. If you want a payoff quote, please see instructions on reverse side.

[3] Partial payments or overpayments are treated as unapplied funds until we receive enough for a full principal and interest payment at which time we will credit your account for the principal and interest payment

Any transactions that occurred after the statement date noted above will be reflected on your next statement.

This is an attempt to collect a debt. All information obtained will be used for that purpose.

We have paid Taxes and/ or Insurance on your behalf and you are responsible to reimburse us for these amounts plus interest which may be billed at the note rate.

You are late on your mortgage payments. Failure to bring your loan current may result in fees and foreclosure -- the loss of your home.

As of August 15, you are 1,5ll6 days delinquent on your mortgage loan.
* Payment due 08/2016: Unpaid payment of $4,019.00.
* Payment due 07/2016: Unpaid payment of $4,019.00.
* Payment due 06/2016: Unpaid payment of $3,910.17.
* Payment due 05/2016: Unpaid payment of $3,910.17.
* Payment due 04/2016: Unpaid payment of $3,910.17.
* Payment due 03/2016: Unpaid payment of $3,910.17.

Total: $201,454.01 due. You must pay this amount to bring your loan current.

If You Are Experiencing Financial Difficulty: See the back for information about mortgage counseling or assistance. Also, there are a number of options available to assist customers who are experiencing difficulty with their payments. Please contact us immediately to discuss these options; arrange a reinstatement or address any questions regarding the statement at (888) 818-6032.

Please detach bottom portion and return with your payment. Allow 7 - 10 days for postal delivery. Please do not send cash.

**MONTHLY PAYMENT COUPON**

| Borrower Name(s) | Shirley D Lett |
|---|---|
| | 456 N Saint Marys Ln NW |
| Account Number | 0016119455 |

Due By 09/01/2016:     $201,454.01
$157.26 late fee will be charged after 09/16/2016

Make checks payable to: Select Portfolio Servicing

| | |
|---|---|
| Monthly Payment | $ |
| Additional Principal | $ |
| Additional Escrow | $ |
| Late Fees | $ |
| Other (Please Specify) | $ |
| | |
| **Total Amount Enclosed** | $ |

SELECT PORTFOLIO SERVICING, INC.
PO BOX 65450
SALT LAKE CITY UT 84165-0450

Change of address or telephone? If so, check here and note changes on back

2771 0016119455 0000401900 0000417626 9

**SPS** | SELECT
Portfolio
SERVICING, inc.

P.O. Box 65250
Salt Lake City, UT 84165-0250
www.spservicing.com

**Mortgage Statement**
Statement Date:08/15/2016
Page 1 of 3

Customer Service: (800) 258-8602
Monday - Thursday 8:00AM - 11:00PM ET
Friday          8:00AM - 9:00PM ET
Saturday        8:00AM - 2:00PM ET

For other important information, see reverse side

| Account Number | 0016119455 |
|---|---|
| Property Address | 456 N NORTH SAINT MARYS LN |
| | MARIETTA GA 30064 |

Loan Du. . . . . .         02/01/2010

**SPS** | SELECT
Portfolio
SERVICING, inc.

P.O. Box 65250
Salt Lake City, UT 84165-0250
www.spservicing.com

**Mortgage Statement**
Statement Date:08/15/2016
Page 3 of 3

Customer Service : (800) 258-8602
Monday - Thursday  8:00AM - 11:00PM ET
Friday              8:00AM - 9:00PM ET
Saturday           8:00AM - 2:00PM ET

Account Number  0016119455

If there is a balance under Expenses Paid by Servicer, it means we have paid certain expenses on your behalf due to the delinquent status of your account.  You are responsible to reimburse us for these amounts plus interest, which may be billed at the note rate.

Due to the delinquent status of your loan a property inspection and/or valuation report was ordered and you are responsible to reimburse us for the amounts plus interest, which may be billed at the note rate.

Under the Servicemembers Civil Relief Act if you or a family member has been deployed to active duty, you may be eligible for certain protections regarding your mortgage loan.  Please contact us at (800) 258-8602 to discuss these protections.

* Loan Due Date: If this date is different from your Payment Due Date, it means that you are past due and owe payments from previous months.

590

**SPS** SELECT Portfolio SERVICING, inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250
www.spservicing.com

**Mortgage Statement**
Statement Date: 07/14/2016
Page 1 of 3

Customer Service: (800) 258-8602
Monday - Thursday 8:00AM - 11:00PM ET
Friday 8:00AM - 9:00PM ET
Saturday 8:00AM - 2:00PM ET

*For other important information, see reverse side*

| Account Number | 0016119455 |
|---|---|
| Property Address | 456 N NORTH SAINT MARYS LN MARIETTA GA 30064 |
| Loan Due Date | 07/01/2012 * |
| Payment Due Date | 08/01/2016 |
| **Amount Due** | **$197,420.01** |

*If payment is received after 08/16/2016, $157.26 late fee will be charged.*

Shirley D Lett
456 N Saint Marys Ln NW
Marietta, GA 30064-1460

703

| Principal | $1,803.27 |
|---|---|
| Interest | $1,451.04 |
| Escrow (Taxes and Insurance) | $764.69 |
| **Regular Monthly Payment** | **$4,019.00** |
| Unpaid Late Charges | $0.00 |
| Other Charges and Fees | $1,270.87 |
| Charges / Fees this Period | $-251.47 |
| Past Due Payment(s) | $192,196.16 |
| Unapplied Payment(s) [3] | $66.02 |
| **Total Amount Due** | **$197,420.01** |

**Account Information**

| Interest Bearing Principal | $642,807.92 |
|---|---|
| Deferred Principal | $0.00 |
| Outstanding Principal [1] | $642,807.92 |
| Interest Rate (Until August 2016) | 3.125% |
| Prepayment Penalty | No |

| Date | Description | Principal Balance | Interest | Taxes & Insurance | Late Charges | Unapplied Balance | Other Fees | Expenses Pd by Servicer | Total [1] |
|---|---|---|---|---|---|---|---|---|---|
| 06/16 | BEG BALANCE | $642,807.92 | $89,116.51 | $21,080.39 | $254.12 | ($66.02) | $8.66 | $1,259.56 | $734,461.14 |
| 06/22 | FEE ADJUSTMENT | 0.00 | 0.00 | 0.00 | (254.12) | 0.00 | 0.00 | 0.00 | (254.12) |
| 07/11 | INTEREST ON ADV | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.65 | 0.00 | 2.65 |
| 07/14 | ENDING BALANCE | $642,807.92 | $89,116.51 | $21,080.39 | $0.00 | ($66.02) | $11.31 | $1,259.56 | $734,209.67 |

**Account Payment Information**

| | Paid Last Month | Paid Year To Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees and Other Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | |
| Total | $0.00 | $0.00 |
| Total Unapplied Balance | $66.02 [3] | |

**Important Messages**

[1] This amount is not a payoff quote. If you want a payoff quote, please see instructions on reverse side.

[3] Partial payments or overpayments are treated as unapplied funds until we receive enough for a full principal and interest payment at which time we will credit your account for the principal and interest payment

Any transactions that occurred after the statement date noted above will be reflected on your next statement.

This is an attempt to collect a debt. All information obtained will be used for that purpose.

We have paid Taxes and/ or Insurance on your behalf and you are responsible to reimburse us for these amounts plus interest which may be billed at the note rate.

You are late on your mortgage payments. Failure to bring your loan current may result in fees and foreclosure -- the loss of your home.

As of July 14, you are 1,474 days delinquent on your mortgage loan.
* Payment due 07/2016: Unpaid payment of $4,019.00.
* Payment due 06/2016: Unpaid payment of $3,910.17.
* Payment due 05/2016: Unpaid payment of $3,910.17.
* Payment due 04/2016: Unpaid payment of $3,910.17.
* Payment due 03/2016: Unpaid payment of $3,910.17.
* Payment due 02/2016: Unpaid payment of $3,910.17.

Total: $197,420.01 due. You must pay this amount to bring your loan current.

If You Are Experiencing Financial Difficulty: See the back for information about mortgage counseling or assistance. Also, there are a number of options available to assist customers who are experiencing difficulty with their payments. Please contact us immediately to discuss these options, arrange a reinstatement or address any questions regarding the statement at (888) 818-6032.

Please detach bottom portion and return with your payment. Allow 7 - 10 days for postal delivery. Please do not send cash.

**MONTHLY PAYMENT COUPON**

Make checks payable to: Select Portfolio Servicing

| Borrower Name(s) | Shirley D Lett |
|---|---|
| | 456 N Saint Marys Ln NW |
| Account Number | 0016119455 |
| Due By 08/01/2016: | $197,420.01 |

$157.26 late fee will be charged after 08/16/2016

| Monthly Payment | $ |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| Late Fees | $ |
| Other (Please Specify) | $ |
| | |
| **Total Amount Enclosed** | $ |

SELECT PORTFOLIO SERVICING, INC.
PO BOX 65450
SALT LAKE CITY UT 84165-0450

Change of address or telephone? If so, check here and note changes on back

2771 0016119455 0000401900 0000417626 9

**SPS** SELECT Portfolio SERVICING, inc.    P.O. Box 65250
Salt Lake City, UT 84165-0250
www.spservicing.com

**Mortgage Statement**
Statement Date:07/14/2016
Page 3 of 3

Customer Service : (800) 258-8602
Monday - Thursday  8:00AM - 11:00PM ET
Friday                    8:00AM - 9:00PM ET
Saturday               8:00AM - 2:00PM ET

Account Number  0016119455

**Important Messages**

If there is a balance under Expenses Paid by Servicer, it means we have paid certain expenses on your behalf due to the delinquent status of your account. You are responsible to reimburse us for these amounts plus interest, which may be billed at the note rate.

Under the Servicemembers Civil Relief Act if you or a family member has been deployed to active duty, you may be eligible for certain protections regarding your mortgage loan. Please contact us at (800) 258-8602 to discuss these protections.

⁴ Loan Due Date: If this date is different from your Payment Due Date, it means that you are past due and owe payments from previous months.

793

**SPS** | SELECT Portfolio SERVICING, inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250
www.spservicing.com

**Mortgage Statement**
Statement Date: 06/14/2016
Page 1 of 3

Customer Service: (800) 258-8602
Monday – Thursday   8:00AM – 11:00PM ET
Friday   8:00AM – 9:00PM ET
Saturday   8:00AM – 2:00PM ET

For other important information, see reverse side

Shirley D Lett
456 N Saint Marys Ln NW
Marietta, GA 30064-1460

| Account Number | 0016119455 |
|---|---|
| Property Address | 456 N NORTH SAINT MARYS LN MARIETTA GA 30064 |
| Loan Due Date | 07/01/2012 |
| Payment Due Date | 07/01/2016 |
| **Amount Due** | **$193,652.48** |

If payment is received after 07/16/2016, $157.26 late fee will be charged.

| Interest Bearing Principal | $642,807.92 |
|---|---|
| Deferred Principal | $0.00 |
| Outstanding Principal [1] | $642,807.92 |
| Interest Rate (Until July 2016) | 3.125% |
| Prepayment Penalty | No |

| Principal | $1,798.59 |
|---|---|
| Interest | $1,455.72 |
| Escrow (Taxes and Insurance) | $764.69 |
| **Regular Monthly Payment** | **$4,019.00** |
| Unpaid Late Charges | $254.12 |
| Other Charges and Fees | $1,268.22 |
| Charges / Fees this Period | $17.65 |
| Past Due Payment(s) | $188,177.16 |
| Unapplied Payment(s) [3] | $66.02 |
| **Total Amount Due** | **$193,652.48** |

| Date | Description | Principal Balance | Interest | Taxes & Insurance | Late Charges | Unapplied Balance | Other Fees | Expenses Pd by Servicer | Total [1] |
|---|---|---|---|---|---|---|---|---|---|
| 05/14 | BEG BALANCE | $642,807.92 | $67,660.79 | $21,080.39 | $254.12 | ($66.02) | $6.01 | $1,259.56 | $733,002.77 |
| 05/25 | PROP INSPECTION | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 | 15.00 |
| 05/26 | PROP INSPECTION | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (15.00) | (15.00) |
| 06/13 | INTEREST ON ADV | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.65 | 0.00 | 2.65 |
| 06/14 | ENDING BALANCE | $642,807.92 | $67,660.79 | $21,080.39 | $254.12 | ($66.02) | $8.66 | $1,259.56 | $733,005.42 |

**Past Payment Breakdown**

|  | Paid Last Month | Paid Year To Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees and Other Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | |
| **Total** | **$0.00** | **$0.00** |
| Total Unapplied Balance | | $66.02 [3] |

[1] This amount is not a payoff quote. If you want a payoff quote, please see instructions on reverse side.

[3] Partial payments or overpayments are treated as unapplied funds until we receive enough for a full principal and interest payment at which time we will credit your account for the principal and interest payment

Any transactions that occurred after the statement date noted above will be reflected on your next statement.

This is an attempt to collect a debt. All information obtained will be used for that purpose.

We have paid Taxes and/ or Insurance on your behalf and you are responsible to reimburse us for these amounts plus interest which may be billed at the note rate.

**You are late on your mortgage payments.** Failure to bring your loan current may result in fees and foreclosure – the loss of your home.

**As of June 14, you are 1,444 days delinquent on your mortgage loan.**
* Payment due 06/2016: Unpaid payment of $3,910.17.
* Payment due 05/2016: Unpaid payment of $3,910.17.
* Payment due 04/2016: Unpaid payment of $3,910.17.
* Payment due 03/2016: Unpaid payment of $3,910.17.
* Payment due 02/2016: Unpaid payment of $3,910.17.
* Payment due 01/2016: Unpaid payment of $3,910.17.

**Total: $193,652.48 due. You must pay this amount to bring your loan current.**

**If You Are Experiencing Financial Difficulty:** See the back for information about mortgage counseling or assistance. Also, there are a number of options available to assist customers who are experiencing difficulty with their payments. Please contact us immediately to discuss these options, arrange a reinstatement or address any questions regarding the statement at (888) 818-6032.

---

Please detach bottom portion and return with your payment. Allow 7 – 10 days for postal delivery. Please do not send cash.

**MONTHLY PAYMENT COUPON**

| Borrower Name(s) | Shirley D Lett 456 N Saint Marys Ln NW |
|---|---|
| Account Number | 0016119455 |
| Due By 07/01/2016: | $193,652.48 |

$157.26 late fee will be charged after 07/16/2016

**Make checks payable to: Select Portfolio Servicing**

| Monthly Payment | $ |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| Late Fees | $ |
| Other (Please Specify) | $ |
| | |
| **Total Amount Enclosed** | $ |

SELECT PORTFOLIO SERVICING, INC.
PO BOX 65450
SALT LAKE CITY UT 84165-0450

☐ Change of address or telephone? If so, check here and note changes on back

2771 0016119455 0000401900 0000417626 9

If there is a balance under Expenses Paid by Servicer, it means we have paid certain expenses on your behalf due to the delinquent status of your account. You are responsible to reimburse us for these amounts plus interest, which may be billed at the note rate.

Due to the delinquent status of your loan a property inspection and/or valuation report was ordered and you are responsible to reimburse us for the amounts plus interest, which may be billed at the note rate.

Under the Servicemembers Civil Relief Act if you or a family member has been deployed to active duty, you may be eligible for certain protections regarding your mortgage loan. Please contact us at (800) 258-8602 to discuss these protections.

¹ Loan Due Date: If this date is different from your Payment Due Date, it means that you are past due and owe payments from previous months.

790

**SPS** | SELECT Portfolio SERVICING, inc.    P.O. Box 65250
Salt Lake City, UT 84165-0250
www.spservicing.com

**Mortgage Statement**
Statement Date:06/14/2016
Page 3 of 3

Customer Service : (800) 258-8602
Monday - Thursday 8:00AM - 11:00PM ET

**SPS** | SELECT Portfolio SERVICING, inc.    P.O. Box 65250
Salt Lake City, UT 84165-0250
www.spservicing.com

**Mortgage Statement**
Statement Date:06/14/2016
Page 3 of 3

**SPS** SELECT Portfolio SERVICING, inc.

P.O. Box 65250
Salt Lake City, UT 84165-0250
www.spservicing.com

**Mortgage Statement**
Statement Date:05/13/2016
Page 1 of 3

Customer Service:  (800) 258-8602
Monday - Thursday  8:00AM - 11:00PM ET
Friday                8:00AM - 9:00PM ET
Saturday              8:00AM - 2:00PM ET

*For other important information, see reverse side*

Shirley D Lett
456 N Saint Marys Ln NW
Marietta, GA 30064-1460

748

| Account Number | 0016119455 |
|---|---|
| Property Address | 456 N NORTH SAINT MARYS LN MARIETTA GA 30084 |
| Loan Due Date | 07/01/2012 |
| Payment Due Date | 06/01/2016 |
| **Amount Due** | **$189,630.83** |

*If payment is received after 06/16/2016, $157.26 late fee will be charged.*

| Interest Bearing Principal | $642,807.92 |
|---|---|
| Deferred Principal | $0.00 |
| Outstanding Principal [1] | $642,807.92 |
| Interest Rate (Until June 2016) | 3.000% |
| Prepayment Penalty | No |

| | |
|---|---|
| Principal | $1,743.63 |
| Interest | $1,401.85 |
| Escrow (Taxes and Insurance) | $764.69 |
| **Regular Monthly Payment** | **$3,910.17** |
| Unpaid Late Charges | $254.12 |
| Other Charges and Fees | $1,265.57 |
| Charges / Fees this Period | -$15.18 |
| Past Due Payment(s) | $184,266.99 |
| Unapplied Payment(s) [3] | $66.02 |
| **Total Amount Due** | **$189,630.83** |

| Date | Description | Principal Balance | Interest | Taxes & Insurance | Late Charges | Unapplied Balance | Other Fees | Expenses Pd by Servicer | Total [1] |
|---|---|---|---|---|---|---|---|---|---|
| 04/15 | BEG BALANCE | $642,807.92 | $66,258.94 | $17,023.39 | $264.12 | ($66.02) | $5.83 | $1,259.56 | $727,543.74 |
| 04/20 | PROP INSPECTION | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 | 15.00 |
| 04/21 | PROP INSPECTION | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (15.00) | (15.00) |
| 05/02 | HAZARD INS | 0.00 | 0.00 | 4,057.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,057.00 |
| 05/11 | INTEREST ON ADV | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.18 | 0.00 | 0.18 |
| 05/13 | ENDING BALANCE | $642,807.92 | $66,258.94 | $21,080.39 | $264.12 | ($66.02) | $6.01 | $1,259.56 | $731,600.92 |

| | Paid Last Month | Paid Year To Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees and Other Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | |
| **Total** | **$0.00** | **$0.00** |
| Total Unapplied Balance | $66.02 [3] | |

**You are late on your mortgage payments.** Failure to bring your loan current may result in fees and foreclosure -- the loss of your home.

**As of May 13, you are 1,412 days delinquent on your mortgage loan.**
* Payment due 05/2016:  Unpaid payment of $3,910.17.
* Payment due 04/2016:  Unpaid payment of $3,910.17.
* Payment due 03/2016:  Unpaid payment of $3,910.17.
* Payment due 02/2016:  Unpaid payment of $3,910.17.
* Payment due 01/2016:  Unpaid payment of $3,910.17.
* Payment due 12/2015:  Unpaid payment of $3,910.17.

**Total: $189,630.83 due. You must pay this amount to bring your loan current.**

[1] This amount is not a payoff quote. If you want a payoff quote, please see instructions on reverse side.

[3] Partial payments or overpayments are treated as unapplied funds until we receive enough for a full principal and interest payment at which time we will credit your account for the principal and interest payment

Any transactions that occurred after the statement date noted above will be reflected on your next statement.

This is an attempt to collect a debt. All information obtained will be used for that purpose.

We have paid Taxes and/ or Insurance on your behalf and you are responsible to reimburse us for these amounts plus interest which may be billed at the note rate.

**If You Are Experiencing Financial Difficulty:** See the back for information about mortgage counseling or assistance. Also, there are a number of options available to assist customers who are experiencing difficulty with their payments. Please contact us immediately to discuss these options, arrange a reinstatement or address any questions regarding the statement at (888) 818-6032.

---

Please detach bottom portion and return with your payment. Allow 7 - 10 days for postal delivery. Please do not send cash.

**MONTHLY PAYMENT COUPON**

| Borrower Name(s) | Shirley D Lett |
|---|---|
| | 456 N Saint Marys Ln NW |
| Account Number | 0016119455 |

Due By 06/01/2016:     $189,630.83
$157.26 late fee will be charged after 06/16/2016

**Make checks payable to: Select Portfolio Servicing**

| Monthly Payment | $ |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| Late Fees | $ |
| Other (Please Specify) | $ |
| | |
| **Total Amount Enclosed** | **$** |

SELECT PORTFOLIO SERVICING, INC.
PO BOX 65450
SALT LAKE CITY UT  84165-0450

☐ Change of address or telephone? If so, check here and note changes on back

2771 0016119455 0000391017 0000406743 0

**SPS** SELECT Portfolio SERVICING, inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250
www.spservicing.com

**Mortgage Statement**
Statement Date:05/13/2016
Page 3 of 3

Customer Service : (800) 258-8602
Monday - Thursday  8:00AM - 11:00PM ET
Friday          8:00AM - 9:00PM ET
Saturday        8:00AM - 2:00PM ET

Account Number  0016119455

If there is a balance under Expenses Paid by Servicer, it means we have paid certain expenses on your behalf due to the delinquent status of your account.  You are responsible to reimburse us for these amounts plus interest, which may be billed at the note rate.

Due to the delinquent status of your loan a property inspection and/or valuation report was ordered and you are responsible to reimburse us for the amounts plus interest, which may be billed at the note rate.

Under the Servicemembers Civil Relief Act if you or a family member has been deployed to active duty, you may be eligible for certain protections regarding your mortgage loan.  Please contact us at (800) 258-8602 to discuss these protections.

⁴ Loan Due Date: If this date is different from your Payment Due Date, it means that you are past due and owe payments from previous months.

746

**SPS** SELECT Portfolio SERVICING, inc.  P.O. Box 65250, Salt Lake City, UT 84165-0250  www.spservicing.com

**Mortgage Statement**
Statement Date: 04/14/2016
Page 1 of 3

Customer Service: (800) 258-8602
Monday - Thursday 8:00AM - 11:00PM ET
Friday 8:00AM - 9:00PM ET
Saturday 8:00AM - 2:00PM ET

*For other important information, see reverse side*

| | |
|---|---|
| Account Number | 0016119455 |
| Property Address | 456 N NORTH SAINT MARYS LN MARIETTA GA 30064 |
| Loan Due Date | 07/01/2012 |
| Payment Due Date | 05/01/2016 |
| Amount Due | $185,720.48 |

*If payment is received after 05/16/2016, $157.26 late fee will be charged.*

Shirley D Lett
456 N Saint Marys Ln NW
Marietta, GA 30064-1460

| | |
|---|---|
| Interest Bearing Principal | $642,807.92 |
| Deferred Principal | $0.00 |
| Outstanding Principal [1] | $642,807.92 |
| Interest Rate (Until May 2016) | 3.000% |
| Prepayment Penalty | No |

| | | |
|---|---|---|
| Principal | | $1,739.28 |
| Interest | | $1,406.20 |
| Escrow (Taxes and Insurance) | | $764.69 |
| **Regular Monthly Payment** | | **$3,910.17** |
| Unpaid Late Charges | | $254.12 |
| Other Charges and Fees | | $1,265.39 |
| Charges / Fees this Period | $352.96 | |
| Past Due Payment(s) | | $180,356.82 |
| Unapplied Payment(s) [3] | | $66.02 |
| **Total Amount Due** | | **$185,720.48** |

| Date | Description | Principal Balance | Interest | Taxes & Insurance | Late Charges | Unapplied Balance | Other Fees | Expenses Pd by Servicer | Total [1] |
|---|---|---|---|---|---|---|---|---|---|
| 03/15 | BEG BALANCE | $642,807.92 | $64,652.74 | $17,023.39 | $254.12 | ($66.02) | $2.97 | $1,259.56 | $726,134.56 |
| 04/07 | BPO/APPRAISAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 350.00 | 350.00 |
| 04/08 | BPO/APPRAISAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (350.00) | (350.00) |
| 04/11 | INTEREST ON ADV | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.96 | 0.00 | 2.96 |
| 04/14 | ENDING BALANCE | $642,807.92 | $64,652.74 | $17,023.39 | $254.12 | ($66.02) | $5.93 | $1,259.56 | $726,137.54 |

| | Paid Last Month | Paid Year To Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees and Other Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | |
| Total | $0.00 | $0.00 |
| Total Unapplied Balance | $66.02 [3] | |

[1] This amount is not a payoff quote. If you want a payoff quote, please see instructions on reverse side.

[3] Partial payments or overpayments are treated as unapplied funds until we receive enough for a full principal and interest payment at which time we will credit your account for the principal and interest payment

Any transactions that occurred after the statement date noted above will be reflected on your next statement.

This is an attempt to collect a debt. All information obtained will be used for that purpose.

We have paid Taxes and/ or Insurance on your behalf and you are responsible to reimburse us for these amounts plus interest which may be billed at the note rate.

**You are late on your mortgage payments.** Failure to bring your loan current may result in fees and foreclosure -- the loss of your home.

As of April 14, you are 1,383 days delinquent on your mortgage loan.
* Payment due 04/2016: Unpaid payment of $3,910.17.
* Payment due 03/2016: Unpaid payment of $3,910.17.
* Payment due 02/2016: Unpaid payment of $3,910.17.
* Payment due 01/2016: Unpaid payment of $3,910.17.
* Payment due 12/2015: Unpaid payment of $3,910.17.
* Payment due 11/2015: Unpaid payment of $3,910.17.

Total: $185,720.48 due. You must pay this amount to bring your loan current.

If You Are Experiencing Financial Difficulty: See the back for information about mortgage counseling or assistance. Also, there are a number of options available to assist customers who are experiencing difficulty with their payments. Please contact us immediately to discuss these options, arrange a reinstatement or address any questions regarding the statement at (888) 818-6032.

*Please detach bottom portion and return with your payment. Allow 7 - 10 days for postal delivery. Please do not send cash.*

**MONTHLY PAYMENT COUPON**

| Borrower Name(s) | Shirley D Lett |
|---|---|
| | 456 N Saint Marys Ln NW |
| Account Number | 0016119455 |
| Due By 05/01/2016: | $185,720.48 |

$157.26 late fee will be charged after 05/16/2016

SELECT PORTFOLIO SERVICING, INC.
PO BOX 65450
SALT LAKE CITY UT 84165-0450

**Make checks payable to: Select Portfolio Servicing**

| | |
|---|---|
| Monthly Payment | $ |
| Additional Principal | $ |
| Additional Escrow | $ |
| Late Fees | $ |
| Other (Please Specify) | $ |
| | |
| Total Amount Enclosed | $ |

Change of address or telephone? If so, check here and note changes on back

2771  0016119455  0000391017  0000406743  0

**SPS** | SELECT
Portfolio
SERVICING, inc.

P.O. Box 65250
Salt Lake City, UT 84165-0250
www.spservicing.com

**Mortgage Statement**
Statement Date:04/14/2016
Page 3 of 3

Customer Service : (800) 258-8602
Monday - Thursday  8:00AM - 11:00PM ET
Friday                    8:00AM - 9:00PM ET
Saturday                8:00AM - 2:00PM ET

Account Number  0016119455

If there is a balance under Expenses Paid by Servicer, it means we have paid certain expenses on your behalf due to the delinquent status of your account. You are responsible to reimburse us for these amounts plus interest, which may be billed at the note rate.

Under the Servicemembers Civil Relief Act if you or a family member has been deployed to active duty, you may be eligible for certain protections regarding your mortgage loan. Please contact us at (800) 258-8602 to discuss these protections.

⁴ Loan Due Date: If this date is different from your Payment Due Date, it means that you are past due and owe payments from previous months.

Per IRS regulations all 2015 year end statements will be mailed no later than February 1, 2016. Year end information will be available via our automated voice response system on January 2, 2016. Duplicate year end statements can be obtained from our website www.spservicing.com after February 1, 2016.

818

**SPS** SELECT Portfolio SERVICING, inc.   P.O. Box 65250  Salt Lake City, UT 84165-0250   www.spservicing.com

**Mortgage Statement**
Statement Date:03/14/2016
Page 1 of 3

Customer Service: (800) 258-8602
Monday - Thursday 8:00AM - 11:00PM ET
Friday            8:00AM - 9:00PM ET
Saturday          8:00AM - 2:00PM ET

*For other important information, see reverse side*

Shirley D Lett
456 N Saint Marys Ln NW
Marietta, GA 30064-1460

| | |
|---|---|
| Account Number | 0016119455 |
| Property Address | 456 N NORTH SAINT MARYS LN MARIETTA GA 30064 |
| Loan Due Date | 07/01/2012 |
| Payment Due Date | 04/01/2016 |
| **Amount Due** | **$181,807.35** |

*If payment is received after 04/16/2016, $157.26 late fee will be charged.*

| | |
|---|---|
| Principal | $1,734.94 |
| Interest | $1,410.54 |
| Escrow (Taxes and Insurance) | $764.69 |
| **Regular Monthly Payment** | **$3,910.17** |
| Unpaid Late Charges | $254.12 |
| Other Charges and Fees | $1,262.43 |
| Charges / Fees this Period  $0.37 | |
| Past Due Payment(s) | $176,446.85 |
| Unapplied Payment(s) | $66.02 |
| **Total Amount Due** | **$181,807.35** |

| | |
|---|---|
| Interest Bearing Principal | $642,807.92 |
| Deferred Principal | $0.00 |
| Outstanding Principal | $642,807.92 |
| Interest Rate (Until April 2016) | 3.000% |
| Prepayment Penalty | No |

| Date | Description | Principal Balance | Interest | Taxes & Insurance | Late Charges | Unapplied Balance | Other Fees | Expenses Pd by Servicer | Total |
|---|---|---|---|---|---|---|---|---|---|
| 02/13 | BEG BALANCE | 642,807.92 | 63,442.20 | 17,023.39 | 254.12 | (66.02) | 2.50 | 1,259.58 | 724,723.67 |
| 03/11 | INTEREST ON ADV | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.37 | 0.00 | 0.37 |
| 03/14 | ENDING BALANCE | 642,807.92 | 63,442.20 | 17,023.39 | 254.12 | (66.02) | 2.87 | 1,259.58 | 724,724.04 |

| | Paid Last Month | Paid Year To Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees and Other Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | |
| Total | $0.00 | $0.00 |
| Total Unapplied Balance | | $66.02 |

¹ This amount is not a payoff quote. If you want a payoff quote, please see instructions on reverse side.

³ Partial payments or overpayments are treated as unapplied funds until we receive enough for a full principal and interest payment at which time we will credit your account for the principal and interest payment

Any transactions that occurred after the statement date noted above will be reflected on your next statement.

This is an attempt to collect a debt. All information obtained will be used for that purpose.

We have paid Taxes and/ or Insurance on your behalf and you are responsible to reimburse us for these amounts plus interest which may be billed at the note rate.

**You are late on your mortgage payments.** Failure to bring your loan current may result in fees and foreclosure — the loss of your home.

**As of March 14, you are 1,352 days delinquent on your mortgage loan.**
* Payment due 03/2016: Unpaid payment of $3,910.17.
* Payment due 02/2016: Unpaid payment of $3,910.17.
* Payment due 01/2016: Unpaid payment of $3,910.17.
* Payment due 12/2015: Unpaid payment of $3,910.17.
* Payment due 11/2015: Unpaid payment of $3,910.17.
* Payment due 10/2015: Unpaid payment of $3,910.17.

**Total: $181,807.35 due. You must pay this amount to bring your loan current.**

**If You Are Experiencing Financial Difficulty:** See the back for information about mortgage counseling or assistance. Also, there are a number of options available to assist customers who are experiencing difficulty with their payments. Please contact us immediately to discuss these options, arrange a reinstatement or address any questions regarding the statement at (888) 818-6032.

---

**Please detach bottom portion and return with your payment. Allow 7 - 10 days for postal delivery. Please do not send cash.**

**MONTHLY PAYMENT COUPON**

| Borrower Name(s) | Shirley D Lett  456 N Saint Marys Ln NW |
|---|---|
| Account Number | 0016119455 |

Due By 04/01/2016:      $181,807.35
$157.26 late fee will be charged after 04/15/2016

**Make checks payable to: Select Portfolio Servicing**

| Monthly Payment | $ |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| Late Fees | $ |
| Other (Please Specify) | $ |
| | |
| **Total Amount Enclosed  $** | |

SELECT PORTFOLIO SERVICING, INC.
PO BOX 65450
SALT LAKE CITY UT 84165-0450

☐ Change of address or telephone? If so, check here
and note changes on back

2771 0016119455 0000391017 0000406743 0

**SPS** | SELECT
Portfolio
SERVICING, inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250
www.spservicing.com

**Mortgage Statement**
Statement Date:03/14/2016
Page 3 of 3

Customer Service : (800) 258-8602
Monday - Thursday  8:00AM - 11:00PM ET
Friday          8:00AM - 9:00PM ET
Saturday        8:00AM - 2:00PM ET

Account Number  0016119455

If there is a balance under Expenses Paid by Servicer, it means we have paid certain expenses on your behalf due to the delinquent status of your account. You are responsible to reimburse us for these amounts plus interest, which may be billed at the note rate.

Under the Servicemembers Civil Relief Act if you or a family member has been deployed to active duty, you may be eligible for certain protections regarding your mortgage loan. Please contact us at (800) 258-8602 to discuss these protections.

* Loan Due Date: If this date is different from your Payment Due Date, it means that you are past due and owe payments from previous months.

Per IRS regulations all 2015 year end statements will be mailed no later than February 1, 2016. Year end information will be available via our automated voice response system on January 2, 2016. Duplicate year end statements can be obtained from our website www.spservicing.com after February 1, 2016.

817

**SPS** | SELECT
Portfolio
SERVICING, inc.   P.O. Box 65250
Salt Lake City, UT 84165-0250
www.spsservicing.com

**Mortgage Statement**
Statement Date:01/12/2016
Page 1 of 3

Customer Service: (800) 258-8602
Monday - Thursday 8:00AM - 11:00PM ET
Friday               8:00AM - 9:00PM ET
Saturday             8:00AM - 2:00PM ET

*For other important information, see reverse side*

| Account Number | 0016119455 |
|---|---|
| Property Address | 456 N NORTH SAINT MARYS LN |
|  | MARIETTA GA 30064 |

| Loan Due Date | 07/01/2012 [4] |
|---|---|
| Payment Due Date | 02/01/2016 |
| **Amount Due** | **$173,704.14** |

*If payment is received after 02/16/2016, $157.26 late fee will be charged.*

Shirley D Lett
456 N Saint Marys Ln NW
Marietta, GA 30064-1460

| Interest Bearing Principal | $642,807.92 |
|---|---|
| Deferred Principal | $0.00 |
| Outstanding Principal [1] | $642,807.92 |
| Interest Rate (Until February 2016) | 2.875% |
| Prepayment Penalty | No |

| Principal | | $1,785.29 |
|---|---|---|
| Interest | | $1,360.19 |
| Escrow (Taxes and Insurance) | | $764.69 |
| **Regular Monthly Payment** | | **$3,910.17** |
| Unpaid Late Charges | | $254.12 |
| Other Charges and Fees | | $979.56 |
| Charges / Fees this Period | $0.00 | |
| Past Due Payment(s) | | $168,626.31 |
| Unapplied Payment(s) [3] | | $66.02 |
| **Total Amount Due** | | **$173,704.14** |

| Date | Description | Prin Bal | Interest | Total |
|---|---|---|---|---|

|  | Paid Last Month | Paid Year To Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees and Other Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | |
| Total | $0.00 | $0.00 |
| Total Unapplied Balance | $66.02 [3] | |

[1] This amount is not a payoff quote. If you want a payoff quote, please see instructions on reverse side.

[3] Partial payments or overpayments are treated as unapplied funds until we receive enough for a full principal and interest payment at which time we will credit your account for the principal and interest payment

Any transactions that occurred after the statement date noted above will be reflected on your next statement.

This is an attempt to collect a debt. All information obtained will be used for that purpose.

We have paid Taxes and/ or Insurance on your behalf and you are responsible to reimburse us for these amounts plus interest which may be billed at the note rate.

**You are late on your mortgage payments.** Failure to bring your loan current may result in fees and foreclosure -- the loss of your home.

**As of January 12, you are 1,260 days delinquent on your mortgage loan.**
* Payment due 01/2016: Unpaid payment of $3,910.17.
* Payment due 12/2015: Unpaid payment of $3,910.17.
* Payment due 11/2015: Unpaid payment of $3,910.17.
* Payment due 10/2015: Unpaid payment of $3,910.17.
* Payment due 09/2015: Unpaid payment of $3,910.17.
* Payment due 08/2015: Unpaid payment of $3,910.17.

**Total: $173,704.14 due. You must pay this amount to bring your loan current.**

**SPS has completed the first notice or filing required to start a foreclosure.**

**If You Are Experiencing Financial Difficulty:** See the back for information about mortgage counseling or assistance. Also, there are a number of options available to assist customers who are experiencing difficulty with their payments. Please contact us immediately to discuss these options, arrange a reinstatement or address any questions regarding the statement at (888) 818-6032.

---

*Please detach bottom portion and return with your payment. Allow 7 - 10 days for postal delivery. Please do not send cash.*

**MONTHLY PAYMENT COUPON**

| Borrower Name(s) | Shirley D Lett |
|---|---|
|  | 456 N Saint Marys Ln NW |
| Account Number | 0016119455 |
| Due By 02/01/2016: | $173,704.14 |

$157.26 late fee will be charged after 02/16/2016

Make checks payable to: **Select Portfolio Servicing**

| Monthly Payment | $ |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| Late Fees | $ |
| Other (Please Specify) | $ |
| | |
| **Total Amount Enclosed** | $ |

SELECT PORTFOLIO SERVICING, INC.
PO BOX 65450
SALT LAKE CITY UT 84165-0450

Change of address or telephone? If so, check here
and note changes on back

2771 0016119455 0000391017 0000406743 0

**SPS** | SELECT
Portfolio
SERVICING, inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250
www.spservicing.com

**Mortgage Statement**
Statement Date:01/12/2016
Page 3 of 3

Customer Service : (800) 258-8602
Monday - Thursday  8:00AM - 11:00PM ET
Friday            8:00AM - 9:00PM ET
Saturday          8:00AM - 2:00PM ET

Account Number  0016119455

If there is a balance under Expenses Paid by Servicer, it means we have paid certain expenses on your behalf due to the delinquent status of your account.  You are responsible to reimburse us for these amounts plus interest,  which may be billed at the note rate.

Under the Servicemembers Civil Relief Act if you or a family member has been deployed to active duty, you may be eligible for certain protections regarding your mortgage loan.  Please contact us at (800) 258-8602 to discuss these protections.

4 Loan Due Date: If this date is different from your Payment Due Date, it means that you are past due and owe payments from previous months.

Per IRS regulations all 2015 year end statements will be mailed no later than February 1, 2016.  Year end information will be available via our automated voice response system on January 2, 2016.  Duplicate year end statements can be obtained from our website www.spservicing.com after February 1, 2016.

234

**SPS** | SELECT Portfolio SERVICING, inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250
www.spservicing.com

**Mortgage Statement**
Statement Date:11/12/2015
Page 1 of 3

Customer Service: (800) 258-8602
Monday - Thursday  8:00AM - 11:00PM ET
Friday                    8:00AM - 9:00PM ET
Saturday               8:00AM - 2:00PM ET

*For other important information, see reverse side*

874

Shirley D Lett
456 N Saint Marys Ln NW
Marietta, GA 30064-1460

| | |
|---|---|
| Account Number | 0016119455 |
| Property Address | 456 N NORTH SAINT MARYS LN |
| | MARIETTA GA 30064 |
| Loan Due Date | 07/01/2012 |
| Payment Due Date | 12/01/2015 |
| **Amount Due** | **$165,883.80** |

*If payment is received after 12/16/2016, $157.26 late fee will be charged.*

| | |
|---|---|
| Principal | $1,776.77 |
| Interest | $ 1,368.71 |
| Escrow (Taxes and Insurance) | $764.69 |
| **Regular Monthly Payment** | **$3,910.17** |
| Unpaid Late Charges | $254.12 |
| Other Charges and Fees | $979.56 |
| Charges / Fees this Period | $0.00 |
| Past Due Payment(s) | $160,805.97 |
| Unapplied Payment(s) [3] | $66.02 |
| **Total Amount Due** | **$165,883.80** |

| | |
|---|---|
| Interest Bearing Principal | $642,807.92 |
| Deferred Principal | $0.00 |
| Outstanding Principal [1] | $642,807.92 |
| Interest Rate (Until December 2015) | 2.875% |
| Prepayment Penalty | No |

| Date | Description | | | Prin Bal | | Interest | | Total |
|---|---|---|---|---|---|---|---|---|

| | Paid Last Month | Paid Year To Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees and Other Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | |
| Total | $0.00 | $0.00 |
| Total Unapplied Balance | $66.02 [3] | |

You are late on your mortgage payments. Failure to bring your loan current may result in fees and foreclosure -- the loss of your home.

As of November 12, you are 1,229 days delinquent on your mortgage loan.
* Payment due 11/2015: Unpaid payment of $3,910.17.
* Payment due 10/2015: Unpaid payment of $3,910.17.
* Payment due 09/2015: Unpaid payment of $3,910.17.
* Payment due 08/2015: Unpaid payment of $3,910.17.
* Payment due 07/2015: Unpaid payment of $3,910.17.
* Payment due 06/2015: Unpaid payment of $3,910.17.

Total: $165,883.80 due. You must pay this amount to bring your loan current.

SPS has completed the first notice or filing required to start a foreclosure.

**If You Are Experiencing Financial Difficulty:** See the back for information about mortgage counseling or assistance. Also, there are a number of options available to assist customers who are experiencing difficulty with their payments. Please contact us immediately to discuss these options, arrange a reinstatement or address any questions regarding the statement at (888) 818-6032.

[1] This amount is not a payoff quote. If you want a payoff quote, please see instructions on reverse side.

[3] Partial payments or overpayments are treated as unapplied funds until we receive enough for a full principal and interest payment at which time we will credit your account for the principal and interest payment

Any transactions that occurred after the statement date noted above will be reflected on your next statement.

This is an attempt to collect a debt. All information obtained will be used for that purpose.

We have paid Taxes and/ or Insurance on your behalf and you are responsible to reimburse us for these amounts plus interest which may be billed at the note rate.

---

Please detach bottom portion and return with your payment. Allow 7 - 10 days for postal delivery. Please do not send cash.

**MONTHLY PAYMENT COUPON**

| | |
|---|---|
| Borrower Name(s) | Shirley D Lett |
| | 456 N Saint Marys Ln NW |
| Account Number | 0016119455 |
| Due By 12/01/2015: | $165,883.80 |

$157.26 late fee will be charged after 12/16/2015

Make checks payable to: **Select Portfolio Servicing**

| | | |
|---|---|---|
| Monthly Payment | $ | |
| Additional Principal | $ | |
| Additional Escrow | $ | |
| Late Fees | $ | |
| Other (Please Specify) | $ | |
| | | |
| **Total Amount Enclosed** | $ | |

SELECT PORTFOLIO SERVICING, INC.
PO BOX 65450
SALT LAKE CITY UT 84165-0450

Change of address or telephone? If so, check here and note changes on back

2771 0016119455 0000391017 0000406743 0

**SPS** | SELECT
        | *Portfolio*
        | SERVICING, inc. www.spservicing.com

P.O. Box 65250
Salt Lake City, UT 84165-0250

**Mortgage Statement**
Statement Date:11/12/2015
Page 3 of 3

Customer Service : (800) 258-8602
Monday - Thursday  8:00AM - 11:00PM ET
Friday               8:00AM - 9:00PM ET
Saturday             8:00AM - 2:00PM ET

Account Number  0016119455

If there is a balance under Expenses Paid by Servicer, it means we have paid certain expenses on your behalf due to the delinquent status of your account. You are responsible to reimburse us for these amounts plus interest, which may be billed at the note rate.

Under the Servicemembers Civil Relief Act if you or a family member has been deployed to active duty, you may be eligible for certain protections regarding your mortgage loan. Please contact us at (800) 258-8602 to discuss these protections.

¹ Loan Due Date: If this date is different from your Payment Due Date, it means that you are past due and owe payments from previous months.

874

**SPS** SELECT Portfolio SERVICING, inc.    P.O. Box 65250 Salt Lake City, UT 84165-0250    www.spservicing.com

**Mortgage Statement**
Statement Date: 09/15/2015
Page 1 of 3

Customer Service: (800) 258-8602
Monday - Thursday  8:00AM - 11:00PM ET
Friday  8:00AM - 9:00PM ET
Saturday  8:00AM - 2:00PM ET

*For other important information, see reverse side*

1001

Shirley D Lett
456 N Saint Marys Ln NW
Marietta, GA 30064-1460

| | |
|---|---|
| Account Number | 0016119455 |
| Property Address | 456 N NORTH SAINT MARYS LN MARIETTA GA 30064 |
| Loan Due Date | 07/01/2012 [4] |
| Payment Due Date | 10/01/2015 |
| Amount Due | $158,063.46 |

*If payment is received after 10/16/2015, $157.26 late fee will be charged.*

**Account Information**

| | |
|---|---|
| Interest Bearing Principal | $642,807.92 |
| Deferred Principal | $0.00 |
| Outstanding Principal [1] | $642,807.92 |
| Interest Rate (Until October 2015) | 2.875% |
| Prepayment Penalty | No |

**Explanation of Amount Due**

| | |
|---|---|
| Principal | $1,768.29 |
| Interest | $1,377.19 |
| Escrow (Taxes and Insurance) | $764.69 |
| **Regular Monthly Payment** | **$3,910.17** |
| Unpaid Late Charges | $254.12 |
| Other Charges and Fees | $979.56 |
| Charges / Fees this Period | $0.00 |
| Past Due Payment(s) | $152,985.63 |
| Unapplied Payment(s) [3] | $66.02 |
| **Total Amount Due** | **$158,063.46** |

**Transaction Activity**

| Date | Description | Principal Balance | Interest | Taxes & Insurance | Late Charges | Unapplied Balance | Other Fees | Expenses Pd by Servicer | Total [1] |
|---|---|---|---|---|---|---|---|---|---|
| 08/14 | BEG BALANCE | $642,807.92 | $56,183.84 | $14,517.67 | $254.12 | ($66.02) | $0.00 | $979.56 | $713,777.09 |
| 09/10 | COUNTY TAX | 0.00 | 0.00 | 1,256.68 | 0.00 | 0.00 | 0.00 | 0.00 | 1,256.68 |
| 09/15 | ENDING BALANCE | $642,807.92 | $56,183.84 | $15,874.35 | $254.12 | ($66.02) | $0.00 | $979.56 | $715,033.77 |

**Past Payment Breakdown**

| | Paid Last Month | Paid Year To Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees and Other Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | |
| **Total** | **$0.00** | **$0.00** |
| Total Unapplied Balance | $66.02 [3] | |

**Important Messages**

[1] This amount is not a payoff quote. If you want a payoff quote, please see instructions on reverse side.

[3] Partial payments or overpayments are treated as unapplied funds until we receive enough for a full principal and interest payment at which time we will credit your account for the principal and interest payment

Any transactions that occurred after the statement date noted above will be reflected on your next statement.

This is an attempt to collect a debt. All information obtained will be used for that purpose.

We have paid Taxes and/ or Insurance on your behalf and you are responsible to reimburse us for these amounts plus interest which may be billed at the note rate.

You are late on your mortgage payments. Failure to bring your loan current may result in fees and foreclosure -- the loss of your home.

As of September 15, you are 1,171 days delinquent on your mortgage loan.
* Payment due 09/2015: Unpaid payment of $3,910.17.
* Payment due 08/2015: Unpaid payment of $3,910.17.
* Payment due 07/2015: Unpaid payment of $3,910.17.
* Payment due 06/2015: Unpaid payment of $3,910.17.
* Payment due 05/2015: Unpaid payment of $3,910.17.
* Payment due 04/2015: Unpaid payment of $3,910.17.

Total: $158,063.46 due. You must pay this amount to bring your loan current.

SPS has completed the first notice or filing required to start a foreclosure.

If You Are Experiencing Financial Difficulty: See the back for information about mortgage counseling or assistance. Also, there are a number of options available to assist customers who are experiencing difficulty with their payments. Please contact us immediately to discuss these options, arrange a reinstatement or address any questions regarding the statement at (888) 818-6032.

---

Please detach bottom portion and return with your payment. Allow 7 - 10 days for postal delivery. Please do not send cash.

**MONTHLY PAYMENT COUPON**

| | |
|---|---|
| Borrower Name(s) | Shirley D Lett 456 N Saint Marys Ln NW |
| Account Number | 0016119455 |
| Due By 10/01/2015: | $158,063.46 |

$157.26 late fee will be charged after 10/16/2015

Make checks payable to: **Select Portfolio Servicing**

| | |
|---|---|
| Monthly Payment | $ |
| Additional Principal | $ |
| Additional Escrow | $ |
| Late Fees | $ |
| Other (Please Specify) | $ |
| | |
| **Total Amount Enclosed** | **$** |

SELECT PORTFOLIO SERVICING, INC.
PO BOX 65450
SALT LAKE CITY UT 84165-0450

☐ Change of address or telephone? If so, check here and note changes on back

2771 0016119455 0000391017 0000406743 0

**SPS** | SELECT
Portfolio
SERVICING, inc. www.spservicing.com

P.O. Box 65250
Salt Lake City, UT 84165-0250

**Mortgage Statement**
Statement Date:09/15/2015
Page 3 of 3

Customer Service : (800) 258-8602
Monday - Thursday 8:00AM - 11:00PM ET
Friday          8:00AM - 9:00PM ET
Saturday        8:00AM - 2:00PM ET

Account Number 0016119455

If there is a balance under Expenses Paid by Servicer, it means we have paid certain expenses on your behalf due to the delinquent status of your account. You are responsible to reimburse us for these amounts plus interest, which may be billed at the note rate.

Under the Servicemembers Civil Relief Act if you or a family member has been deployed to active duty, you may be eligible for certain protections regarding your mortgage loan. Please contact us at (800) 258-8602 to discuss these protections.

* Loan Due Date: If this date is different from your Payment Due Date, it means that you are past due and owe payments from previous months.

1001

**SPS** | SELECT Portfolio SERVICING, inc. www.spservicing.com

P.O. Box 65250
Salt Lake City, UT 84165-0250

**Mortgage Statement**
Statement Date: 08/13/2015
Page 1 of 3

Customer Service: (800) 258-8602
Monday - Thursday  8:00AM - 11:00PM ET
Friday                8:00AM - 9:00PM ET
Saturday             8:00AM - 2:00PM ET

*For other important information, see reverse side*

Shirley D Lett
456 N Saint Marys Ln NW
Marietta, GA 30064-1460

| Account Number | 0016119455 |
|---|---|
| Property Address | 456 N NORTH SAINT MARYS LN MARIETTA GA 30064 |
| Loan Due Date | 07/01/2012 |
| Payment Due Date | 09/01/2015 |
| **Amount Due** | **$154,153.29** |

*If payment is received after 08/16/2015, $157.26 late fee will be charged.*

| | |
|---|---|
| Interest Bearing Principal | $642,807.92 |
| Deferred Principal | $0.00 |
| Outstanding Principal | $642,807.92 |
| Interest Rate (Until September 2015) | 2.875% |
| Prepayment Penalty | No |

| | |
|---|---|
| Principal | $1,764.06 |
| Interest | $1,381.42 |
| Escrow (Taxes and Insurance) | $764.69 |
| **Regular Monthly Payment** | **$3,910.17** |
| Unpaid Late Charges | $254.12 |
| Other Charges and Fees | $979.56 |
| Charges / Fees this Period     $0.00 | |
| Past Due Payment(s) | $149,075.46 |
| Unapplied Payment(s) [3] | $66.02 |
| **Total Amount Due** | **$154,153.29** |

| Date | Description | Principal Balance | Interest | Taxes & Insurance | Late Charges | Unapplied Balance | Other Fees | Expenses Pd by Servicer | Total |
|---|---|---|---|---|---|---|---|---|---|
| 07/16 | BEG BALANCE | $642,807.92 | $53,802.42 | $14,617.67 | $254.12 | ($66.02) | $0.00 | $1,904.56 | $712,720.67 |
| 07/17 | TITLE CURE COSTS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (325.00) | (325.00) |
| 08/13 | ENDING BALANCE | $642,807.92 | $53,802.42 | $14,617.67 | $254.12 | ($66.02) | $0.00 | $979.56 | $712,395.67 |

| | Paid Last Month | Paid Year To Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees and Other Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | |
| Total | $0.00 | $0.00 |
| Total Unapplied Balance | $66.02 [3] | |

[1] This amount is not a payoff quote. If you want a payoff quote, please see instructions on reverse side.

[3] Partial payments or overpayments are treated as unapplied funds until we receive enough for a full principal and interest payment at which time we will credit your account for the principal and interest payment

Any transactions that occurred after the statement date noted above will be reflected on your next statement.

This is an attempt to collect a debt. All information obtained will be used for that purpose.

We have paid Taxes and/ or Insurance on your behalf and you are responsible to reimburse us for these amounts plus interest which may be billed at the note rate.

You are late on your mortgage payments. Failure to bring your loan current may result in fees and foreclosure – the loss of your home.

As of August 13, you are 1,138 days delinquent on your mortgage loan.
- Payment due 08/2015:  Unpaid payment of $3,910.17.
- Payment due 07/2015:  Unpaid payment of $3,910.17.
- Payment due 06/2015:  Unpaid payment of $3,910.17.
- Payment due 05/2015:  Unpaid payment of $3,910.17.
- Payment due 04/2015:  Unpaid payment of $3,910.17.
- Payment due 03/2015:  Unpaid payment of $3,910.17.

Total: $154,153.29 due. You must pay this amount to bring your loan current.

SPS has completed the first notice or filing required to start a foreclosure.

If You Are Experiencing Financial Difficulty: See the back for information about mortgage counseling or assistance. Also, there are a number of options available to assist customers who are experiencing difficulty with their payments. Please contact us immediately to discuss these options, arrange a reinstatement or address any questions regarding the statement at (888) 818-6032.

Please detach bottom portion and return with your payment. Allow 7 - 10 days for postal delivery. Please do not send cash.

**MONTHLY PAYMENT COUPON**

| Borrower Name(s) | Shirley D Lett 456 N Saint Marys Ln NW |
|---|---|
| Account Number | 0016119455 |
| Due By 09/01/2015: | $164,153.29 |

$157.26 late fee will be charged after 09/16/2015

Make checks payable to: Select Portfolio Servicing

| | |
|---|---|
| Monthly Payment | $ |
| Additional Principal | $ |
| Additional Escrow | $ |
| Late Fees | $ |
| Other (Please Specify) | $ |
| **Total Amount Enclosed  $** | |

SELECT PORTFOLIO SERVICING, INC.
PO BOX 65450
SALT LAKE CITY UT 84165-0450

☐ Change of address or telephone? If so, check here and note changes on back

2771 0016119455 0000391017 0000406743 0

**SPS** | SELECT
Portfolio
SERVICING, inc.

P.O. Box 65250
Salt Lake City, UT 84165-0250
www.spservicing.com

**Mortgage Statement**
Statement Date:08/13/2015
Page 3 of 3

Customer Service : (800) 258-8602
Monday - Thursday  8:00AM - 11:00PM ET
Friday                      8:00AM - 9:00PM ET
Saturday                 8:00AM - 2:00PM ET

Account Number  0016119455

If there is a balance under Expenses Paid by Servicer, it means we have paid certain expenses on your behalf due to the delinquent status of your account.  You are responsible to reimburse us for these amounts plus interest,  which may be billed at the note rate.

Under the Servicemembers Civil Relief Act if you or a family member has been deployed to active duty, you may be eligible for certain protections regarding your mortgage loan.  Please contact us at (800) 258-8602 to discuss these protections.

* Loan Due Date: If this date is different from your Payment Due Date, it means that you are past due and owe payments from previous months.

691

**SPS** | SELECT Portfolio SERVICING, inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250
www.spsservicing.com

**Mortgage Statement**
Statement Date: 07/15/2015
Page 1 of 3

Customer Service: (800) 258-8602
Monday – Thursday  8:00AM – 11:00PM ET
Friday  8:00AM – 9:00PM ET
Saturday  8:00AM – 2:00PM ET

*For other important information, see reverse side*

Shirley D Lett
456 N Saint Marys Ln NW
Marietta, GA 30064-1460

| Account Number | 0016119455 |
|---|---|
| Property Address | 456 N NORTH SAINT MARYS LN MARIETTA GA 30064 |
| Loan Due Date | 07/01/2012 |
| Payment Due Date | 08/01/2015 |
| **Amount Due** | **$150,568.12** |

*If payment is received after 08/16/2015: $157.26 late fee will be charged.*

| Interest Bearing Principal | $642,807.92 |
|---|---|
| Deferred Principal | $0.00 |
| Outstanding Principal [1] | $642,807.92 |
| Interest Rate (Until August 2015) | 2.875% |
| Prepayment Penalty | No |

| | |
|---|---|
| Principal | $1,759.84 |
| Interest | $1,385.64 |
| Escrow (Taxes and Insurance) | $764.69 |
| **Regular Monthly Payment** | **$3,910.17** |
| Unpaid Late Charges | $254.12 |
| Other Charges and Fees | $1,304.56 |
| Charges / Fees this Period | $0.00 |
| Past Due Payment(s) | $145,165.29 |
| Unapplied Payment(s) [3] | $66.02 |
| **Total Amount Due** | **$150,568.12** |

| Date | Description | | Prin Bal | Interest | Total |
|---|---|---|---|---|---|

| | Paid Last Month | Paid Year To Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees and Other Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | |
| Total | $0.00 | $0.00 |
| Total Unapplied Balance | $66.02 | |

[1] This amount is not a payoff quote. If you want a payoff quote, please see instructions on reverse side.

[3] Partial payments or overpayments are treated as unapplied funds until we receive enough for a full principal and interest payment at which time we will credit your account for the principal and interest payment

Any transactions that occurred after the statement date noted above will be reflected on your next statement.

This is an attempt to collect a debt. All information obtained will be used for that purpose.

We have paid Taxes and/ or Insurance on your behalf and you are responsible to reimburse us for these amounts plus interest which may be billed at the note rate.

You are late on your mortgage payments. Failure to bring your loan current may result in fees and foreclosure -- the loss of your home.

As of July 15, you are 1,109 days delinquent on your mortgage loan.
* Payment due 07/2015: Unpaid payment of $3,910.17.
* Payment due 06/2015: Unpaid payment of $3,910.17.
* Payment due 05/2015: Unpaid payment of $3,910.17.
* Payment due 04/2015: Unpaid payment of $3,910.17.
* Payment due 03/2015: Unpaid payment of $3,910.17.
* Payment due 02/2015: Unpaid payment of $3,910.17.

Total: $150,568.12 due. You must pay this amount to bring your loan current.

SPS has completed the first notice or filing required to start a foreclosure.

If You Are Experiencing Financial Difficulty: See the back for information about mortgage counseling or assistance. Also, there are a number of options available to assist customers who are experiencing difficulty with their payments. Please contact us immediately to discuss these options, arrange a reinstatement or address any questions regarding the statement at (888) 818-6032.

---

Please detach bottom portion and return with your payment. Allow 7 - 10 days for postal delivery. Please do not send cash.

**MONTHLY PAYMENT COUPON**

| Borrower Name(s) | Shirley D Lett 456 N Saint Marys Ln NW |
|---|---|
| Account Number | 0016119455 |

Due By 08/01/2015:    $150,568.12
$157.26 late fee will be charged after 08/16/2015

Make checks payable to: **Select Portfolio Servicing**

| Monthly Payment | $ |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| Late Fees | $ |
| Other (Please Specify) | $ |
| | |
| **Total Amount Enclosed** | **$** |

SELECT PORTFOLIO SERVICING, INC.
PO BOX 65450
SALT LAKE CITY UT 84165-0450

Change of address or telephone? If so, check here and note changes on back

2771 0016119455 0000391017 0000406743 0

**SPS** SELECT Portfolio SERVICING, inc. www.spservicing.com
P.O. Box 65250
Salt Lake City, UT 84165-0250

**Mortgage Statement**
Statement Date:07/15/2015
Page 3 of 3

Customer Service : (800) 258-8602
Monday - Thursday  8:00AM - 11:00PM ET
Friday                  8:00AM - 9:00PM ET
Saturday              8:00AM - 2:00PM ET

Account Number  0016119455

If there is a balance under Expenses Paid by Servicer, it means we have paid certain expenses on your behalf due to the delinquent status of your account.  You are responsible to reimburse us for these amounts plus interest,  which may be billed at the note rate.

Under the Servicemembers Civil Relief Act if you or a family member has been deployed to active duty, you may be eligible for certain protections regarding your mortgage loan.  Please contact us at (800) 258-8602 to discuss these protections.

⁺ Loan Due Date: If this date is different from your Payment Due Date, it means that you are past due and owe payments from previous months.

686

**SPS** SELECT Portfolio SERVICING, inc.   P.O. Box 65250  Salt Lake City, UT 84165-0250  www.spservicing.com

**Mortgage Statement**
Statement Date: 06/15/2015
Page 1 of 3

Customer Service: (800) 258-8602
Monday - Thursday  8:00AM - 11:00PM ET
Friday  8:00AM - 9:00PM ET
Saturday  8:00AM - 2:00PM ET

*For other important information, see reverse side*

681

Shirley D Lett
456 N Saint Marys Ln NW
Marietta, GA 30064-1460

| Account Number | 0016119455 |
|---|---|
| Property Address | 456 N NORTH SAINT MARYS LN MARIETTA GA 30064 |
| Loan Due Date | 07/01/2012 |
| Payment Due Date | 07/01/2015 |
| **Amount Due** | **$146,657.95** |

*If payment is received after 07/16/2015, $157.26 late fee will be charged.*

| | |
|---|---|
| Interest Bearing Principal | $642,807.92 |
| Deferred Principal | $0.00 |
| Outstanding Principal [1] | $642,807.92 |
| Interest Rate (Until July 2015) | 2.750% |
| Prepayment Penalty | No |

| | | |
|---|---|---|
| Principal | | $1,815.93 |
| Interest | | $1,329.55 |
| Escrow (Taxes and Insurance) | | $764.69 |
| **Regular Monthly Payment** | | **$3,910.17** |
| Unpaid Late Charges | | $254.12 |
| Other Charges and Fees | | $1,304.56 |
| Charges / Fees this Period | $0.00 | |
| Past Due Payment(s) | | $141,255.12 |
| Unapplied Payment(s) [3] | | $66.02 |
| **Total Amount Due** | | **$146,657.95** |

| Date | Description | Prin Bal | Interest | Total |
|---|---|---|---|---|

| | Paid Last Month | Paid Year To Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees and Other Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | |
| Total | $0.00 | $0.00 |
| Total Unapplied Balance | $66.02 [3] | |

[1] This amount is not a payoff quote. If you want a payoff quote, please see instructions on reverse side.

[3] Partial payments or overpayments are treated as unapplied funds until we receive enough for a full principal and interest payment at which time we will credit your account for the principal and interest payment.

Any transactions that occurred after the statement date noted above will be reflected on your next statement.

This is an attempt to collect a debt. All information obtained will be used for that purpose.

We have paid Taxes and/ or Insurance on your behalf and you are responsible to reimburse us for these amounts plus interest which may be billed at the note rate.

**You are late on your mortgage payments.** Failure to bring your loan current may result in fees and foreclosure — the loss of your home.

As of June 15, you are 1,079 days delinquent on your mortgage loan.
* Payment due 06/2015: Unpaid payment of $3,910.17.
* Payment due 05/2015: Unpaid payment of $3,910.17.
* Payment due 04/2015: Unpaid payment of $3,910.17.
* Payment due 03/2015: Unpaid payment of $3,910.17.
* Payment due 02/2015: Unpaid payment of $3,910.17.
* Payment due 01/2015: Unpaid payment of $3,910.17.

**Total: $146,657.95 due. You must pay this amount to bring your loan current.**

**SPS has completed the first notice or filing required to start a foreclosure.**

**If You Are Experiencing Financial Difficulty:** See the back for information about mortgage counseling or assistance. Also, there are a number of options available to assist customers who are experiencing difficulty with their payments. Please contact us immediately to discuss these options, arrange a reinstatement or address any questions regarding the statement at (888) 818-6032.

Please detach bottom portion and return with your payment. Allow 7 - 10 days for postal delivery. Please do not send cash.

**MONTHLY PAYMENT COUPON**

Make checks payable to: Select Portfolio Servicing

| | |
|---|---|
| Borrower Name(s) | Shirley D Lett 456 N Saint Marys Ln NW |
| Account Number | 0016119455 |
| Due By 07/01/2015: | $146,657.95 |

$157.26 late fee will be charged after 07/16/2015

SELECT PORTFOLIO SERVICING, INC.
PO BOX 65450
SALT LAKE CITY UT 84165-0450

| | | |
|---|---|---|
| Monthly Payment | $ | . |
| Additional Principal | $ | . |
| Additional Escrow | $ | . |
| Late Fees | $ | . |
| Other (Please Specify) | $ | . |
| | | |
| Total Amount Enclosed | $ | . |

☐ Change of address or telephone? If so, check here and note changes on back

2771 0016119455 0000391017 0000406743 0

**SPS** SELECT
Portfolio
SERVICING, *inc.* www.spservicing.com

P.O. Box 65250
Salt Lake City, UT 84165-0250

**Mortgage Statement**
Statement Date:06/15/2015
Page 3 of 3

Customer Service : (800) 258-8602
Monday - Thursday  8:00AM - 11:00PM ET
Friday              8:00AM - 9:00PM ET
Saturday            8:00AM - 2:00PM ET

Account Number  0016119455

If there is a balance under Expenses Paid by Servicer, it means we have paid certain expenses on your behalf due to the delinquent status of your account. You are responsible to reimburse us for these amounts plus interest, which may be billed at the note rate.

Under the Servicemembers Civil Relief Act if you or a family member has been deployed to active duty, you may be eligible for certain protections regarding your mortgage loan. Please contact us at (800) 258-8602 to discuss these protections.

* Loan Due Date: If this date is different from your Payment Due Date, it means that you are past due and owe payments from previous months.

**SPS** SELECT Portfolio SERVICING, Inc.  
P.O. Box 65250  
Salt Lake City, UT 84165-0250  
www.spservicing.com

**Mortgage Statement**  
Statement Date: 05/14/2015  
Page 1 of 3

Customer Service: (800) 258-8602  
Monday - Thursday  8:00AM - 11:00PM ET  
Friday        8:00AM - 9:00PM ET  
Saturday      8:00AM - 2:00PM ET

*For other important information, see reverse side*

678

Shirley D Lett  
456 N Saint Marys Ln NW  
Marietta, GA 30064-1460

| Account Number | 0016119455 |
|---|---|
| Property Address | 456 N NORTH SAINT MARYS LN MARIETTA GA 30064 |
| Loan Due Date | 07/01/2012 |
| Payment Due Date | 06/01/2015 |
| **Amount Due** | **$142,747.78** |

*If payment is received after 06/16/2015, $157.26 late fee will be charged.*

| | |
|---|---|
| Interest Bearing Principal | $642,807.92 |
| Deferred Principal | $0.00 |
| Outstanding Principal | $642,807.92 |
| Interest Rate (Until June 2015) | 2.750% |
| Prepayment Penalty | No |

| | |
|---|---|
| Principal | $1,811.77 |
| Interest | $1,333.71 |
| Escrow (Taxes and Insurance) | $764.69 |
| **Regular Monthly Payment** | **$3,910.17** |
| Unpaid Late Charges | $254.12 |
| Other Charges and Fees | $1,304.56 |
| Charges / Fees this Period | $0.00 |
| Past Due Payment(s) | $137,344.95 |
| Unapplied Payment(s) ³ | $66.02 |
| **Total Amount Due** | **$142,747.78** |

| Date | Description | Principal Balance | Interest | Taxes & Insurance | Late Charges | Unapplied Balance | Other Fees | Expenses Pd by Servicer | Total ¹ |
|---|---|---|---|---|---|---|---|---|---|
| 04/16 | BEG BALANCE | $642,807.92 | $49,753.52 | $10,560.67 | $254.12 | ($66.02) | $0.00 | $1,304.56 | $704,614.77 |
| 05/01 | HAZARD INS | 0.00 | 0.00 | 4,057.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,057.00 |
| 05/14 | ENDING BALANCE | $642,807.92 | $49,753.52 | $14,617.67 | $254.12 | ($66.02) | $0.00 | $1,304.56 | $708,671.77 |

| | Paid Last Month | Paid Year To Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees and Other Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | |
| Total | $0.00 | $0.00 |
| Total Unapplied Balance | $66.02 ³ | |

**You are late on your mortgage payments.** Failure to bring your loan current may result in fees and foreclosure — the loss of your home.

**As of May 14, you are 1,047 days delinquent on your mortgage loan.**
* Payment due 05/2015: Unpaid payment of $3,910.17.
* Payment due 04/2015: Unpaid payment of $3,910.17.
* Payment due 03/2015: Unpaid payment of $3,910.17.
* Payment due 02/2015: Unpaid payment of $3,910.17.
* Payment due 01/2015: Unpaid payment of $3,910.17.
* Payment due 12/2014: Unpaid payment of $3,910.17.

**Total: $142,747.78 due. You must pay this amount to bring your loan current.**

**SPS has completed the first notice or filing required to start a foreclosure.**

¹ This amount is not a payoff quote. If you want a payoff quote, please see instructions on reverse side.

³ Partial payments or overpayments are treated as unapplied funds until we receive enough for a full principal and interest payment at which time we will credit your account for the principal and interest payment

Any transactions that occurred after the statement date noted above will be reflected on your next statement.

This is an attempt to collect a debt. All information obtained will be used for that purpose.

We have paid Taxes and/ or Insurance on your behalf and you are responsible to reimburse us for these amounts plus interest which may be billed at the note rate.

**If You Are Experiencing Financial Difficulty:** See the back for information about mortgage counseling or assistance. Also, there are a number of options available to assist customers who are experiencing difficulty with their payments. Please contact us immediately to discuss these options, arrange a reinstatement or address any questions regarding the statement at (888) 818-6032.

---

Please detach bottom portion and return with your payment. Allow 7 - 10 days for postal delivery. Please do not send cash.

**MONTHLY PAYMENT COUPON**

| Borrower Name(s) | Shirley D Lett 456 N Saint Marys Ln NW |
|---|---|
| Account Number | 0016119455 |
| Due By 06/01/2015: | $142,747.78 |

$157.26 late fee will be charged after 06/16/2015

Make checks payable to: Select Portfolio Servicing

| | |
|---|---|
| Monthly Payment | $ |
| Additional Principal | $ |
| Additional Escrow | $ |
| Late Fees | $ |
| Other (Please Specify) | $ |
| **Total Amount Enclosed** | **$** |

SELECT PORTFOLIO SERVICING, INC.  
PO BOX 65450  
SALT LAKE CITY UT  84165-0450

☐ Change of address or telephone? If so, check here and note changes on back

2771 0016119455 0000391017 0000406743 0

**SPS** SELECT Portfolio SERVICING, Inc. www.spservicing.com

P.O. Box 65250
Salt Lake City, UT 84165-0250

**Mortgage Statement**
Statement Date:05/14/2015
Page 3 of 3

Customer Service : (800) 258-8602
Monday – Thursday  8:00AM - 11:00PM ET
Friday                    8:00AM - 9:00PM ET
Saturday                8:00AM - 2:00PM ET

Account Number  0016119455

If there is a balance under Expenses Paid by Servicer, it means we have paid certain expenses on your behalf due to the delinquent status of your account. You are responsible to reimburse us for these amounts plus interest, which may be billed at the note rate.

Under the Servicemembers Civil Relief Act if you or a family member has been deployed to active duty, you may be eligible for certain protections regarding your mortgage loan. Please contact us at (800) 258-8602 to discuss these protections.

¹ Loan Due Date: If this date is different from your Payment Due Date, it means that you are past due and owe payments from previous months.

678

**SPS** | SELECT Portfolio SERVICING, inc.

P.O. Box 65250
Salt Lake City, UT 84165-0250
www.spservicing.com

**Mortgage Statement**
Statement Date:04/15/2015
Page 1 of 3

Customer Service: (800) 258-8602
Monday - Thursday 8:00AM - 11:00PM ET
Friday 8:00AM - 9:00PM ET
Saturday 8:00AM - 2:00PM ET

*For other important information, see reverse side*

764

Shirley D Lett
456 N Saint Marys Ln NW
Marietta, GA 30064-1460

| Account Number | 0016119455 |
|---|---|
| Property Address | 456 N NORTH SAINT MARYS LN MARIETTA GA 30064 |
| Loan Due Date | 07/01/2012 |
| Payment Due Date | 05/01/2015 |
| Amount Due | $138,837.61 |

*If payment is received after 05/16/2015, $157.26 late fee will be charged.*

| Principal | $1,807.63 |
|---|---|
| Interest | $1,337.85 |
| Escrow (Taxes and Insurance) | $764.69 |
| **Regular Monthly Payment** | **$3,910.17** |
| Unpaid Late Charges | $254.12 |
| Other Charges and Fees | $1,304.56 |
| Charges / Fees this Period | $0.00 |
| Past Due Payment(s) | $133,434.78 |
| Unapplied Payment(s) [3] | $66.02 |
| **Total Amount Due** | **$138,837.61** |

**Account Information**

| Interest Bearing Principal | $642,807.92 |
|---|---|
| Deferred Principal | $0.00 |
| Outstanding Principal [1] | $642,807.92 |
| Interest Rate (Until May 2015) | 2.750% |
| Prepayment Penalty | No |

| Date | Description | Prin Bal | Interest | Total |
|---|---|---|---|---|

**Past Payments Breakdown**

|  | Paid Last Month | Paid Year To Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees and Other Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | |
| Total | $0.00 | $0.00 |
| Total Unapplied Balance | $66.02 [3] | |

**Important Messages**

[1] This amount is not a payoff quote. If you want a payoff quote, please see instructions on reverse side.

[3] Partial payments or overpayments are treated as unapplied funds until we receive enough for a full principal and interest payment at which time we will credit your account for the principal and interest payment

Any transactions that occurred after the statement date noted above will be reflected on your next statement.

This is an attempt to collect a debt. All information obtained will be used for that purpose.

We have paid Taxes and/ or Insurance on your behalf and you are responsible to reimburse us for these amounts plus interest which may be billed at the note rate.

**Delinquency Information**

You are late on your mortgage payments. Failure to bring your loan current may result in fees and foreclosure — the loss of your home.

As of April 15, you are 1,018 days delinquent on your mortgage loan.
* Payment due 04/2015: Unpaid payment of $3,910.17.
* Payment due 03/2015: Unpaid payment of $3,910.17.
* Payment due 02/2015: Unpaid payment of $3,910.17.
* Payment due 01/2015: Unpaid payment of $3,910.17.
* Payment due 12/2014: Unpaid payment of $3,910.17.
* Payment due 11/2014: Unpaid payment of $3,910.17.

Total: $138,837.61 due. You must pay this amount to bring your loan current.

SPS has completed the first notice or filing required to start a foreclosure.

**If You Are Experiencing Financial Difficulty:** See the back for information about mortgage counseling or assistance. Also, there are a number of options available to assist customers who are experiencing difficulty with their payments. Please contact us immediately to discuss these options, arrange a reinstatement or address any questions regarding the statement at (888) 818-6032.

---

Please detach bottom portion and return with your payment. Allow 7 - 10 days for postal delivery. Please do not send cash.

**MONTHLY PAYMENT COUPON**

| Borrower Name(s) | Shirley D Lett 456 N Saint Marys Ln NW |
|---|---|
| Account Number | 0016119455 |

Due By 05/01/2015: $138,837.61
$157.26 late fee will be charged after 05/16/2015

**Make checks payable to: Select Portfolio Servicing**

| Monthly Payment | $ |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| Late Fees | $ |
| Other (Please Specify) | $ |
| **Total Amount Enclosed** | **$** |

SELECT PORTFOLIO SERVICING, INC.
PO BOX 65450
SALT LAKE CITY UT 84165-0450

☐ Change of address or telephone? If so, check here and note changes on back

2771 0016119455 0000391017 0000406743 0

**SPS** | SELECT
Portfolio
SERVICING, inc.

P.O. Box 65250
Salt Lake City, UT 84165-0250
www.spservicing.com

**Mortgage Statement**
Statement Date:04/15/2015
Page 3 of 3

Customer Service : (800) 258-8602
Monday - Thursday  8:00AM - 11:00PM ET
Friday                     8:00AM - 9:00PM ET
Saturday                8:00AM - 2:00PM ET

Account Number  0016119455

If there is a balance under Expenses Paid by Servicer, it means we have paid certain expenses on your behalf due to the delinquent status of your account.  You are responsible to reimburse us for these amounts plus interest,  which may be billed at the note rate.

Under the Servicemembers Civil Relief Act if you or a family member has been deployed to active duty, you may be eligible for certain protections regarding your mortgage loan.  Please contact us at (800) 258-8602 to discuss these protections.

* Loan Due Date: If this date is different from your Payment Due Date, it means that you are past due and owe payments from previous months.

Per IRS regulations all 2014 year end statements will be mailed no later than February 2, 2015.  Year end information will be available via our automated voice response system on January 2, 2015.  Duplicate year end statements can be obtained from our website www.spservicing.com after February 2, 2015.

**SPS** | SELECT
Portfolio
SERVICING, inc.

P.O. Box 65250
Salt Lake City, UT 84165-0250
www.spservicing.com

Customer Service : (800) 258-8602
Monday - Thursday  8:00AM - 11:00PM ET
Friday                     8:00AM - 9:00PM ET
Saturday                8:00AM - 2:00PM ET

**SPS** | SELECT Portfolio SERVICING, inc. www.spservicing.com
P.O. Box 65250
Salt Lake City, UT 84165-0250

**Mortgage Statement**
Statement Date: 03/12/2015
Page 1 of 3

Customer Service: (800) 258-8602
Monday – Thursday 8:00AM - 11:00PM ET
Friday             8:00AM - 9:00PM ET
Saturday           8:00AM - 2:00PM ET

*For other important information, see reverse side*

Shirley D Lett
456 N Saint Marys Ln NW
Marietta, GA 30064-1460

| Account Number | 0016119455 |
|---|---|
| Property Address | 456 N NORTH SAINT MARYS LN MARIETTA GA 30064 |
| Loan Due Date | 07/01/2012 |
| Payment Due Date | 04/01/2015 |
| **Amount Due** | **$134,927.44** |

*If payment is received after 04/18/2015, $157.26 late fee will be charged.*

| Interest Bearing Principal | $642,807.92 |
|---|---|
| Deferred Principal | $0.00 |
| Outstanding Principal ¹ | $642,807.92 |
| Interest Rate (Until April 2015) | 2.750% |
| Prepayment Penalty | No |

| Principal | | $1,803.50 |
|---|---|---|
| Interest | | $1,341.98 |
| Escrow (Taxes and Insurance) | | $764.69 |
| **Regular Monthly Payment** | | **$3,910.17** |
| Unpaid Late Charges | | $254.12 |
| Other Charges and Fees | | $1,304.56 |
| Charges / Fees this Period | $0.00 | |
| Past Due Payment(s) ³ | | $129,524.61 |
| Unapplied Payment(s) ³ | | -$66.02 |
| **Total Amount Due** | | **$134,927.44** |

| Date | Description | Prin Bal | Interest | Total |
|---|---|---|---|---|

| | Paid Last Month | Paid Year To Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees and Other Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | |
| Total | $0.00 | $0.00 |
| Total Unapplied Balance | | $66.02 ³ |

¹ This amount is not a payoff quote. If you want a payoff quote, please see instructions on reverse side.

³ Partial payments or overpayments are treated as unapplied funds until we receive enough for a full principal and interest payment at which time we will credit your account for the principal and interest payment

Any transactions that occurred after the statement date noted above will be reflected on your next statement.

This is an attempt to collect a debt. All information obtained will be used for that purpose.

We have paid Taxes and/ or insurance on your behalf and you are responsible to reimburse us for these amounts plus interest which may be billed at the note rate.

**You are late on your mortgage payments. Failure to bring your loan current may result in fees and foreclosure – the loss of your home.**

**As of March 12, you are 984 days delinquent on your mortgage loan.**
* Payment due 03/2015: Unpaid payment of $3,910.17.
* Payment due 02/2015: Unpaid payment of $3,910.17.
* Payment due 01/2015: Unpaid payment of $3,910.17.
* Payment due 12/2014: Unpaid payment of $3,910.17.
* Payment due 11/2014: Unpaid payment of $3,910.17.
* Payment due 10/2014: Unpaid payment of $3,910.17.

**Total: $134,927.44 due. You must pay this amount to bring your loan current.**

**If You Are Experiencing Financial Difficulty:** See the back for information about mortgage counseling or assistance. Also, there are a number of options available to assist customers who are experiencing difficulty with their payments. Please contact us immediately to discuss these options, arrange a reinstatement or address any questions regarding the statement at (888) 818-6032.

Please detach bottom portion and return with your payment. Allow 7 - 10 days for postal delivery. Please do not send cash.

## MONTHLY PAYMENT COUPON

| Borrower Name(s) | Shirley D Lett |
|---|---|
| Account Number | 0016119455 |
| Due By 04/01/2015: | $134,927.44 |

$157.26 late fee will be charged after 04/18/2015

Make checks payable to: **Select Portfolio Servicing**

| Monthly Payment | $ |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| Late Fees | $ |
| Other (Please Specify) | $ |
| **Total Amount Enclosed** | **$** |

SELECT PORTFOLIO SERVICING, INC.
PO BOX 65450
SALT LAKE CITY UT 84165-0450

☐ Change of address or telephone? If so, check here and note changes on back

2771 0016119455 0000391017 0000406743 0

**SPS** SELECT
Portfolio
SERVICING, inc.

P.O. Box 65250
Salt Lake City, UT 84165-0250
www.spservicing.com

**Mortgage Statement**
Statement Date:03/12/2015
Page 3 of 3

Customer Service : (800) 258-8602
Monday - Thursday 8:00AM - 11:00PM ET
Friday             8:00AM - 9:00PM ET
Saturday           8:00AM - 2:00PM ET

Account Number  0016119455

If there is a balance under Expenses Paid by Servicer, it means we have paid certain expenses on your behalf due to the delinquent status of your account. You are responsible to reimburse us for these amounts plus interest, which may be billed at the note rate.

Under the Servicemembers Civil Relief Act if you or a family member has been deployed to active duty, you may be eligible for certain protections regarding your mortgage loan. Please contact us at (800) 258-8602 to discuss these protections.

* Loan Due Date: If this date is different from your Payment Due Date, it means that you are past due and owe payments from previous months.

Per IRS regulations all 2014 year end statements will be mailed no later than February 2, 2015. Year end information will be available via our automated voice response system on January 2, 2015. Duplicate year end statements can be obtained from our website www.spservicing.com after February 2, 2015.

878

**SPS** | SELECT Portfolio SERVICING, inc. www.spservicing.com
P.O Box 65250
Salt Lake City, UT 84165-0250

**Mortgage Statement**
Statement Date:02/12/2015
Page 1 of 3

Customer Service: (800) 258-8602
Monday - Thursday 8:00AM - 11:00PM ET
Friday 8:00AM - 9:00PM ET
Saturday 8:00AM - 2:00PM ET

*For other important information, see reverse side*

911

Shirley D Lett
456 N Saint Marys Ln NW
Marietta, GA 30064-1460

|  |  |
|---|---|
| Account Number | 0016119455 |
| Property Address | 456 N NORTH SAINT MARYS LN MARIETTA GA 30064 |
| Loan Due Date | 07/01/2012 |
| Payment Due Date | 03/01/2015 |
| **Amount Due** | **$131,017.27** |

*If payment is received after 03/16/2015, $157.26 late fee will be charged.*

| Interest Bearing Principal | $642,807.92 |
|---|---|
| Deferred Principal | $0.00 |
| Outstanding Principal [1] | $642,807.92 |
| Interest Rate (Until March 2015) | 2.750% |
| Prepayment Penalty | No |

| | |
|---|---|
| Principal | $1,799.38 |
| Interest | $1,346.10 |
| Escrow (Taxes and Insurance) | $764.69 |
| **Regular Monthly Payment** | **$3,910.17** |
| Unpaid Late Charges | $254.12 |
| Other Charges and Fees | $1,304.56 |
| Charges / Fees this Period | $0.00 |
| Past Due Payment(s) | $125,614.44 |
| Unapplied Payment(s) [3] | $66.02 |
| **Total Amount Due** | **$131,017.27** |



Date     Description          Prin Bal          Interest          Total

|  | Paid Last Month | Paid Year To Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees and Other Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | |
| **Total** | **$0.00** | **$0.00** |
| Total Unapplied Balance | $66.02 [3] | |

[1] This amount is not a payoff quote. If you want a payoff quote, please see instructions on reverse side.

[3] Partial payments or overpayments are treated as unapplied funds until we receive enough for a full principal and interest payment at which time we will credit your account for the principal and interest payment

Any transactions that occurred after the statement date noted above will be reflected on your next statement.

This is an attempt to collect a debt. All information obtained will be used for that purpose.

We have paid Taxes and/ or Insurance on your behalf and you are responsible to reimburse us for these amounts plus interest which may be billed at the note rate.

**You are late on your mortgage payments.** Failure to bring your loan current may result in fees and foreclosure -- the loss of your home.

**As of February 12, you are 956 days delinquent on your mortgage loan.**
* Payment due 02/2015: Unpaid payment of $3,910.17.
* Payment due 01/2015: Unpaid payment of $3,910.17.
* Payment due 12/2014: Unpaid payment of $3,910.17.
* Payment due 11/2014: Unpaid payment of $3,910.17.
* Payment due 10/2014: Unpaid payment of $3,910.17.
* Payment due 09/2014: Unpaid payment of $3,910.17.

**Total: $131,017.27 due. You must pay this amount to bring your loan current.**

**If You Are Experiencing Financial Difficulty:** See the back for information about mortgage counseling or assistance. Also, there are a number of options available to assist customers who are experiencing difficulty with their payments. Please contact us immediately to discuss these options, arrange a reinstatement or address any questions regarding the statement at (888) 818-6032.

Please detach bottom portion and return with your payment. Allow 7 - 10 days for postal delivery. Please do not send cash.

**MONTHLY PAYMENT COUPON**



| Borrower Name(s) | Shirley D Lett |
|---|---|
| Account Number | 0016119455 |
| Due By 03/01/2015: | $131,017.27 |

$157.26 late fee will be charged after 03/16/2015

**Make checks payable to: Select Portfolio Servicing**

| Monthly Payment | $ . |
|---|---|
| Additional Principal | $ . |
| Additional Escrow | $ . |
| Late Fees | $ . |
| Other (Please Specify) | $ . |
| | |
| **Total Amount Enclosed $** | . |

SELECT PORTFOLIO SERVICING, INC.
PO BOX 65450
SALT LAKE CITY UT 84165-0450

☐ Change of address or telephone? If so, check here and note changes on back

2771 0016119455 0000391017 0000406743 0

**SPS** | SELECT
Portfolio
SERVICING, inc.

P.O. Box 65250
Salt Lake City, UT 84165-0250
www.spservicing.com

**Mortgage Statement**
Statement Date:02/12/2015
Page 3 of 3

Customer Service : (800) 258-8602
Monday - Thursday  8:00AM - 11:00PM ET
Friday                    8:00AM - 9:00PM ET
Saturday               8:00AM - 2:00PM ET

Account Number  0016119455

If there is a balance under Expenses Paid by Servicer, it means we have paid certain expenses on your behalf due to the delinquent status of your account. You are responsible to reimburse us for these amounts plus interest, which may be billed at the note rate.

Under the Servicemembers Civil Relief Act if you or a family member has been deployed to active duty, you may be eligible for certain protections regarding your mortgage loan. Please contact us at (800) 258-8602 to discuss these protections.

⁴ Loan Due Date: If this date is different from your Payment Due Date, it means that you are past due and owe payments from previous months.

Per IRS regulations all 2014 year end statements will be mailed no later than February 2, 2015. Year end information will be available via our automated voice response system on January 2, 2015. Duplicate year end statements can be obtained from our website www.spservicing.com after February 2, 2015.

911

**SPS** SELECT Portfolio SERVICING, inc. www.spservicing.com
P.O. Box 65250
Salt Lake City, UT 84165-0250

**Mortgage Statement**
Statement Date:01/13/2015
Page 1 of 3

Customer Service: (800) 258-8602
Monday - Thursday  8:00AM - 11:00PM ET
Friday                8:00AM - 9:00PM ET
Saturday              8:00AM - 2:00PM ET

*For other important information, see reverse side*

| | |
|---|---|
| Account Number | 0016119455 |
| Property Address | 456 N NORTH SAINT MARYS LN MARIETTA GA 30064 |
| Loan Due Date | 07/01/2012 |
| Payment Due Date | 02/01/2015 |
| **Amount Due** | **$127,107.10** |

*If payment is received after 02/16/2015, $157.26 late fee will be charged.*

Shirley D Lett
456 N Saint Marys Ln NW
Marietta, GA 30064-1460

| | |
|---|---|
| Interest Bearing Principal | $642,807.92 |
| Deferred Principal | $0.00 |
| Outstanding Principal [1] | $642,807.92 |
| Interest Rate (Until February 2015) | 2.750% |
| Prepayment Penalty | No |

| | | |
|---|---|---|
| Principal | | $1,795.26 |
| Interest | | $1,350.22 |
| Escrow (Taxes and Insurance) | | $764.69 |
| **Regular Monthly Payment** | | **$3,910.17** |
| Unpaid Late Charges | | $254.12 |
| Other Charges and Fees | | $1,304.56 |
| Charges / Fees this Period | $0.00 | |
| Past Due Payment(s) | | $121,704.27 |
| Unapplied Payment(s) [3] | | $66.02 |
| **Total Amount Due** | | **$127,107.10** |

| Date | Description | Prin Bal | Interest | Total |
|---|---|---|---|---|

| | Paid Last Month | Paid Year To Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees and Other Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | |
| Total | $0.00 | $0.00 |
| Total Unapplied Balance | $66.02 [3] | |

**You are late on your mortgage payments.** Failure to bring your loan current may result in fees and foreclosure -- the loss of your home.

**As of January 13, you are 926 days delinquent on your mortgage loan.**
* Payment due 01/2015: Unpaid payment of $3,910.17.
* Payment due 12/2014: Unpaid payment of $3,910.17.
* Payment due 11/2014: Unpaid payment of $3,910.17.
* Payment due 10/2014: Unpaid payment of $3,910.17.
* Payment due 09/2014: Unpaid payment of $3,910.17.
* Payment due 08/2014: Unpaid payment of $3,910.17.

**Total: $127,107.10 due. You must pay this amount to bring your loan current.**

**If You Are Experiencing Financial Difficulty:** See the back for information about mortgage counseling or assistance. Also, there are a number of options available to assist customers who are experiencing difficulty with their payments. Please contact us immediately to discuss these options, arrange a reinstatement or address any questions regarding the statement at (888) 818-6032.

[1] This amount is not a payoff quote. If you want a payoff quote, please see instructions on reverse side.

[3] Partial payments or overpayments are treated as unapplied funds until we receive enough for a full principal and interest payment at which time we will credit your account for the principal and interest payment

Any transactions that occurred after the statement date noted above will be reflected on your next statement.

This is an attempt to collect a debt. All information obtained will be used for that purpose.

We have paid Taxes and/ or insurance on your behalf and you are responsible to reimburse us for these amounts plus interest which may be billed at the note rate.

Please detach bottom portion and return with your payment. Allow 7 - 10 days for postal delivery. Please do not send cash.

**MONTHLY PAYMENT COUPON**

| Borrower Name(s) | Shirley D Lett |
|---|---|
| Account Number | 0016119455 |
| Due By 02/01/2015: | $127,107.10 |

$157.26 late fee will be charged after 02/16/2015

**Make checks payable to: Select Portfolio Servicing**

| | $ | . |
|---|---|---|
| Monthly Payment | $ | . |
| Additional Principal | $ | . |
| Additional Escrow | $ | . |
| Late Fees | $ | . |
| Other (Please Specify) | $ | . |
| | | |
| Total Amount Enclosed | $ | . |

SELECT PORTFOLIO SERVICING, INC.
PO BOX 65450
SALT LAKE CITY UT 84165-0450

☐ Change of address or telephone? If so, check here and note changes on back

2771 0016119455 0000391017 0000406743 0

**SPS** | SELECT
Portfolio
SERVICING, inc.

P.O. Box 65250
Salt Lake City, UT 84165-0250
www.spservicing.com

Customer Service : (800) 258-8602
Monday - Thursday  8:00AM - 11:00PM ET
Friday              8:00AM - 9:00PM ET
Saturday            8:00AM - 2:00PM ET

**Mortgage Statement**
Statement Date:01/13/2015
Page 3 of 3

Account Number  0016119455

---

If there is a balance under Expenses Paid by Servicer, it means we have paid certain expenses on your behalf due to the delinquent status of your account.  You are responsible to reimburse us for these amounts plus interest,  which may be billed at the note rate.

Under the Servicemembers Civil Relief Act if you or a family member has been deployed to active duty, you may be eligible for certain protections regarding your mortgage loan.  Please contact us at (800) 258-8602 to discuss these protections.

[4] Loan Due Date: If this date is different from your Payment Due Date, It means that you are past due and owe payments from previous months.

Per IRS regulations all 2014 year end statements will be mailed no later than February 2, 2015.  Year end information will be available via our automated voice response system on January 2, 2015.  Duplicate year end statements can be obtained from our website www.spservicing.com after February 2, 2015.

**SPS** SELECT Portfolio SERVICING, inc. P.O. Box 65250 Salt Lake City, UT 84165-0250 www.spservicing.com

**Mortgage Statement**
Statement Date:12/12/2014
Page 1 of 5

Customer Service: (800) 258-8602
Monday - Thursday 8:00AM - 11:00PM ET
Friday 8:00AM - 9:00PM ET
Saturday 8:00AM - 2:00PM ET

*For other important information, see reverse side*

Shirley D Lett
456 N Saint Marys Ln NW
Marietta, GA 30064-1460

| Account Number | 0016119455 |
| Property Address | 456 N NORTH SAINT MARYS LN MARIETTA GA 30064 |
| Loan Due Date | 07/01/2012 [4] |
| Payment Due Date | 01/01/2015 |
| **Amount Due** | **$123,196.93** |

*If payment is received after 01/16/2015, $157.26 late fee will be charged.*

| | |
| --- | --- |
| Principal | $1,791.16 |
| Interest | $ 1,354.32 |
| Escrow (Taxes and Insurance) | $764.69 |
| **Regular Monthly Payment** | **$3,910.17** |
| Unpaid Late Charges | $254.12 |
| Other Charges and Fees | $1,304.56 |
| Charges / Fees this Period $0.00 | |
| Past Due Payment(s) | $117,794.10 |
| Unapplied Payment(s) [3] | $66.02 |
| **Total Amount Due** | **$123,196.93** |

| | |
| --- | --- |
| Interest Bearing Principal | $642,807.92 |
| Deferred Principal | $0.00 |
| Outstanding Principal [1] | $642,807.92 |
| Interest Rate (Until January 2015) | 2.750% |
| Prepayment Penalty | No |

| Date | Description | | Prin Bal | | Interest | | Total |
| --- | --- | --- | --- | --- | --- | --- | --- |

| | Paid Last Month | Paid Year To Date |
| --- | --- | --- |
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees and Other Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | |
| Total | $0.00 | $0.00 |
| Total Unapplied Balance | $66.02 [3] | |

You are late on your mortgage payments. Failure to bring your loan current may result in fees and foreclosure — the loss of your home.

**As of December 12, you are 894 days delinquent on your mortgage loan.**
* Payment due 12/2014: Unpaid payment of $3,910.17.
* Payment due 11/2014: Unpaid payment of $3,910.17.
* Payment due 10/2014: Unpaid payment of $3,910.17.
* Payment due 09/2014: Unpaid payment of $3,910.17.
* Payment due 08/2014: Unpaid payment of $3,910.17.
* Payment due 07/2014: Unpaid payment of $3,910.17.

**Total: $123,196.93 due. You must pay this amount to bring your loan current.**

[1] This amount is not a payoff quote. If you want a payoff quote, please see instructions on reverse side.

[3] Partial payments or overpayments are treated as unapplied funds until we receive enough for a full principal and interest payment at which time we will credit your account for the principal and interest payment

Any transactions that occurred after the statement date noted above will be reflected on your next statement.

This is an attempt to collect a debt. All information obtained will be used for that purpose.

We have paid Taxes and/ or Insurance on your behalf and you are responsible to reimburse us for these amounts plus interest which may be billed at the note rate.

**If You Are Experiencing Financial Difficulty:** See the back for information about mortgage counseling or assistance. Also, there are a number of options available to assist customers who are experiencing difficulty with their payments. Please contact us immediately to discuss these options, arrange a reinstatement or address any questions regarding the statement at (888) 818-6032.

---

Please detach bottom portion and return with your payment. Allow 7 - 10 days for postal delivery. Please do not send cash.

**MONTHLY PAYMENT COUPON**

| Borrower Name(s) | Shirley D Lett |
| --- | --- |
| Account Number | 0016119455 |
| Due By 01/01/2015: | $123,196.93 |

$157.26 late fee will be charged after 01/16/2015

Make checks payable to: **Select Portfolio Servicing**

| Monthly Payment | $ . |
| --- | --- |
| Additional Principal | $ . |
| Additional Escrow | $ . |
| Late Fees | $ . |
| Other (Please Specify) | $ . |
| **Total Amount Enclosed** | **$** . |

SELECT PORTFOLIO SERVICING, INC.
PO BOX 65450
SALT LAKE CITY UT 84165-0450

☐ Change of address or telephone? If so, check here and note changes on back

2771 0016119455 0000391017 0000406743 0

**SPS** SELECT
Portfolio
SERVICING, inc.  www.spservicing.com

P.O. Box 65250
Salt Lake City, UT 84165-0250

**Mortgage Statement**
Statement Date:12/12/2014
Page 3 of 5

Customer Service : (800) 258-8602
Monday - Thursday  8:00AM - 11:00PM ET
Friday                 8:00AM - 9:00PM ET
Saturday             8:00AM - 2:00PM ET

Account Number  0016119455

If there is a balance under Expenses Paid by Servicer, it means we have paid certain expenses on your behalf due to the delinquent status of your account. You are responsible to reimburse us for these amounts plus interest, which may be billed at the note rate.

Under the Servicemembers Civil Relief Act if you or a family member has been deployed to active duty, you may be eligible for certain protections regarding your mortgage loan. Please contact us at (800) 258-8602 to discuss these protections.

⁴ Loan Due Date: If this date is different from your Payment Due Date, it means that you are past due and owe payments from previous months.

Per IRS regulations all 2014 year end statements will be mailed no later than February 2, 2015. Year end information will be available via our automated voice response system on January 2, 2015. Duplicate year end statements can be obtained from our website www.spservicing.com after February 2, 2015.

## SPS | SELECT Portfolio SERVICING, inc.

P.O. Box 65250
Salt Lake City, UT 84165-0250
www.spservicing.com

**Mortgage Statement**
Statement Date: 10/14/2014
Page 1 of 3

Customer Service: (800) 258-8602
Monday - Thursday 8:00AM - 11:00PM ET
Friday          8:00AM - 9:00PM ET
Saturday        8:00AM - 2:00PM ET

*For other important information, see reverse side*

844

Shirley D Lett
456 N Saint Marys Ln NW
Marietta, GA 30064-1460

| | |
|---|---|
| **Account Number** | 0016119455 |
| **Property Address** | 456 N NORTH SAINT MARYS LN |
| | MARIETTA GA 30064 |
| **Loan Due Date** | 07/01/2012 [4] |
| **Payment Due Date** | 11/01/2014 |
| **Amount Due** | **$115,376.59** |

*If payment is received after 11/16/2014, $167.26 late fee will be charged.*

| | |
|---|---|
| Principal | $1,782.97 |
| Interest | $1,362.51 |
| Escrow (Taxes and Insurance) | $764.69 |
| **Regular Monthly Payment** | **$3,910.17** |
| Unpaid Late Charges | $254.12 |
| Other Charges and Fees | $1,304.56 |
| Charges / Fees this Period | $0.00 |
| Past Due Payment(s) | $109,973.76 |
| Unapplied Payment(s) [3] | $66.02 |
| **Total Amount Due** | **$115,376.59** |

| | |
|---|---|
| Interest Bearing Principal | $642,807.92 |
| Deferred Principal | $0.00 |
| Outstanding Principal [1] | $642,807.92 |
| Interest Rate (Until November 2014) | 2.750% |
| Prepayment Penalty | No |

| Date | Description | Principal Balance | Interest | Taxes & Insurance | Late Charges | Unapplied Balance | Other Fees | Expenses Pd by Servicer | Total [1] |
|---|---|---|---|---|---|---|---|---|---|
| 04/01 | BEG BALANCE | $642,807.92 | $40,302.12 | $3,419.01 | $254.12 | ($66.02) | $0.00 | $1,304.56 | $688,021.71 |
| 09/12 | COUNTY TAX | 0.00 | 0.00 | 1,302.31 | 0.00 | 0.00 | 0.00 | 0.00 | 1,302.31 |
| 10/14 | ENDING BALANCE | $642,807.92 | $40,302.12 | $4,721.32 | $254.12 | ($66.02) | $0.00 | $1,304.56 | $689,324.02 |

| | Paid Last Month | Paid Year To Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees and Other Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | |
| Total | $0.00 | $0.00 |
| Total Unapplied Balance | $66.02 [3] | |

**You are late on your mortgage payments. Failure to bring your loan current may result in fees and foreclosure — the loss of your home.**

**As of October 14, you are 835 days delinquent on your mortgage loan.**
* Payment due 10/2014: Unpaid payment of $3,910.17.
* Payment due 09/2014: Unpaid payment of $3,910.17.
* Payment due 08/2014: Unpaid payment of $3,910.17.
* Payment due 07/2014: Unpaid payment of $3,910.17.
* Payment due 06/2014: Unpaid payment of $3,951.12.
* Payment due 05/2014: Unpaid payment of $3,951.12.

**Total: $115,376.59 due. You must pay this amount to bring your loan current.**

**If You Are Experiencing Financial Difficulty:** See the back for information about mortgage counseling or assistance. Also, there are a number of options available to assist customers who are experiencing difficulty with their payments. Please contact us immediately to discuss these options, arrange a reinstatement or address any questions regarding the statement at (888) 818-6032.

[1] This amount is not a payoff quote. If you want a payoff quote, please see instructions on reverse side.

[3] Partial payments or overpayments are treated as unapplied funds until we receive enough for a full principal and interest payment at which time we will credit your account for the principal and interest payment

Any transactions that occurred after the statement date noted above will be reflected on your next statement.

This is an attempt to collect a debt. All information obtained will be used for that purpose.

We have paid Taxes and/or Insurance on your behalf and you are responsible to reimburse us for these amounts plus interest which may be billed at the note rate.

---

Please detach bottom portion and return with your payment. Allow 7 - 10 days for postal delivery. Please do not send cash.

### MONTHLY PAYMENT COUPON

| | |
|---|---|
| Borrower Name(s) | Shirley D Lett |
| Account Number | 0016119455 |
| Due By 11/01/2014: | $115,376.59 |

$157.26 late fee will be charged after 11/16/2014

SELECT PORTFOLIO SERVICING, INC.
PO BOX 65450
SALT LAKE CITY UT 84165-0450

**Make checks payable to: Select Portfolio Servicing**

| | |
|---|---|
| Monthly Payment | $ |
| Additional Principal | $ |
| Additional Escrow | $ |
| Late Fees | $ |
| Other (Please Specify) | $ |
| | |
| **Total Amount Enclosed** | $ |

☐ Change of address or telephone? If so, check here and note changes on back

2771 0016119455 0000391017 0000406743 0

**SPS** SELECT
Portfolio
SERVICING, inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250
www.spservicing.com

**Mortgage Statement**
Statement Date:10/14/2014
Page  3  of 3

Customer Service : (800) 258-8602
Monday - Thursday  8:00AM - 11:00PM ET
Friday                    8:00AM - 9:00PM ET
Saturday              8:00AM - 2:00PM ET

Account Number  0016119455

If there is a balance under Expenses Paid by Servicer, it means we have paid certain expenses on your behalf due to the delinquent status of your account.  You are responsible to reimburse us for these amounts plus interest,  which may be billed at the note rate.

Under the Servicemembers Civil Relief Act if you or a family member has been deployed to active duty, you may be eligible for certain protections regarding your mortgage loan.  Please contact us at (800) 258-8602 to discuss these protections.

¹ Loan Due Date: If this date is different from your Payment Due Date, it means that you are past due and owe payments from previous months.

844

# SPS | SELECT Portfolio SERVICING, inc.

P.O. Box 65250
Salt Lake City, UT 84165-0250
www.spservicing.com

**Mortgage Statement**
Statement Date: 09/15/2014
Page 1 of 3

Customer Service: (800) 258-8602
Monday – Thursday 8:00AM – 11:00PM ET
Friday 8:00AM – 9:00PM ET
Saturday 8:00AM – 2:00PM ET

*For other important information, see reverse side*

729

Shirley D Lett
456 N Saint Marys Ln NW
Marietta, GA 30064-1460

| Account Number | 0016119455 |
|---|---|
| Property Address | 456 N NORTH SAINT MARYS LN MARIETTA GA 30064 |

| Loan Due Date | 07/01/2012 [4] |
|---|---|
| Payment Due Date | 10/01/2014 |
| Amount Due | $111,466.42 |

*If payment is received after 10/16/2014, $157.26 late fee will be charged.*

| | |
|---|---|
| Principal | $1,778.90 |
| Interest | $1,366.58 |
| Escrow (Taxes and Insurance) | $764.69 |
| **Regular Monthly Payment** | **$3,910.17** |
| Unpaid Late Charges | $254.12 |
| Other Charges and Fees | $1,304.56 |
| Charges / Fees this Period | $0.00 |
| Past Due Payment(s) | $106,063.59 |
| Unapplied Payment(s) [3] | $66.02 |
| **Total Amount Due** | **$111,466.42** |

| | |
|---|---|
| Interest Bearing Principal | $642,807.92 |
| Deferred Principal | $0.00 |
| Outstanding Principal [1] | $642,807.92 |
| Interest Rate (Until October 2014) | 2.750% |
| Prepayment Penalty | No |

| Date | Description | Principal Balance | Interest | Taxes & Insurance | Late Charges | Unapplied Balance | Other Fees | Expenses Pd by Servicer | Total [1] |
|---|---|---|---|---|---|---|---|---|---|
| 03/01 | BEG BALANCE | $642,807.92 | $38,935.54 | $3,419.01 | $254.12 | ($66.02) | $0.00 | $1,304.56 | $686,655.13 |
| 09/12 | COUNTY TAX | 0.00 | 0.00 | 1,302.31 | 0.00 | 0.00 | 0.00 | 0.00 | 1,302.31 |
| 09/15 | ENDING BALANCE | $642,807.92 | $38,935.54 | $4,721.32 | $254.12 | ($66.02) | $0.00 | $1,304.56 | $687,957.44 |

| | Paid Last Month | Paid Year To Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees and Other Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | |
| Total | $0.00 | $0.00 |
| Total Unapplied Balance | | $66.02 [3] |

[1] This amount is not a payoff quote. If you want a payoff quote, please see instructions on reverse side.

[3] Partial payments or overpayments are treated as unapplied funds until we receive enough for a full principal and interest payment at which time we will credit your account for the principal and interest payment

Any transactions that occurred after the statement date noted above will be reflected on your next statement.

This is an attempt to collect a debt. All information obtained will be used for that purpose.

We have paid Taxes and/ or insurance on your behalf and you are responsible to reimburse us for these amounts plus interest which may be billed at the note rate.

**You are late on your mortgage payments.** Failure to bring your loan current may result in fees and foreclosure — the loss of your home.

**As of September 15, you are 806 days delinquent on your mortgage loan.**
* Payment due 09/2014: Unpaid payment of $3,910.17.
* Payment due 08/2014: Unpaid payment of $3,910.17.
* Payment due 07/2014: Unpaid payment of $3,910.17.
* Payment due 06/2014: Unpaid payment of $3,951.12.
* Payment due 05/2014: Unpaid payment of $3,951.12.
* Payment due 04/2014: Unpaid payment of $3,951.12.

**Total: $111,466.42 due. You must pay this amount to bring your loan current.**

**If You Are Experiencing Financial Difficulty:** See the back for information about mortgage counseling or assistance. Also, there are a number of options available to assist customers who are experiencing difficulty with their payments. Please contact us immediately to discuss these options, arrange a reinstatement or address any questions regarding the statement at (888) 818-6032.

---

Please detach bottom portion and return with your payment. Allow 7 – 10 days for postal delivery. Please do not send cash.

## MONTHLY PAYMENT COUPON

| Borrower Name(s) | Shirley D Lett |
|---|---|
| Account Number | 0016119455 |
| Due By 10/01/2014: | $111,466.42 |

$157.26 late fee will be charged after 10/16/2014

SELECT PORTFOLIO SERVICING, INC.
PO BOX 65450
SALT LAKE CITY UT 84165-0450

**Make checks payable to: Select Portfolio Servicing**

| Monthly Payment | $ |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| Late Fees | $ |
| Other (Please Specify) | $ |
| | |
| Total Amount Enclosed | $ |

Change of address or telephone? If so, check here and note changes on back

2771 0016119455 0000391017 0000406743 0

**SPS** | SELECT
Portfolio
SERVICING, inc.

P.O. Box 65250
Salt Lake City, UT 84165-0250
www.spservicing.com

Customer Service : (800) 258-8602
Monday - Thursday  8:00AM - 11:00PM ET
Friday          8:00AM - 9:00PM ET
Saturday        8:00AM - 2:00PM ET

**Mortgage Statement**
Statement Date:09/15/2014
Page 3 of 3

Account Number  0016119455

If there is a balance under Expenses Paid by Servicer, it means we have paid certain expenses on your behalf due to the delinquent status of your account.  You are responsible to reimburse us for these amounts plus interest,  which may be billed at the note rate.

Under the Servicemembers Civil Relief Act if you or a family member has been deployed to active duty, you may be eligible for certain protections regarding your mortgage loan.  Please contact us at (800) 258-8602 to discuss these protections.

⁴ Loan Due Date: If this date is different from your Payment Due Date, it means that you are past due and owe payments from previous months.

729

**SPS** SELECT Portfolio SERVICING, inc.    P.O. Box 65250
Salt Lake City, UT 84165-0250    www.spsservicing.com

**Mortgage Statement**
Statement Date: 08/14/2014
Page 1 of 3

Customer Service: (800) 258-8602
Monday - Thursday 8:00AM - 11:00PM ET
Friday 8:00AM - 9:00PM ET
Saturday 8:00AM - 2:00PM ET

*For other important information, see reverse side*

Shirley D Lett
456 N Saint Marys Ln NW
Marietta, GA 30064-1460

| | |
|---|---|
| Account Number | 0016119455 |
| Property Address | 456 N NORTH SAINT MARYS LN MARIETTA GA 30064 |
| Loan Due Date | 07/01/2012 [4] |
| Payment Due Date | 09/01/2014 |
| **Amount Due** | **$107,556.25** |

If payment is received after 09/16/2014, $157.26 late fee will be charged.

| | |
|---|---|
| Interest Bearing Principal | $642,807.92 |
| Deferred Principal | $0.00 |
| Outstanding Principal [1] | $642,807.92 |
| Interest Rate (Until July 2013) | 2.750 % |
| Prepayment Penalty | No |

| | |
|---|---|
| Principal | $1,774.83 |
| Interest | $1,370.65 |
| Escrow (Taxes and Insurance) | $764.69 |
| **Regular Monthly Payment** | **$3,910.17** |
| Unpaid Late Charges | $254.12 |
| Other Charges and Fees | $1,304.56 |
| Past Due Payment(s) | $102,153.42 |
| Unapplied Payment(s) [3] | $66.02 |
| **Total Amount Due** | **$107,556.25** |

| Date | Description | Principal Balance | Interest | Taxes & Insurance | Late Charges | Unapplied Balance | Other Fees | Expenses Pd by Servicer | Total [1] |
|---|---|---|---|---|---|---|---|---|---|
| 02/01 | BEG BALANCE | $642,807.92 | $37,584.89 | ($538.99) | $254.12 | ($66.02) | $0.00 | $1,304.56 | $681,320.48 |
| 05/01 | HAZARD INS | 0.00 | 0.00 | 3,958.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,958.00 |
| 08/14 | ENDING BALANCE | $642,807.92 | $37,584.89 | $3,419.01 | $254.12 | ($66.02) | $0.00 | $1,304.56 | $685,284.48 |

| | Paid Last Month | Paid Year To Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees and Other Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | |
| Total | $0.00 | $0.00 |
| Total Unapplied Balance | | $66.02 [3] |

[1] This amount is not a payoff quote. If you want a payoff quote, please see instructions on reverse side.

[3] Partial payments or overpayments are treated as unapplied funds until we receive enough for a full principal and interest payment at which time we will credit your account for the principal and interest payment

Any transactions that occurred after the statement date noted above will be reflected on your next statement.

This is an attempt to collect a debt. All information obtained will be used for that purpose.

We have paid Taxes and/ or Insurance on your behalf and you are responsible to reimburse us for these amounts plus interest which may be billed at the note rate.

You are late on your mortgage payments. Failure to bring your loan current may result in fees and foreclosure -- the loss of your home.

**As of August 14, you are 774 days delinquent on your mortgage loan.**
* Payment due 08/2014: Unpaid payment of $3,910.17.
* Payment due 07/2014: Unpaid payment of $3,910.17.
* Payment due 06/2014: Unpaid payment of $3,951.12.
* Payment due 05/2014: Unpaid payment of $3,951.12.
* Payment due 04/2014: Unpaid payment of $3,951.12.
* Payment due 03/2014: Unpaid payment of $3,951.12.

**Total: $107,556.25 due. You must pay this amount to bring your loan current.**

**If You Are Experiencing Financial Difficulty:** See the back for information about mortgage counseling or assistance. Also, there are a number of options available to assist customers who are experiencing difficulty with their payments. Please contact us immediately to discuss these options, arrange a reinstatement or address any questions regarding the statement at (888) 818-6032.

---

Please detach bottom portion and return with your payment. Allow 7 - 10 days for postal delivery. Please do not send cash.

**MONTHLY PAYMENT COUPON**

| | |
|---|---|
| Borrower Name(s) | Shirley D Lett |
| Account Number | 0016119455 |
| Due By 09/01/2014: | $107,556.25 |

$157.26 late fee will be charged after 09/16/2014

SELECT PORTFOLIO SERVICING, INC.
PO BOX 65450
SALT LAKE CITY UT 84165-0450

**Make checks payable to: Select Portfolio Servicing**

| | |
|---|---|
| Monthly Payment | $ |
| Additional Principal | $ |
| Additional Escrow | $ |
| Late Fees | $ |
| Other (Please Specify) | $ |
| **Total Amount Enclosed** | **$** |

Change of address or telephone? If so, check here and note changes on back

2771 0016119455 0000391017 0000406743 0

**SPS** | SELECT
Portfolio
SERVICING, inc. www.spservicing.com

P.O. Box 65250
Salt Lake City, UT 84165-0250

**Mortgage Statement**
Statement Date:08/14/2014
Page 3 of 3

Customer Service : (800) 258-8602
Monday - Thursday  8:00AM - 11:00PM ET
Friday                      8:00AM - 9:00PM ET
Saturday                  8:00AM - 2:00PM ET

Account Number  0016119455

If there is a balance under Expenses Paid by Servicer, it means we have paid certain expenses on your behalf due to the delinquent status of your account.  You are responsible to reimburse us for these amounts plus interest,  which may be billed at the note rate.

Under the Servicemembers Civil Relief Act if you or a family member has been deployed to active duty, you may be eligible for certain protections regarding your mortgage loan.  Please contact us at (800) 258-8602 to discuss these protections.

\* Loan Due Date: If this date is different from your Payment Due Date, it means that you are past due and owe payments from previous months.

**SPS** | SELECT
Portfolio
SERVICING, inc. www.spservicing.com

P.O. Box 65250
Salt Lake City, UT 84165-0250

Customer Service : (800) 258-8602
Monday - Thursday  8:00AM - 11:00PM ET
Friday                      8:00AM - 9:00PM ET
Saturday                  8:00AM - 2:00PM ET

Account Number  0016119455

846

**SPS** SELECT Portfolio SERVICING, inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250
www.spservicing.com

**Mortgage Statement**
Statement Date:07/14/2014
Page 1 of 3

Customer Service: (800) 258-8602
Monday - Thursday 8:00AM - 11:00PM ET
Friday 8:00AM - 9:00PM ET
Saturday 8:00AM - 2:00PM ET

*For other important information, see reverse side*

Shirley D Lett
456 N Saint Marys Ln NW
Marietta, GA 30064-1460

| Account Number | 0016119455 |
|---|---|
| Property Address | 456 N NORTH SAINT MARYS LN MARIETTA GA 30064 |
| Loan Due Date | 07/01/2012 |
| Payment Due Date | 08/01/2014 |
| **Amount Due** | **$103,646.08** |

*If payment is received after 08/18/2014, $157.26 late fee will be charged.*

| | |
|---|---|
| Interest Bearing Principal | $642,807.92 |
| Deferred Principal | $0.00 |
| Outstanding Principal [1] | $642,807.92 |
| Interest Rate (Adjustable) | 2.750 % |
| Prepayment Penalty | No |

| | |
|---|---|
| Principal | $1,770.77 |
| Interest | $1,374.71 |
| Escrow (Taxes and Insurance) | $764.69 |
| **Regular Monthly Payment** | **$3,910.17** |
| Unpaid Late Charges | $254.12 |
| Other Charges and Fees | $1,304.56 |
| Past Due Payment(s) | $98,243.25 |
| Unapplied Payment(s) [3] | $66.02 |
| **Total Amount Due** | **$103,646.08** |

| Date | Description | Principal Balance | Interest | Taxes & Insurance | Late Charges | Unapplied Balance | Other Fees | Expenses Pd by Servicer | Total [1] |
|---|---|---|---|---|---|---|---|---|---|
| 01/01 | BEG BALANCE | $642,807.92 | $36,190.10 | ($636.99) | $254.12 | ($66.02) | $0.00 | $1,304.56 | $679,963.77 |
| 05/01 | HAZARD INS | 0.00 | 0.00 | 3,956.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,956.00 |
| 07/14 | ENDING BALANCE | $642,807.92 | $36,190.18 | $3,419.01 | $254.12 | ($66.02) | $0.00 | $1,304.56 | $683,909.77 |

| | Paid Last Month | Paid Year To Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees and Other Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | |
| Total | $0.00 | $0.00 |
| Total Unapplied Balance | | $66.02 [3] |

[1] This amount is not a payoff quote. If you want a payoff quote, please see instructions on reverse side.

[3] Partial payments or overpayments are treated as unapplied funds until we receive enough for a full principal and interest payment at which time we will credit your account for the principal and interest payment

Any transactions that occurred after the statement date noted above will be reflected on your next statement.

This is an attempt to collect a debt. All information obtained will be used for that purpose.

We have paid Taxes and/ or Insurance on your behalf and you are responsible to reimburse us for these amounts plus interest which may be billed at the note rate.

**You are late on your mortgage payments. Failure to bring your loan current may result in fees and foreclosure — the loss of your home.**

As of July 14, you are 743 days delinquent on your mortgage loan.
* Payment due 07/2014: Unpaid payment of $3,910.17.
* Payment due 06/2014: Unpaid payment of $3,951.12.
* Payment due 05/2014: Unpaid payment of $3,951.12.
* Payment due 04/2014: Unpaid payment of $3,951.12.
* Payment due 03/2014: Unpaid payment of $3,951.12.
* Payment due 02/2014: Unpaid payment of $3,951.12.

**Total: $103,646.08 due. You must pay this amount to bring your loan current.**

**If You Are Experiencing Financial Difficulty:** See the back for information about mortgage counseling or assistance. Also, there are a number of options available to assist customers who are experiencing difficulty with their payments. Please contact us immediately to discuss these options, arrange a reinstatement or address any questions regarding the statement at (888) 818-6032.

*Please detach bottom portion and return with your payment. Allow 7 - 10 days for postal delivery. Please do not send cash.*

**MONTHLY PAYMENT COUPON**

| Borrower Name(s) | Shirley D Lett |
|---|---|
| Account Number | 0016119455 |
| Due By 08/01/2014: | $103,646.08 |

$157.26 late fee will be charged after 08/16/2014

SELECT PORTFOLIO SERVICING, INC.
PO BOX 65450
SALT LAKE CITY UT 84165-0450

**Make checks payable to: Select Portfolio Servicing**

| | $ | |
|---|---|---|
| Monthly Payment | $ | . |
| Additional Principal | $ | . |
| Additional Escrow | $ | . |
| Late Fees | $ | . |
| Other (Please Specify) | $ | . |
| | | |
| Total Amount Enclosed $ | | . |

☐ Change of address or telephone? If so, check here and note changes on back

2771 0016119455 0000391017 0000406743 0

**SPS** SELECT Portfolio SERVICING, inc. P.O. Box 65250 Salt Lake City, UT 84165-0250 www.spsservicing.com

**Mortgage Statement**
Statement Date:07/14/2014
Page 3 of 3

Customer Service : (800) 258-8602
Monday - Thursday 8:00AM - 11:00PM ET
Friday 8:00AM - 9:00PM ET
Saturday 8:00AM - 2:00PM ET

Account Number 0016119455

If there is a balance under Expenses Paid by Servicer, it means we have paid certain expenses on your behalf due to the delinquent status of your account. You are responsible to reimburse us for these amounts plus interest, which may be billed at the note rate.

Under the Servicemembers Civil Relief Act if you or a family member has been deployed to active duty, you may be eligible for certain protections regarding your mortgage loan. Please contact us at (800) 258-8602 to discuss these protections.

⁴ Loan Due Date: If this date is different from your Payment Due Date, it means that your are past due and owe payments from previous months.

855

**SPS** SELECT Portfolio SERVICING, inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250
www.spservicing.com

**Mortgage Statement**
Statement Date:06/13/2014
Page 1 of 3

Customer Service: (800) 258-8602
Monday - Thursday 8:00AM - 11:00PM ET
Friday 8:00AM - 9:00PM ET
Saturday 8:00AM - 2:00PM ET

For other important information, see reverse side

847

Shirley D Lett
456 N Saint Marys Ln NW
Marietta, GA 30064-1460

| Account Number | 0016119455 |
|---|---|
| Property Address | 456 N NORTH SAINT MARYS LN MARIETTA GA 30064 |
| Loan Due Date | 07/01/2012 |
| Payment Due Date | 07/01/2014 |
| **Amount Due** | **$99,735.91** |

If payment is received after 07/16/2014, $157.26 late fee will be charged.

| | |
|---|---|
| Principal | $1,766.72 |
| Interest | $1,378.76 |
| Escrow (Taxes and Insurance) | $764.69 |
| Regular Monthly Payment | $3,910.17 |
| Unpaid Late Charges | $254.12 |
| Other Charges and Fees | $1,304.56 |
| Past Due Payment(s) | $94,333.08 |
| Unapplied Payment(s) [3] | $66.02 |
| **Total Amount Due** | **$99,735.91** |

| | |
|---|---|
| Interest Bearing Principal | $642,807.92 |
| Deferred Principal | $0.00 |
| Outstanding Principal [1] | $642,807.92 |
| Interest Rate (Adjustable) | 2.750 % |
| Prepayment Penalty | No |

| Date | Description | Principal Balance | Interest | Taxes & Insurance | Late Charges | Unapplied Balance | Other Fees | Expenses Pd by Servicer | Total [1] |
|---|---|---|---|---|---|---|---|---|---|
| 12/01 | BEG BALANCE | $642,807.92 | $34,811.42 | ($586.99) | $254.12 | ($66.02) | $0.00 | $1,304.58 | $678,575.01 |
| 05/01 | HAZARD INS | 0.00 | 0.00 | 3,956.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,956.00 |
| 06/13 | ENDING BALANCE | $642,807.92 | $34,811.42 | $3,418.01 | $254.12 | ($66.02) | $0.00 | $1,304.56 | $682,531.01 |

| | Paid Last Month | Paid Year To Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees and Other Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | |
| Total | $0.00 | $0.00 |
| Total Unapplied Balance | $66.02 [3] | |

[1] This amount is not a payoff quote. If you want a payoff quote, please see instructions on reverse side.

[3] Partial payments or overpayments are treated as unapplied funds until we receive enough for a full principal and interest payment at which time we will credit your account for the principal and interest payment

Any transactions that occurred after the statement date noted above will be reflected on your next statement.

This is an attempt to collect a debt. All information obtained will be used for that purpose.

We have paid Taxes and/ or Insurance on your behalf and you are responsible to reimburse us for these amounts plus interest which may be billed at the note rate.

**You are late on your mortgage payments.** Failure to bring your loan current may result in fees and foreclosure — the loss of your home.

As of June 13, you are 712 days delinquent on your mortgage loan.

- Payment due 06/2014: Unpaid payment of $3,951.12.
- Payment due 05/2014: Unpaid payment of $3,951.12.
- Payment due 04/2014: Unpaid payment of $3,951.12.
- Payment due 03/2014: Unpaid payment of $3,951.12.
- Payment due 02/2014: Unpaid payment of $3,951.12.
- Payment due 01/2014: Unpaid payment of $3,951.12.

**Total: $99,735.91 due. You must pay this amount to bring your loan current.**

**If You Are Experiencing Financial Difficulty:** See the back for information about mortgage counseling or assistance. Also, there are a number of options available to assist customers who are experiencing difficulty with their payments. Please contact us immediately to discuss these options, arrange a reinstatement or address any questions regarding the statement at (888) 818-6032.

---

Please detach bottom portion and return with your payment. Allow 7 - 10 days for postal delivery. Please do not send cash.

**MONTHLY PAYMENT COUPON**

| Borrower Name(s) | Shirley D Lett |
|---|---|
| Account Number | 0016119455 |
| Due By 07/01/2014: | $99,735.91 |

$157.26 late fee will be charged after 07/16/2014

SELECT PORTFOLIO SERVICING, INC.
PO BOX 65450
SALT LAKE CITY UT 84165-0450

**Make checks payable to: Select Portfolio Servicing**

| | $ |
|---|---|
| Monthly Payment | $ . |
| Additional Principal | $ . |
| Additional Escrow | $ . |
| Late Fees | $ . |
| Other (Please Specify) | $ . |
| | |
| Total Amount Enclosed $ | . |

Change of address or telephone? If so, check here and note changes on back

2771 0016119455 0000391017 0000406743 0

**SPS** SELECT Portfolio SERVICING, inc. www.spsservicing.com
P.O. Box 65250
Salt Lake City, UT 84165-0250

**Mortgage Statement**
Statement Date:06/13/2014
Page 3 of 3

Customer Service : (800) 258-8602
Monday - Thursday  8:00AM - 11:00PM ET
Friday           8:00AM - 9:00PM ET
Saturday         8:00AM - 2:00PM ET

Account Number  0016119455

If there is a balance under Expenses Paid by Servicer, it means we have paid certain expenses on your behalf due to the delinquent status of your account. You are responsible to reimburse us for these amounts plus interest, which may be billed at the note rate.

Under the Servicemembers Civil Relief Act if you or a family member has been deployed to active duty, you may be eligible for certain protections regarding your mortgage loan. Please contact us at (800) 258-8602 to discuss these protections.

⁴ Loan Due Date: If this date is different from your Payment Due Date, it means that your are past due and owe payments from previous months.

847

**SPS** SELECT Portfolio SERVICING, inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250
www.spservicing.com

**Mortgage Statement**
Statement Date: 05/14/2014
Page 1 of 3

Customer Service: (800) 258-8602
Monday - Thursday  8:00AM - 11:00PM ET
Friday  8:00AM - 9:00PM ET
Saturday  8:00AM - 2:00PM ET

*For other important information, see reverse side*

795

Shirley D Lett
456 N Saint Marys Ln NW
Marietta, GA 30064-1460

| Account Number | 0016119455 |
|---|---|
| Property Address | 456 N NORTH SAINT MARYS LN MARIETTA GA 30064 |
| Loan Due Date | 07/01/2012 |
| Payment Due Date | 06/01/2014 |
| **Amount Due** | **$95,825.74** |

*If payment is received after 06/16/2014, $157.26 late fee will be charged.*

| | |
|---|---|
| Interest Bearing Principal | $642,807.92 |
| Deferred Principal | $0.00 |
| Outstanding Principal [1] | $642,807.92 |
| Interest Rate (Adjustable) | 2.750 % |
| Prepayment Penalty | No |

| | |
|---|---|
| Principal | $1,803.54 |
| Interest | $1,382.89 |
| Escrow (Taxes and Insurance) | $764.69 |
| **Regular Monthly Payment** | **$3,951.12** |
| Unpaid Late Charges | $254.12 |
| Other Charges and Fees | $1,304.56 |
| Past Due Payment(s) | $90,381.96 |
| Unapplied Payment(s) [3] | $66.02 |
| **Total Amount Due** | **$95,825.74** |

| Date | Description | Principal Balance | Interest | Taxes & Insurance | Late Charges | Unapplied Balance | Other Fees | Expenses Pd by Servicer | Total [1] |
|---|---|---|---|---|---|---|---|---|---|
| 11/16 | BEG BALANCE | $642,807.92 | $33,428.63 | ($536.99) | $254.12 | ($66.02) | $0.00 | $1,304.56 | $677,192.12 |
| 05/01 | HAZARD INS | 0.00 | 0.00 | 3,956.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,956.00 |
| 05/14 | ENDING BALANCE | $642,807.92 | $33,428.63 | $3,419.01 | $254.12 | ($66.02) | $0.00 | $1,304.56 | $681,148.12 |

| | Paid Last Month | Paid Year To Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees and Other Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | |
| Total | $0.00 | $0.00 |
| Total Unapplied Balance | $66.02 [3] | |

[1] This amount is not a payoff quote. If you want a payoff quote, please see instructions on reverse side.

[3] Partial payments or overpayments are treated as unapplied funds until we receive enough for a full principal and interest payment at which time we will credit your account for the principal and interest payment.

Any transactions that occurred after the statement date noted above will be reflected on your next statement.

This is an attempt to collect a debt. All information obtained will be used for that purpose.

We have paid Taxes and/ or Insurance on your behalf and you are responsible to reimburse us for these amounts plus interest which may be billed at the note rate.

You are late on your mortgage payments. Failure to bring your loan current may result in fees and foreclosure -- the loss of your home.

As of May 14, you are 682 days delinquent on your mortgage loan.

- Payment due 05/2014: Unpaid payment of $3,951.12.
- Payment due 04/2014: Unpaid payment of $3,951.12.
- Payment due 03/2014: Unpaid payment of $3,951.12.
- Payment due 02/2014: Unpaid payment of $3,951.12.
- Payment due 01/2014: Unpaid payment of $3,951.12.
- Payment due 12/2013: Unpaid payment of $3,951.12.

**Total: $95,825.74 due. You must pay this amount to bring your loan current.**

**If You Are Experiencing Financial Difficulty:** See the back for information about mortgage counseling or assistance. Also, there are a number of options available to assist customers who are experiencing difficulty with their payments. Please contact us immediately to discuss these options, arrange a reinstatement or address any questions regarding the statement at (888) 818-6032.

Please detach bottom portion and return with your payment. Allow 7 - 10 days for postal delivery. Please do not send cash.

**MONTHLY PAYMENT COUPON**



| Borrower Name(s) | Shirley D Lett |
|---|---|
| Account Number | 0016119455 |
| Due By 06/01/2014: | $95,825.74 |

$157.26 late fee will be charged after 06/16/2014

**Make checks payable to: Select Portfolio Servicing**

| Monthly Payment | $ |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| Late Fees | $ |
| Other (Please Specify) | $ |
| | |
| **Total Amount Enclosed** | $ |

SELECT PORTFOLIO SERVICING, INC.
PO BOX 65450
SALT LAKE CITY UT 84165-0450

Change of address or telephone? If so, check here and note changes on back

2771 0016119455 0000395112 0000410838 7

**SPS** SELECT
Portfolio
SERVICING, *inc.* www.spservicing.com

P.O. Box 65250
Salt Lake City, UT 84165-0250

**Mortgage Statement**
Statement Date:05/14/2014
Page 3 of 3

Customer Service : (800) 258-8602
Monday - Thursday  8:00AM - 11:00PM ET
Friday                     8:00AM - 9:00PM ET
Saturday                 8:00AM - 2:00PM ET

Account Number  0016119455

If there is a balance under Expenses Paid by Servicer, it means we have paid certain expenses on your behalf due to the delinquent status of your account.  You are responsible to reimburse us for these amounts plus interest,  which may be billed at the note rate.

Under the Servicemembers Civil Relief Act if you or a family member has been deployed to active duty, you may be eligible for certain protections regarding your mortgage loan.  Please contact us at (800) 258-8602 to discuss these protections.

¹ Loan Due Date: If this date is different from your Payment Due Date, it means that your are past due and owe payments from previous months.

795

**SPS** | SELECT Portfolio SERVICING, inc.

P.O. Box 65250
Salt Lake City, UT 84165-0250
www.spservicing.com

**Mortgage Statement**
Statement Date: 04/14/2014
Page 1 of 3

Customer Service: (800) 258-8602
Monday - Thursday 8:00AM - 11:00PM ET
Friday          8:00AM - 9:00PM ET
Saturday        8:00AM - 2:00PM ET

*For other important information, see reverse side*

930

Shirley D Lett
456 N Saint Marys Ln NW
Marietta, GA 30064-1460

| Account Number | 0016119455 |
|---|---|
| Property Address | 456 N NORTH SAINT MARYS LN MARIETTA GA 30064 |
| Loan Due Date | 07/01/2012 |
| Payment Due Date | 05/01/2014 |
| Amount Due | $91,874.62 |

*If payment is received after 05/16/2014, $157.26 late fee will be charged.*

| | |
|---|---|
| Principal | $1,799.42 |
| Interest | $1,387.01 |
| Escrow (Taxes and Insurance) | $764.69 |
| **Regular Monthly Payment** | **$3,951.12** |
| Unpaid Late Charges | $254.12 |
| Other Charges and Fees | $1,304.56 |
| Past Due Payment(s) | $86,430.84 |
| Unapplied Payment(s) [3] | $66.02 |
| **Total Amount Due** | **$91,874.62** |

| | |
|---|---|
| Interest Bearing Principal | $642,807.92 |
| Deferred Principal | $0.00 |
| Outstanding Principal [1] | $642,807.92 |
| Interest Rate (Adjustable) | 2.750 % |
| Prepayment Penalty | No |

| Date | Description | Principal Balance | Interest | Taxes & Insurance | Late Charges | Unapplied Balance | Other Fees | Expenses Pd by Servicer | Total [3] |
|---|---|---|---|---|---|---|---|---|---|
| 11/16 | BEG BALANCE | $642,807.92 | $32,041.52 | $0.00 | $254.12 | $0.00 | $0.00 | $2,032.56 | $877,136.12 |
| 11/27 | DISTRIBUTED FUNDS | 0.00 | 0.00 | 0.00 | 0.00 | (66.02) | 0.00 | 0.00 | (66.02) |
| 11/27 | DISTRIBUTED FUNDS | 0.00 | 0.00 | (536.99) | 0.00 | 0.00 | 0.00 | 0.00 | (536.99) |
| 11/29 | BEG BOARDED BAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (2,032.56) | (2,032.56) |
| 11/29 | TITLE CURE COSTS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 325.00 | 325.00 |
| 11/29 | PROP INSPECTION | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 74.00 | 74.00 |
| 11/29 | FC COSTS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 185.56 | 185.56 |

Continued On Next Page

| | Paid Last Month | Paid Year To Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees and Other Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | |
| **Total** | **$0.00** | **$0.00** |

**You are late on your mortgage payments.** Failure to bring your loan current may result in fees and foreclosure -- the loss of your home.

**As of April 14, you are 652 days delinquent on your mortgage loan.**
* Payment due 04/01/2014: Unpaid payment of $3,951.12.
* Payment due 03/01/2014: Unpaid payment of $3,951.12.
* Payment due 02/01/2014: Unpaid payment of $3,951.12.
* Payment due 01/01/2014: Unpaid payment of $3,951.12.
* Payment due 12/01/2013: Unpaid payment of $3,951.12.
* Payment due 11/01/2013: Unpaid payment of $3,951.12.

**Total: $91,874.62 due. You must pay this amount to bring your loan current.**

[1] This amount is not a payoff quote. If you want a payoff quote, please see instructions on reverse side.

[3] Partial payments or overpayments are treated as unapplied funds until we receive enough for a full principal and interest payment at which time we will credit your account for the principal and interest payment

Any transactions that occurred after the statement date noted above will be reflected on your next statement.

This is an attempt to collect a debt. All information obtained will be used for that purpose.

If there is a balance under Expenses Paid by Servicer, it means we have paid certain expenses on your behalf due to the delinquent status of your account. You are responsible to reimburse us for these amounts plus interest, which may be billed at the note rate.

**If You Are Experiencing Financial Difficulty:** See the back for information about mortgage counseling or assistance. Also, there are a number of options available to assist customers who are experiencing difficulty with their payments. Please contact us immediately to discuss these options, arrange a reinstatement or address any questions regarding the statement at (888) 818-6032.

Please detach bottom portion and return with your payment. Allow 7 - 10 days for postal delivery. Please do not send cash.

**MONTHLY PAYMENT COUPON**

| Borrower Name(s) | Shirley D Lett |
|---|---|
| Account Number | 0016119455 |
| Due By 05/01/2014: | $91,874.62 |

$157.26 late fee will be charged after 05/16/2014

Make checks payable to: **Select Portfolio Servicing**

| | |
|---|---|
| Monthly Payment | $ |
| Additional Principal | $ |
| Additional Escrow | $ |
| Late Fees | $ |
| Other (Please Specify) | $ |
| | |
| **Total Amount Enclosed  $** | |

SELECT PORTFOLIO SERVICING, INC.
PO BOX 65450
SALT LAKE CITY UT 84165-0450

Change of address or telephone? If so, check here and note changes on back

2771 0016119455 0000395112 0000410838 7

**SPS** SELECT Portfolio SERVICING, inc.

P.O. Box 65250
Salt Lake City, UT 84165-0250
www.spservicing.com

**Mortgage Statement**
Statement Date:04/14/2014
Page 3 of 3

Customer Service : (800) 258-8602
Monday - Thursday 8:00AM - 11:00PM ET
Friday      8:00AM - 9:00PM ET
Saturday    8:00AM - 2:00PM ET

Account Number  0016119455

| Date | Description | Principal Balance | Interest | Taxes & Insurance | Late Charges | Unapplied Balance | Other Fees | Expenses Pd by Servicer | Total 1 |
|------|-------------|-------------------|----------|-------------------|--------------|-------------------|------------|-------------------------|---------|
| 11/29 | FC ATTY FEES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 720.00 | 720.00 |
| 04/14 | ENDING BALANCE | $642,607.92 | $32,041.72 | ($538.99) | $254.12 | ($66.02) | $0.00 | $1,304.56 | $675,805.11 |

Due to the delinquent status of your loan a property inspection and/or valuation report was ordered and you are responsible to reimburse us for the amounts plus interest, which may be billed at the note rate.

Under the Servicemembers Civil Relief Act if you or a family member has been deployed to active duty, you may be eligible for certain protections regarding your mortgage loan. Please contact us at (800) 258-8602 to discuss these protections.

¹ Loan Due Date: If this date is different from your Payment Due Date, it means that your are past due and owe payments from previous months.

Per IRS regulations all 2013 year end statements will be mailed no later than January 31, 2014. Year end information will be available via our automated voice response system on January 2, 2014. Duplicate year end statements can be obtained from our website www.spservicing.com after January 31, 2014.

930

**SPS** SELECT Portfolio SERVICING, inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250
www.spservicing.com

**Mortgage Statement**
Statement Date: 03/14/2014
Page 1 of 3

Customer Service: (800) 258-8602
Monday - Thursday 8:00AM - 11:00PM ET
Friday              8:00AM - 9:00PM ET
Saturday            8:00AM - 2:00PM ET

*For other important information, see reverse side*

250

Shirley D Lett
456 N Saint Marys Ln NW
Marietta, GA 30064-1460

| Account Number | 0016119455 |
|---|---|
| Property Address | 456 N NORTH SAINT MARYS LN MARIETTA GA 30064 |

| Loan Due Date | 07/01/2012 [4] |
|---|---|
| Payment Due Date | 04/01/2014 |
| **Amount Due** | **$87,923.50** |

*If payment is received after 04/16/2014, $157.26 late fee will be charged.*

### Explanation of Amount Due

| | |
|---|---|
| Principal | $1,795.30 |
| Interest | $1,391.13 |
| Escrow (Taxes and Insurance) | $764.69 |
| **Regular Monthly Payment** | **$3,951.12** |
| Unpaid Late Charges | $254.12 |
| Other Charges and Fees | $1,304.56 |
| Past Due Payment(s) | $82,479.72 |
| Unapplied Payment(s) [3] | $66.02 |
| **Total Amount Due** | **$87,923.50** |

### Account Information

| | |
|---|---|
| Interest Bearing Principal | $642,807.92 |
| Deferred Principal | $0.00 |
| Outstanding Principal [1] | $642,807.92 |
| Interest Rate (Adjustable) | 2.750 % |
| Prepayment Penalty | No |

### Transaction Activity

| Date | Description | Principal Balance | Interest | Taxes & Insurance | Late Charges | Unapplied Balance | Other Fees | Expenses Pd by Servicer | Total [1] |
|---|---|---|---|---|---|---|---|---|---|
| 11/16 | BEG BALANCE | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11/27 | NEW LOAN SET-UP | 642,807.92 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 642,807.92 |
| 11/27 | FEE ADJUSTMENT | 0.00 | 0.00 | 0.00 | 254.12 | 0.00 | 0.00 | 0.00 | 254.12 |
| 11/27 | BEG BOARDED BAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,032.56 | 2,032.56 |
| 11/27 | DISTRIBUTED FUNDS | 0.00 | 0.00 | 0.00 | 0.00 | (66.02) | 0.00 | 0.00 | (66.02) |
| 11/27 | DISTRIBUTED FUNDS | 0.00 | 0.00 | (536.99) | 0.00 | 0.00 | 0.00 | 0.00 | (536.99) |
| 11/29 | BEG BOARDED BAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (2,032.56) | (2,032.56) |

Continued On Next Page

### Past Payments Breakdown

| | Paid Last Month | Paid Year To Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees and Other Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | |
| Total | $0.00 | $0.00 |

### Delinquency Notice

You are late on your mortgage payments. Failure to bring your loan current may result in fees and foreclosure -- the loss of your home.

**As of March 14, you are 621 days delinquent on your mortgage loan.**

* Payment due 03/01/2014: Unpaid payment of $3,951.12.
* Payment due 02/01/2014: Unpaid payment of $3,951.12.
* Payment due 01/01/2014: Unpaid payment of $3,951.12.
* Payment due 12/01/2013: Unpaid payment of $3,951.12.
* Payment due 11/01/2013: Unpaid payment of $3,951.12.
* Payment due 10/01/2013: Unpaid payment of $3,951.12.

**Total: $87,923.50 due. You must pay this amount to bring your loan current.**

**If You Are Experiencing Financial Difficulty:** See the back for information about mortgage counseling or assistance. Also, there are a number of options available to assist customers who are experiencing difficulty with their payments. Please contact us immediately to discuss these options, arrange a reinstatement or address any questions regarding the statement at (888) 818-6032.

### Information

[1] This amount is not a payoff quote. If you want a payoff quote, please see instructions on reverse side.

[3] Partial payments or overpayments are treated as unapplied funds until we receive enough for a full principal and interest payment at which time we will credit your account for the principal and interest payment

Any transactions that occurred after the statement date noted above will be reflected on your next statement.

This is an attempt to collect a debt. All information obtained will be used for that purpose.

If there is a balance under Expenses Paid by Servicer, it means we have paid certain expenses on your behalf due to the delinquent status of your account. You are responsible to reimburse us for these amounts plus interest, which may be billed at the note rate.

---

Please detach bottom portion and return with your payment. Allow 7 - 10 days for postal delivery. Please do not send cash.

### MONTHLY PAYMENT COUPON

### Account Information

| Borrower Name(s) | Shirley D Lett |
|---|---|
| Account Number | 0016119455 |
| Due By 04/01/2014: | $87,923.50 |

$157.26 late fee will be charged after 04/16/2014

Make checks payable to: **Select Portfolio Servicing**

| Monthly Payment | $ |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| Late Fees | $ |
| Other (Please Specify) | $ |
| | |
| **Total Amount Enclosed** | $ |

SELECT PORTFOLIO SERVICING, INC.
PO BOX 65450
SALT LAKE CITY UT 84165-0450

Change of address or telephone? If so, check here and note changes on back

2771 0016119455 0000395112 0000410838 7

**SPS** SELECT
Portfolio
SERVICING, inc.

P.O. Box 65250
Salt Lake City, UT 84165-0250
www.spservicing.com

**Mortgage Statement**
Statement Date:03/14/2014
Page 3 of 3

Customer Service : (800) 258-8602
Monday - Thursday  8:00AM - 11:00PM ET
Friday                    8:00AM - 9:00PM ET
Saturday                8:00AM - 2:00PM ET

**Account Number  0016119455**

Transaction Activity continued from Page 3 (11/10/2013 to 03/14/2014)

| Date | Description | Principal Balance | Interest | Taxes & Insurance | Late Charges | Unapplied Balance | Other Fees | Expenses Pd by Servicer | Total 1 |
|------|-------------|-------------------|----------|-------------------|--------------|-------------------|------------|-------------------------|---------|
| 11/29 | TITLE CURE COSTS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 325.00 | 325.00 |
| 11/29 | PROP INSPECTION | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 74.00 | 74.00 |
| 11/29 | FC COSTS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 185.56 | 185.56 |
| 11/29 | FC ATTY FEES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 720.00 | 720.00 |
| 03/14 | ENDING BALANCE | $642,607.92 | $30,950.39 | ($638.09) | $254.12 | ($66.02) | $0.00 | $1,304.56 | $674,413.98 |

**Important Messages**

Due to the delinquent status of your loan a property inspection and/or valuation report was ordered and you are responsible to reimburse us for the amounts plus interest, which may be billed at the note rate.

Under the Servicemembers Civil Relief Act if you or a family member has been deployed to active duty, you may be eligible for certain protections regarding your mortgage loan.  Please contact us at (800) 258-8602 to discuss these protections.

Per IRS regulations all 2013 year end statements will be mailed no later than January 31, 2014.  Year end information will be available via our automated voice response system on January 2, 2014.  Duplicate year end statements can be obtained from our website www.spservicing.com after January 31, 2014.

250

**SPS** SELECT Portfolio SERVICING, inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250
www.spservicing.com

**Mortgage Statement**
Statement Date: 02/10/2014
Page 1 of 3

Customer Service: (800) 258-8602
Monday - Thursday 8:00AM - 11:00PM ET
Friday 8:00AM - 9:00PM ET
Saturday 8:00AM - 2:00PM ET

*For other important information, see reverse side*

213

Shirley D Lett
456 N Saint Marys Ln NW
Marietta, GA 30064-1460

| Account Number | 0016119455 |
|---|---|
| Property Address | 456 N NORTH SAINT MARYS LN MARIETTA GA 30064 |
| Loan Due Date | 07/01/2012 |
| Payment Due Date | 3/1/2014 |
| Amount Due | $83,972.38 |

*If payment is received after 03/16/2014, $157.26 late fee will be charged.*

| Explanation of Amount Due | |
|---|---|
| Principal | $1,791.20 |
| Interest | $1,395.23 |
| Escrow (Taxes and Insurance) | $764.69 |
| **Regular Monthly Payment** | **$3,951.12** |
| Unpaid Late Charges | $254.12 |
| Other Charges and Fees | $1,304.56 |
| Past Due Payment(s) | $78,528.60 |
| Unapplied Payment(s) [3] | $66.02 |
| **Total Amount Due** | **$83,972.38** |

| Account Information | |
|---|---|
| Interest Bearing Principal | $642,807.92 |
| Deferred Principal | $0.00 |
| Outstanding Principal [1] | $642,807.92 |
| Interest Rate (Adjustable) | 2.750 % |
| Prepayment Penalty | No |

| Past Loan Activity | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Date | Description | Principal Balance | Interest | Taxes & Insurance | Late Charges | Unapplied Balance | Other Fees | Expenses Pd by Servicer | Total [1] |
| 11/16 | BEG BALANCE | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11/27 | NEW LOAN SET-UP | 642,807.92 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 642,807.92 |
| 11/27 | FEE ADJUSTMENT | 0.00 | 0.00 | 0.00 | 254.12 | 0.00 | 0.00 | 0.00 | 254.12 |
| 11/27 | BEG BOARDED BAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,032.58 | 2,032.58 |
| 11/27 | DISTRIBUTED FUNDS | 0.00 | 0.00 | 0.00 | 0.00 | (66.02) | 0.00 | 0.00 | (66.02) |
| 11/27 | DISTRIBUTED FUNDS | 0.00 | 0.00 | (536.99) | 0.00 | 0.00 | 0.00 | 0.00 | (536.99) |
| 11/29 | BEG BOARDED BAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (2,032.58) | (2,032.58) |

Continued On Next Page

| Past Payment Breakdown | Paid Last Month | Paid Year To Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees and Other Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | |
| Total | $0.00 | $0.00 |

**Delinquency Notice**

You are late on your mortgage payments. Failure to bring your loan current may result in fees and foreclosure -- the loss of your home.

**As of February 10, you are 589 days delinquent on your mortgage loan.**

* Payment due 2/1/2014: Unpaid payment of $3,951.12.
* Payment due 1/1/2014: Unpaid payment of $3,951.12.
* Payment due 12/1/2013: Unpaid payment of $3,951.12.
* Payment due 11/1/2013: Unpaid payment of $3,951.12.
* Payment due 10/1/2013: Unpaid payment of $3,951.12.
* Payment due 9/1/2013: Unpaid payment of $3,951.12.

Total: $83,972.38 due. You must pay this amount to bring your loan current.

**If You Are Experiencing Financial Difficulty:** See the back for information about mortgage counseling or assistance. Also, there are a number of options available to assist customers who are experiencing difficulty with their payments. Please contact us immediately to discuss these options, arrange a reinstatement or address any questions regarding the statement at (888) 818-6032.

**Important Messages**

[1] This amount is not a payoff quote. If you want a payoff quote, please see instructions on reverse side.

[3] Partial payments or overpayments are treated as unapplied funds until we receive enough for a full principal and interest payment at which time we will credit your account for the principal and interest payment

Any transactions that occurred after the statement date noted above will be reflected on your next statement.

This is an attempt to collect a debt. All information obtained will be used for that purpose.

---

Please detach bottom portion and return with your payment. Allow 7 - 10 days for postal delivery. Please do not send cash.

**MONTHLY PAYMENT COUPON**

| Payment Amount | |
|---|---|
| Borrower Name(s) | Shirley D Lett |
| Account Number | 0016119455 |
| Due By 07/01/2012: | $83,972.38 |

$157.26 late fee will be charged after 03/16/2014

**Make checks payable to: Select Portfolio Servicing**

| | |
|---|---|
| Monthly Payment | $ |
| Additional Principal | $ |
| Additional Escrow | $ |
| Late Fees | $ |
| Other (Please Specify) | $ |

SELECT PORTFOLIO SERVICING, INC.
PO BOX 65450
SALT LAKE CITY UT 84165-0450

☐ Change of address or telephone? If so, check here and note changes on back

2771 0016119455 0000395112 0000410838 7

**SPS** Select Portfolio SERVICING, inc. www.spservicing.com
P.O. Box 65250
Salt Lake City, UT 84165-0250

Customer Service : (800) 258-8602
Monday - Thursday 8:00AM - 11:00PM ET
Friday 8:00AM - 9:00PM ET
Saturday 8:00AM - 2:00PM ET

Account Number  0016119455

### Transaction Activity continued from Page 1 (11/29/2013 to 02/10/2014)

| Date | Description | Principal Balance | Interest | Taxes & Insurance | Late Charges | Unapplied Balance | Other Fees | Expenses Pd by Servicer | Total 1 |
|---|---|---|---|---|---|---|---|---|---|
| 11/29 | TITLE CURE COSTS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 325.00 | 325.00 |
| 11/29 | PROP INSPECTION | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 74.00 | 74.00 |
| 11/29 | FC COSTS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 185.58 | 185.58 |
| 11/29 | FC ATTY FEES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 720.00 | 720.00 |
| 02/10 | ENDING BALANCE | $642,807.92 | $29,255.16 | ($538.90) | $254.12 | ($86.02) | $0.00 | $1,304.58 | $673,018.75 |

### Important Messages

If there is a balance under Expenses Paid by Servicer, it means we have paid certain expenses on your behalf due to the delinquent status of your account. You are responsible to reimburse us for these amounts plus interest, which may be billed at the note rate.

Due to the delinquent status of your loan a property inspection and/or valuation report was ordered and you are responsible to reimburse us for the amounts plus interest, which may be billed at the note rate.

Under the Servicemembers Civil Relief Act if you or a family member has been deployed to active duty, you may be eligible for certain protections regarding your mortgage loan. Please contact us at (800) 258-8602 to discuss these protections.

Loan Due Date: If this date is different from your Payment Due Date, it means that your are past due and owe payments from previous months.

Per IRS regulations all 2013 year end statements will be mailed no later than January 31, 2014. Year end information will be available via our automated voice response system on January 2, 2014. Duplicate year end statements can be obtained from our website www.spservicing.com after January 31, 2014.

213

# SPS | SELECT Portfolio SERVICING, inc.

**MONTHLY MORTGAGE STATEMENT**

Page 1 of 2

P.O. Box 65250, Salt Lake City, UT 84165-0250

**Customer Service**     **1-800-258-8602**
Monday – Thursday    8:00AM – 11:00PM ET
Friday     8:00AM – 9:00PM ET
Saturday     8:00AM – 2:00PM ET
For other important contact information see the reverse side

| | |
|---|---|
| Statement Date: | 01/08/14 |
| Last Amount Received: | $603.01 |
| Date Amount Received: | 11/27/13 |
| Loan Due Date: [2] | 07/01/12 |

[2] Loan Due Date: If this date is different from your Payment Due Date, it means that you are past due and owe payments from previous months.

Shirley D Lett
456 N Saint Marys Ln NW
Marietta GA 30064-1460

849

| | |
|---|---|
| Payment Due Date: | 02/01/14 |
| Past Due Payments: | $74,577.48 |

**This Month's Regularly Scheduled (Selected) Payment:**

| A) | Option 1 | Option 2 | Option 3 | Option 4 |
|---|---|---|---|---|
| | $78,528.60 | N/A | $78,528.60 | $84,001.53 |

## LOAN INFORMATION

**Property Address:** 456 N NORTH SAINT MARYS LN MARIETTA GA 30064

**Loan Number:** 0016119455   **Current Payment IR:** 2.750%

| | Balance |
|---|---|
| Expenses Pd by Servicer | $1,304.56 |
| Late Charges | $254.12 |
| Other Fees | $.00 |

**B) Total Additional Amounts Owed**    **$1,558.68**

| C) | Option 1 | Option 2 | Option 3 | Option 4 |
|---|---|---|---|---|
| | $80,087.28 | N/A | $80,087.28 | $85,560.21 |

| YTD Interest Paid | YTD Taxes Paid | YTD Principal Paid |
|---|---|---|
| $.00 | $.00 | $.00 |

| Current Principal Balance[i] | Taxes & Insurance | Current Unapplied Balance |
|---|---|---|
| $642,807.92 | (536.99) | $66.02 |

If you have any questions regarding your loan or this statement please call 1-800-258-8602. You can also access your automated loan information 24 hours a day or make a payment online at www.spservicing.com.

## CURRENT PAYMENT INFORMATION

| Payment Options | Option 1: Minimum | Option 2: Interest Only | Option 3: Fully Amortized | Option 4: Accelerated |
|---|---|---|---|---|
| Principal and/or Interest | $3,186.43 | N/A | $3,186.43 | $8,659.36 |
| Taxes and/or Insurance: | $764.69 | | $764.69 | $764.69 |
| Regular Scheduled Payment: | $3,951.12 | N/A | $3,951.12 | $9,424.05 |

## PAYMENT OPTIONS

**Select a Payment Option on Payment Coupon Below:**

Option 1 (Minimum): This Option may cause your principal balance to increase.

Option 2 (Interest Only): Under this Option you pay no principal and should have a balloon payment at the end of your mortgage.

Option 3 (Fully Amortized Payment): Under this Option you pay your loan in full over the initial term.

Option 4 (Accelerated 15 year): Under this Option you pay your loan in full over an initial 15 year term.

**WARNING: Selection of payment option 1 may result in your principal balance increasing. If your principal balance increases, this will be disclosed in the activity section on your next monthly statement. In the event your balance increases you may lose equity in your home. If you do not pay your mortgage by the maturity date, you could lose your home.**

## ACTIVITY FROM 11/16/13 thru 01/08/14

| Date | Description | Prin Bal | Interest | Taxes & Insurance | Late Charges | Unappl Bal | Other Fees | Expenses Pd by Servicer | Total [1] |
|---|---|---|---|---|---|---|---|---|---|
| 11/16 | BEG BALANCE | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11/27 | NEW LOAN SET-UP | 642,807.92 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 642,807.92 |
| 11/27 | FEE ADJUSTMENT | 0.00 | 0.00 | 0.00 | 254.12 | 0.00 | 0.00 | 0.00 | 254.12 |
| 11/27 | BEG BOARDED BAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,032.56 | 2,032.56 |
| 11/27 | DISTRIBUTED FUNDS | 0.00 | 0.00 | 0.00 | 0.00 | (66.02) | 0.00 | 0.00 | (66.02) |
| 11/27 | DISTRIBUTED FUNDS | 0.00 | 0.00 | (536.99) | 0.00 | 0.96 | 0.00 | 0.00 | (536.99) |
| 11/29 | BEG BOARDED BAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (2,032.56) | (2,032.56) |

## IMPORTANT MESSAGES

[i] This amount is not a payoff quote. If you want a payoff quote, please see instructions on reverse side.

Any transactions that occurred after the Statement Date noted above will be reflected on your next statement.

You are hereby notified that this statement is an attempt to collect a debt. All information obtained will be used for that purpose.

PLEASE DETACH AT PERFORATION AND RETURN THIS COUPON WITH PAYMENT

Select Portfolio Servicing, Inc.

Shirley D Lett

Loan Number: 0016119455

SELECT PORTFOLIO SERVICING, INC.
PO BOX 65450
SALT LAKE CITY UT 84165-0450

## PAYMENT COUPON

Please check the Payment Option amount enclosed:

| | | | | |
|---|---|---|---|---|
| ☐ Option 1 = | $78,528.60 | ☐ Option 3 = | $78,528.60 |
| ☐ Option 2 = | N/A | ☐ Option 4 = | $84,001.53 |

**This Month's Payment (Due 02/01/14)**    $ ☐☐☐☐☐☐.☐☐

| Late Charge Amount | Late Payment Due Date |
|---|---|
| $157.26 | 02/16/14 |

**Additional Amounts Owing**    $ ☐☐☐☐☐☐.☐☐

**TOTAL PAYMENT**    $ ☐☐☐☐☐☐.☐☐

☐ Change of address or telephone? If so, check here and note changes on back.

2771 0016119455 07852860 07868586 9

## ACTIVITY FROM 11/16/13 thru 01/08/14 CONTINUED

| Date | Description | Prin Bal | Interest | Taxes & Insurance | Late Charges | Unappl Bal | Other Fees | Expenses Pd by Servicer | Total |
|------|-------------|----------|----------|-------------------|--------------|------------|-----------|-------------------------|-------|
| 11/29 | TITLE CURE COSTS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 325.00 | 325.00 |
| 11/29 | PROP INSPECTION | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 74.00 | 74.00 |
| 11/29 | FC COSTS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 185.56 | 185.56 |
| 11/29 | FC ATTY FEES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 720.00 | 720.00 |
| 01/08 | ENDING BALANCE | 642,807.92 | 27,855.83 | (536.99) | 254.12 | (966.02) | 0.00 | 1,304.56 | 671,619.42 |

**SPS** SELECT Portfolio SERVICING, inc.

Page 1 of 2

P.O. Box 65250, Salt Lake City, UT 84165-0250

**Customer Service**
Monday - Thursday
Friday
Saturday
For other important contact information see the reverse side

1-800-258-8602
8:00AM - 11:00PM ET
8:00AM - 9:00PM ET
8:00AM - 2:00PM ET

Shirley D Lett                              557
456 N Saint Marys Ln NW
Marietta GA  30064-1460

| | |
|---|---|
| Statement Date: | 12/04/13 |
| Last Amount Received: | $608.01 |
| Date Amount Received: | 11/27/13 |
| Loan Due Date: [2] | 07/01/12 |
| Principal & Interest: | $3,186.43 |
| Taxes & Insurance: | $764.69 |
| Regular Monthly Payment: | $3,951.12 |
| Past Due Payments: | $70,626.36 |

| | |
|---|---|
| **A)  This Month's Payment:** | **$74,577.48** |
| Payment Due Date: | 01/01/14 |

| | Balance |
|---|---|
| Expenses Pd by Servicer | $1,304.56 |
| Late Charges | $254.12 |
| Other Fees | $.00 |
| **B)  Total Additional Amounts Owed** | **$1,558.68** |
| **C)  Unapplied Balance** [3] | **$66.02** |
| **D)  Total Amount Now Due**<br>(A plus B minus C = D) | **$76,070.14** |

## LOAN INFORMATION

**Property Address:**  456 N NORTH SAINT MARYS LN
MARIETTA GA  30054

**Loan Number: 0016119455   Current Payment IR:  2.750%**

| YTD Interest Paid | YTD Taxes Paid | YTD Principal Paid |
|---|---|---|
| $.00 | $.00 | $.00 |

| Current Principal Balance[1] | Taxes & Insurance | Current Unapplied Balance [3] |
|---|---|---|
| $642,807.92 | (536.99) | $66.02 |

If you have any questions regarding your loan or this statement please call 1-800-258-8602.  You can also access your automated loan information 24 hours a day or make a payment online at www.spservicing.com.

## ACTIVITY FROM 11/16/13 thru 12/04/13

| Date | Description | Prin Bal | Interest | Taxes & Insurance | Late Charges | Unappl Bal | Other Fees | Expenses Pd by Servicer | Total [1] |
|---|---|---|---|---|---|---|---|---|---|
| 11/16 | BEG BALANCE | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11/27 | NEW LOAN SET-UP | 642,807.92 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 642,807.92 |
| 11/27 | FEE ADJUSTMENT | 0.00 | 0.00 | 0.00 | 254.12 | 0.00 | 0.00 | 0.00 | 254.12 |
| 11/27 | BEG BOARDED BAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,032.56 | 2,032.56 |
| 11/27 | DISTRIBUTED FUNDS | 0.00 | 0.00 | 0.00 | 0.00 | (66.02) | 0.00 | 0.00 | (66.02) |
| 11/27 | DISTRIBUTED FUNDS | 0.00 | 0.00 | (536.99) | 0.00 | 0.00 | 0.00 | 0.00 | (536.99) |
| 11/29 | BEG BOARDED BAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (2,032.56) | (2,032.56) |
| 11/29 | TITLE CURE COSTS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 325.00 | 325.00 |
| 11/29 | PROP INSPECTION | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 74.00 | 74.00 |
| 11/29 | FC COSTS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 185.56 | 185.56 |
| 11/29 | FC ATTY FEES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 720.00 | 720.00 |
| 12/04 | ENDING BALANCE | $642,807.92 | $26,452.42 | ($536.99) | $254.12 | ($66.02) | $0.00 | $1,304.56 | $670,216.01 |

## IMPORTANT MESSAGES

[1]This amount is not a payoff quote.  If you want a payoff quote, please see instructions on reverse side.

Any transactions that occurred after the Statement Date noted above will be reflected on your next statement.

[2]Loan Due Date: If this date is different from your Payment Due Date, it means that you are past due and owe payments from previous months.

You are hereby notified that this statement is an attempt to collect a debt.  All information obtained will be used for that purpose.

[3]Partial payments or overpayments are treated as unapplied funds until we receive enough for a full Principal & Interest payment, at which time we will credit your account for the Principal and Interest payment.

PLEASE DETACH AT PERFORATION AND RETURN THIS COUPON WITH PAYMENT

Loan Number: 0016119455

PAYMENT COUPON

| | |
|---|---|
| This Month's Payment<br>(Due 01/01/14) | $74,577.48 |
| **OR** | $ |
| Late Payment Amount<br>(If paid after Late Payment Due Date 01/16/14) | $74,794.74 |

SELECT PORTFOLIO SERVICING, INC.
PO BOX 65450
SALT LAKE CITY UT  84165-0450

| | |
|---|---|
| Additional Amounts Owing | $ |
| TOTAL PAYMENT | $ |

Change of address or telephone?  If so, check here and note changes on back.

2771  0016119455  07457748  07473474  1

INJ2776294-000

## FEE SCHEDULE

The following is a list of fees and charges that, subject to applicable law, or the documents evidencing your loan, may be imposed in connection with the servicing of your loan. Please note that the fees listed below are subject to change from time to time.

| Fee | Amount | Description |
|---|---|---|
| Late Fee | Refer to loan documents | Fee charged for failure to make a regular monthly payment on time. State law may dictate the fee amount. |
| NSF or Dishonored Check Fee | Up to $25.00 | Fee charged when a payment by check is returned as not paid by your bank because of insufficient funds in the checking account. |
| Interest on Advance | Generally, calculated at the interest rate under the note. | Interest that we may be permitted to charge under the loan documents for amounts that we may be required to pay on your behalf, for example, taxes, insurance and foreclosure-related costs and expenses. |
| Prepayment Fee | Please refer to loan documents | Your loan documents may require you to pay an additional fee if you pay off your loan early. |
| Property Inspection | $9.60 - $19.99 | Fee charged if you are in default and we can not make contact with you to determine the condition of the property. |
| Broker Price Opinion (BPO) | $89.00 - $195.00 | Fee charged for determining the value and condition of the property when loan payments are past due. |
| Appraisal Fees | $195.00 - $450.00 | Fee charged for appraisal used to determine the value and condition of the property. |
| Recording Fee | Based on county/town schedule | Fee charged by the relevant county/town for recording the release/satisfaction. |
| Release Fee | Up to $45.00 | Fee paid to a third party charged at payoff for preparing the release of mortgage. |
| Foreclosure Attorney Fees and Costs | This fee and cost will vary | Fees and costs associated with protection of collateral. Foreclosure attorney fees and costs will vary by filing type and are limited to the actual fees and costs. |
| Bankruptcy Attorney Fees and Costs | This fee and cost will vary | Fees and costs associated with preserving obligation. Bankruptcy attorney fees and costs will vary by bankruptcy Chapter type and are limited to actual fees and costs. |
| Property Preservation Costs | This fee will vary | Fees required to preserve the property. Will vary according to each situation and required expenses. |

The fees shown below will be imposed for services that you request. You will be asked to agree to pay these charges at the time you request the service.

| Fee | Amount | Description |
|---|---|---|
| Check by Phone | Up to $15.00 | Fee charged for making a payment by phone or Internet. (Also known as EZ Pay) |
| Express Mail Fee | Actual Charge Incurred | Actual charge from delivery service provider (such as UPS or FedEx) for expedited delivery of documents. |

*This Fee Schedule does not contain all fees that may be charged for services rendered. Please note that Select Portfolio Servicing, Inc. may utilize an affiliated company to perform services related to your loan account and that Select Portfolio Servicing, Inc. and/or the affiliated company may receive financial benefit as a result of such relationship.*

Revised December 2011

# EXHIBIT-C

31

# Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Shirley Lett | **Visit Date:** | December 20, 2019 |
| **Patient ID:** | 715029 | **Provider:** | Apurva D. Shah, MD |
| **Sex:** | Female | **Location:** | Northside Heart Towne Lake - NH7 |
| **Birthdate:** | | **Location Address:** | 900 Towne Lake Parkway Suite 400 Woodstock, GA 301891604 |
| | | **Location Phone:** | (770) 924-5095 |

## Chief Complaint

- Chest Pain
- Shortness of Breath

## History Of Present Illness

The patient is a 68-year-old female with a past medical history significant for hypertension and an aortic aneurysm (followed by Dr. Nwiloh).

She presents today for cardiac evaluation of chest discomfort.

She states that for the last 1 year, she has been experiencing chest discomfort. She describes this as a diffuse chest tightness. There is no associated radiation, nausea, vomiting, diaphoresis or shortness of breath. The patient works as a customer representative and states that the discomfort is aggravated during stressful phone conversations. She states it improves when she relaxes or places her left arm above her head. She states it has been stable in nature. She states that she currently does not have any chest discomfort.

She states that for the last 1 year, she is also been experiencing dyspnea on exertion. This is worse with moderate levels of activity; for example, walking up 2 flights of stairs. There is no associated chest discomfort. She describes this is stable in nature also.

She also informs me that she has not seen Dr. Nwiloh or had her aortic aneurysm evaluated in the last 2 years.

In terms of her activity level, she states she is able to carry on with all her daily activities without any cardiac issues.

She reports her blood pressure is well controlled at home in the 120s over 80s.

## Past Medical History

| Disease Name | Date Onset | Notes |
|---|---|---|
| Aortic aneurysm | 3/2015 | -- |
| Hypertension | -- | -- |

## Past Surgical History

| Procedure Name | Date | Notes |
|---|---|---|
| *Chest CT | 3/2015 | -- |
| *Echocardiogram | 3/2015 | EF 60-65%, LAE, Aortic Root 4.6cm, diastolic dysfunction |
| *ETT (Exercise Treadmill Test) | 3/2015 | 1. Exercise study achieving adequate heart rate response, (greater than or equal to 85%). 2. Stress EKG response negative for ischemia. |
| *Holter Monitor | 3/2015 | > The underlying rhythm is normal sinus with an average heart rate of 69 beats per minute (range 49 to 113 bpm). > Rare premature atrial contractions and 1979 premature ventricular contractions noted during monitoring period. There were 2 episodes of NSVT. The longest was 4 beats at a rate of 112 |

[Digital Signature Validated]

|  |  |  |
|---|---|---|
| | | bpm. > No symptoms were documented during the 24 hour monitoring period. |
| C-section | -- | -- |
| Fatty Tumor Removal | -- | RUE |

## Medication List

| Name | Date Started | Instructions |
|---|---|---|
| aspirin 81 mg oral tablet,delayed release (DR/EC) | | take 1 tablet (81 mg) by oral route once daily |
| lisinopril 20 mg oral tablet | | take 1 tablet (20 mg) by oral route once daily |
| metoprolol tartrate 25 mg oral tablet | | take 1 tablet (25 mg) by oral route 2 times per day |
| Norvasc 5 mg oral tablet | 06/26/2017 | TAKE 1 TABLET BY MOUTH EVERY DAY |

## Allergy List

| Allergen Name | Date | Reaction | Notes |
|---|---|---|---|
| NO KNOWN DRUG ALLERGIES | -- | -- | -- |

## Family Medical History

| Disease Name | Relative/Age | Notes |
|---|---|---|
| .Noncontributory for premature CAD | | -- |

## Social History

| Finding | Status | Start/Stop | Quantity | Notes |
|---|---|---|---|---|
| Has no physical impairment | -- | --/-- | -- | -- |
| No Impairment | -- | --/-- | -- | -- |
| Retired | -- | --/-- | -- | -- |
| Tobacco | Former | --/-- | -- | quit 1988 |

## Review of Systems

**Cardiovascular**
   o **Admits** : chest pain, shortness of breath w/ exercise
**All Others Negative**

## Vitals

| Date | Time | BP | Position | Site | L\R | Cuff Size | HR | RR | TEMP (F) | WT | HT | BMI kg/m$^2$ | BSA m$^2$ | O2 Sat |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/20/2019 | 11:58 AM | 120/75 | Sitting | | | | 45 - R | 16 | | 180lbs 0oz | 5' 4" | 30.9 | 1.92 | |

## Physical Examination

**Constitutional**
   o **Appearance** : well-nourished, well developed, alert, in no acute distress
**Eyes**
   o **Conjunctiva** : pink
   o **Eyelids/Ocular Adnexa** : eyelid appearance normal, no xanthelasmas present
**Ears, Nose, Mouth and Throat**
   o **Oral Cavity** :
      ■ **Oral Mucosa** : dentition and gums ok, no pallor

[Digital Signature Validated]

**Neck**
- o **Jugular Veins** : right JVP height less that 3 cm at 45 degrees of head elevation

**Respiratory**
- o **Respiratory Effort** : breathing unlabored
- o **Auscultation of Lungs** : normal breath sounds present in all lung fields without rhonchi, rales, or pleural rubs

**Cardiovascular**
- o **Heart** :
  - ■ **Palpation of Heart** : normal PMI, no cardiac thrill present
  - ■ **Auscultation of Heart** : regular rate and rhythm, no murmurs present
- o **Peripheral Vascular System** :
  - ■ **Carotid Arteries** : normal pulses bilaterally
  - ■ **Abdominal Aorta** : aortic pulse normal without bruits
  - ■ **Extremities** : no edema

**Gastrointestinal**
- o **Abdominal Examination** : soft, nontender, nondistended, normal bowel sounds

**Musculoskeletal**
- o **Spine** :
  - ■ **Back: Inspection/Palpation** : no kyphosis/scoliosis, normal gait

**Skin and Subcutaneous Tissue**
- o **General Inspection** : no rash, stasis, or xanthomas

**Psychiatric**
- o **Mood and Affect** : normal appropriate, oriented to time place and person


## Assessment

- Other chest pain    786.59/R07.89
- SOB (shortness of breath)    786.05/R06.02
- Long-term use of high-risk medication    V58.69/Z79.899
- BMI 25.0 +    278.02/E66.3
- Aortic aneurysm    441.9/I71.9
- Essential hypertension    401.9/I10


The patient presents today for a cardiac evaluation of chest discomfort and dyspnea on exertion.  She underwent an EKG in the office today.

In regards to her dyspnea on exertion, we will proceed with an echocardiogram to evaluate for any structural abnormalities.  We will also obtain a Lexiscan nuclear stress test to evaluate for ischemia as a cause.

Her chest discomfort is an atypical presentation for cardiac angina.  It is also stable in nature.  The nuclear stress test will evaluate for ischemia as a cause of the chest discomfort.  Given her history of an aortic aneurysm, we will proceed with a CT scan of the chest with contrast to evaluate the size of her aortic aneurysm to assess if this could be causing any chest discomfort.

In regards to her aortic aneurysm, she has not followed up with Dr. Nwiloh for continued surveillance of this over the last 2 years.  I reenforced with her the importance of following up and continued surveillance for the aneurysm. We also discussed the signs and symptoms of aortic dissection/aortic rupture.

I will see her back in 4 weeks time.  In the interim, of asked her to refrain from moderate to strenuous activity and seek medical attention with any new or changing symptoms.


## Plan
### Orders
- o Documentation of follow-up plan for patient with BMI above normal (G8417) - 278.02/E66.3 - 12/20/2019
- o EKG; 12 leads (93000) - 441.9/I71.9 - 12/20/2019
- o Schedule Echo - 786.05/R06.02 - 12/20/2019
- o Schedule Nuclear Stress Test - Lexiscan - 786.59/R07.89, 786.05/R06.02 - 12/20/2019

[Digital Signature Validated]

[Progress Note] [Shirley Lett] [7150029]  Case 20-06031-bem   Doc 1   Filed 02/06/20   Entered 02/06/20 12:45:00   Desc Main   [Date Printed:1/17/2020] Page 4 of 4

Document        Page 104 of 134

- o BMP. (80048) - V58.69/Z79.899 - 12/20/2019
- o CT Chest w/ and w/o contrast. (71270) - 441.9/I71.9, 786.59/R07.89 - 12/20/2019
    Aorta protocol to evaluate for the patient's known aortic aneurysm

**Medications**
- o Medications have been Reconciled

**Instructions**
- o OVERWEIGHT: Patient's weight is reviewed today and is noted to be in the overweight range. Normal BMI is 18.5 - 25 for adults age 18 years and older. The patient has been educated that being overweight is a risk factor for numerous conditions including diabetes, hypertension, stroke, heart disease, certain types of cancer and arthritis. The patient has been encouraged to develop healthier eating habits in regards to quality and quantity of food choices. Northside Hospital offers a full range of outpatient weight management and nutrition services designed to help you achieve optimal health and feel your best. For more information call 404-236-8036.
- o 1. Continue current medications 2. Schedule echocardiogram 3. Schedule Lexiscan nuclear stress test 4. Schedule CT scan of the chest 5. Obtain blood work 6. Refrain from moderate to strenuous activity 7. Follow-up with me in 4 weeks 8. Call 911 with any new or change in symptoms
- o Electronically Identified Patient Education Materials Provided Electronically

**Disposition**
- o Call or Return if symptoms worsen or persist.
- o SRS

**Electronically Signed by:** Apurva D. Shah, MD -Author on December 20, 2019 12:20:15 PM

[Digital Signature Validated]

**Patient Information:**

**Name:**    Lett, Shirley D          **PatientID:** 715029        **Sex:** F        **Race:** Unknown          **DOB:** ▮▮▮▮▮

**Test Information:**

**Test Name:**    ECG Report        **Technician:**        Guerline Baptiste        **Test Date:**        12/20/2019 11:38:08 AM

**Last Reviewed Date:** 12/20/2019 12:01:58 PM **Reviewer:** Apurva D. Shah, MD

**Interpretation:**

Marked sinus  Bradycardia  -First degree A-V block
PRi = 234
- Nonspecific T-abnormality.

**Comments:**

N/A

| Test Name | Result | Units |
| --- | --- | --- |
| ECG Systolic BP | 126 | mmHg |
| ECG Diastolic BP | 74 | mmHg |
| Heart Rate | 48 | Beats/Minute |
| P-Wave Axis | 45 | Degrees |
| QRS-Wave Axis | 5 | Degrees |
| T-Wave Axis | 51 | Degrees |
| QRS Duration | 87 | Milliseconds |
| QTC Interval | 463 | Milliseconds |
| QT Interval | 484 | Milliseconds |
| PR Interval | 234 | Milliseconds |

[Digital Signature Validated]



| Name: | Shirley Lett | | **Northside Heart** | | | Rate: | 48 | BPM | Interpretation: |
|---|---|---|---|---|---|---|---|---|---|
| ID: | 715029 | | Req. Physician: | | | PR: | 234 | msec | Marked sinus Bradycardia -First degree A-V block |
| Sex: | Female | | Technician: | Guerline Baptiste | | QT/QTc: | 484/463 | msec | PRi = 234 |
| BP: | 126/74 | mmHg | History: | | | QRSD: | 87 | msec | - Nonspecific T-abnormality. |
| Weight: | 181.0 | lbs | Medication: | | | P Axis: | 45 | | |
| Height: | 64 | inches | Date of Report: | 12/20/19 | 11:38:08 | QRS Axis: | 5 | | |
| DOB: | | (68 Years) | Reviewed By: | Apurva D. Shah, MD | | T Axis: | 51 | | |
| Comments: | | | Review Date: | 12/20/19 | 12:01:58 | | | | |

Speed:25 mm/sec  Gain:10 mm/mv  MYO:OFF  AC:ON  DRIFT:ON        Midmark Diagnostics Group        Page 1 of 1        Version 8.4.1        ECG Analysis Ver. 8.4.1        Print Date   01/17/20    09:10:22

# Procedure Note

| | | | | |
|---|---|---|---|---|
| **Patient Name:** | Shirley Lett | | **Visit Date:** | January 2, 2020 |
| **Patient ID:** | 715029 | | **Provider:** | Apurva D. Shah, MD |
| **Sex:** | Female | | **Location:** | Northside Heart Towne Lake - NH7 |
| **Birthdate:** | | | **Location Address:** | 900 Towne Lake Parkway |
| **Referring Provider:** | Apurva D. Shah MD | | | Suite 400 |
| | | | | Woodstock, GA  301891604 |
| | | | **Location Phone:** | (770) 924-5095 |

## ECHOCARDIOGRAM REPORT

Ordering Physician : Apurva D. Shah MD ~ Interpreting Physician : Apurva Shah, M.D.
Primary Care Physician: No PCP Indicated - MD ~ Sonographer: Kelly Sigler, RDCS
Reason for Procedure: Ascending Aortic Aneurysm ~ Image Quality : Adequate
Height: 5 feet 4 inches ~ Weight: 180 pounds ~ BSA: 1.9 square meters ~ BP: 120/75

Right Ventricular Dimension four chamber Mid: 2.9 cm (1.9 - 3.5 cm)
Right Ventricular Dimension four chamber Base: 3.4 cm (2.5 - 4.1 cm)
Septal Thickness (Diastole): 1.1 cm (Normal: 0.6 - 0.9 cm)
Left Ventricular Size (Diastole): 4.2 cm (Normal: 3.8- 5.2 cm)
Left Ventricular Size (Systole): 1.7 cm (Normal: 2.2 - 3.5 cm)
Posterior Wall Thickness (Diastole): 1.0 cm (Normal: 0.6 - 0.9 cm)
A/O Root Diameter (Diastole): 3.7 cm (Normal: 2.1- 4.0 cm)
Proximal Ascending Aorta (Diastole): 4.5 cm (Normal: 2.1 - 3.8)
LVOT Diameter: 2.0 cm
LA Dimension (Systole): 3.0 cm (Normal: 1.9 - 3.8 cm)
Left Atrial volume index (ml/m2): 27 (16 - 34)
Fractional Shortening: 60 % (Normal: 28 - 36%)
Estimated Ejection Fraction: > 55 % (Normal: 50 - 75%)
MV E Velocity: 0.89 m/sec ~ MV A Velocity: 0.73 m/sec ~ E/A Ratio: 1.2 ~ E': 6.9 m/sec ~ E/E': 12.7

CLINICAL FINDINGS:

Note: This study is adequate for interpretation.
1) The left atrium, left ventricle, right atrium, and right ventricle are normal in size. The aortic root at the sinuses of Valsalva is normal in diameter. The proximal ascending aorta is moderately dilated measuring 4.5 cm in diameter.
2) There is mild concentric left ventricular hypertrophy. The overall left ventricular systolic function is normal with an estimated ejection fraction of greater than or equal to 55 %. The right ventricular systolic function is Normal. Tissue doppler and pulsed doppler interrogation reveals normal diastolic function with normal LV relaxation, normal LV compliance, and normal left atrial pressure.
3) The aortic valve is not well visualized. The mitral valve is normal in appearance and function. The pulmonic valve is not well visualized. The tricuspid valve is normal in appearance and function. Color flow and doppler analysis reveals trace aortic insufficiency , trace pulmonic insufficiency , trace to mild mitral regurgitation , and trace to mild tricuspid regurgitation. The estimated pulmonary artery systolic pressure is 28 mm Hg. The inferior vena cava is normal in diameter with greater than 50% inspiratory collapse. The estimated right atrial pressure is 3 mmHg.
4) There is no significant pericardial effusion.
5) The interatrial septum appears intact with no evidence atrial level shunting appreciated.

CONCLUSION :

1 The proximal ascending aorta is moderately dilated measuring 4.5cm in diameter.
2) Mild left ventricular hypertrophy. Normal wall motion. Normal left ventricular systolic function, EF >55%. Normal diastolic function. Normal RV function.
3 ) Trace aortic insufficiency , trace pulmonic insufficiency , trace to mild mitral regurgitation , and trace to mild tricuspid regurgitation with doppler evidence of normal pulmonary artery systolic pressures.
4) No pericardial effusion.
5) The above findings represent no significant change in the size of the ascending aorta compared to the CT scan in 03/2015.

[Digital Signature Validated]

NOTE: Based on the above findings this patient DOES NOT require SBE prophylaxis.

## Assessment

- Aortic aneurysm     441.9/I71.9
- Hypertension     401.1/I10

## Plan

**Orders**
  - Echo (93306) - 441.9/I71.9, 401.1/I10 - 01/02/2020

**Referrals**
  - ID: 116463 Date: 12/26/2019 Type: Inbound
    Specialty: Cardiology

**Electronically Signed by:** Apurva D. Shah, MD -Author on January 3, 2020 08:59:03 AM

[Digital Signature Validated]

# Procedure Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Shirley Lett | **Visit Date:** | January 2, 2020 |
| **Patient ID:** | 715029 | **Provider:** | Parham Eshtehardi, MD |
| **Sex:** | Female | **Location:** | Northside Heart Towne Lake - NH7 |
| **Birthdate:** | ████████ | **Location Address:** | 900 Towne Lake Parkway<br>Suite 400<br>Woodstock, GA  301891604 |
| | | **Location Phone:** | (770) 924-5095 |

SINGLE ISOTOPE LEXISCAN STRESS TEST

REFERRING PHYSICIAN: Apurva D. Shah MD

ORDERING PHYSICIAN: Apurva Shah, M.D.

READING PHYSICIAN: Parham Eshtehardi, M.D.

CLINICAL INDICATION/ HISTORY: Chest pain

This study was performed at NCPS, LLC 900Towne Lake Parkway,Suite 400,Woodstock,GA 30189.

PROCEDURE: The patient was given an infusion of 0.4 mg of Lexiscan IV over 10 seconds. The patient's baseline heart rate was 47 beats per minute and increased to 76 beats per minute during the infusion. The baseline blood pressure was 138/78 mmHg and decreased to 118/74 mmHg during the infusion. The resting EKG revealed sinus bradycardia, 1st degree AV block. The EKG during the Lexiscan infusion showed no ST changes.The patient had no complaints during the test.

The patient was given 10.4 mCi of Tc-99m Tetrofosmin IV at rest. Approximately 30-40 minutes after the injection the patient underwent SPECT imaging. Following the Lexiscan infusion the patient was injected with 30.7 mCi of Tc-99m Tetrofosmin intravenously. The stress images were obtained approximately 60 minutes post-tracer injection. The stress SPECT study was also gated to evaluate regional wall motion and calculate the left ventricular ejection fraction. The data was reconstructed in the short, horizontal long and vertical long axis views and tomographic slices were generated.

FINDINGS: The overall technical quality of the images is fair. There is evidence of diaphragmatic attenuation artifact. Left ventricular cavity size is normal on the rest and stress studies. There is no evidence of lung activity. The right ventricle is not well visualized.

The stress SPECT images demonstrate normal tracer uptake throughout the left ventricle. The rest SPECT images demonstrate normal tracer uptake throughout the left ventricle.

Calculated LVEF was 77 % . Normal wall motion.

IMPRESSION: Normal Lexiscan stress myocardial perfusion study demonstrating:

1. No evidence of ischemia.
2. Normal wall motion with a calculated EF of % %.

[Digital Signature Validated]

3. The right ventricle is not well visualized.
4. The patient had no symptoms.
5. Normal Lexiscan stress ECG.
6. Diaphragmatic attenuation artifact.
7. The patient is at low risk for clinically significant cardiac ischemic events.
8. The patient was instructed to avoid strenuous activity/exercise until the results of this study are communicated and instructions are provided by this office.

## Assessment

- Chest pain    786.50/R07.9

## Plan

### Orders
- o MYOCARDIAL PERFUSION SPECT MULTIPLE (REST AND STRESS) (78452) - 786.50/R07.9 - 01/02/2020
- o 4 - LEXISCAN (PER 0.1MH) (J2785) - 786.50/R07.9 - 01/02/2020
- o Cardiac Stress Test. (93015) - 786.50/R07.9 - 01/02/2020
- o 2 - MYOVIEW/TETROFOSMIN PER STUDY DOSE (A9502) - 786.50/R07.9 - 01/02/2020

### Referrals
- o ID: 116464 Date: 12/26/2019 Type: Inbound
  Specialty: Cardiology

**Electronically Signed by:** Parham Eshtehardi, MD -Author on January 2, 2020 02:57:17 PM

[Digital Signature Validated]

# Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Shirley Lett | **Visit Date:** | January 13, 2017 |
| **Patient ID:** | 715029 | **Provider:** | Apurva D. Shah, MD |
| **Sex:** | Female | **Location:** | Northside Heart Towne Lake - NH7 |
| **Birthdate:** | ██████ | **Location Address:** | 900 Towne Lake Parkway |
| | | | Suite 400 |
| | | | Woodstock, GA  301891604 |
| | | **Location Phone:** | (770) 924-5095 |

## Chief Complaint

- Continuity of Medical Care

## History Of Present Illness

The patient is a 65-year-old female with a past medical history significant for hypertension and an aortic aneurysm.

She presents today for follow-up.  Since her last visit with me, she has followed up with Dr. Nwiloh who is managing her aortic aneurysm.

She currently has no cardiac complaints.  She denies any chest discomfort, shortness of breath, dyspnea on exertion, orthopnea, PND, palpitations, presyncope, syncope or edema.

In terms of her activity level, she is able to carry on with all her daily activities without any cardiac symptoms.

## Past Medical History

| Disease Name | Date Onset | Notes |
|---|---|---|
| Aortic aneurysm | 3/2015 | -- |
| Hypertension | -- | -- |

## Past Surgical History

| Procedure Name | Date | Notes |
|---|---|---|
| *Chest CT | 3/2015 | -- |
| *Echocardiogram | 3/2015 | EF 60-65%, LAE, Aortic Root 4.6cm, diastolic dysfunction |
| *ETT (Exercise Treadmill Test) | 3/2015 | 1. Exercise study achieving adequate heart rate response, (greater than or equal to 85%). 2. Stress EKG response negative for ischemia. |
| *Holter Monitor | 3/2015 | > The underlying rhythm is normal sinus with an average heart rate of 69 beats per minute (range 49 to 113 bpm). > Rare premature atrial contractions and 1979 premature ventricular contractions noted during monitoring period. There were 2 episodes of NSVT. The longest was 4 beats at a rate of 112 bpm. > No symptoms were documented during the 24 hour monitoring period. |
| C-section | -- | -- |
| Fatty Tumor Removal | -- | RUE |

## Medication List

| Name | Date Started | Instructions |
|---|---|---|
| lisinopril 20 mg oral tablet | 10/28/2016 | take 1 tablet (20 mg) by oral route once daily for 90 days |
| metoprolol tartrate 25 mg oral tablet | 10/28/2016 | take 1 tablet (25 mg) by oral route 2 times per day for 90 |

[Digital Signature Validated]

|  | | days |
|---|---|---|
| Norvasc 5 mg oral tablet | 10/28/2016 | take 1 tablet by oral route daily as needed for 90 days |

## Allergy List

| Allergen Name | Date | Reaction | Notes |
|---|---|---|---|
| NO KNOWN DRUG ALLERGIES | -- | -- | -- |

## Family Medical History

| Disease Name | Relative/Age | Notes |
|---|---|---|
| .Noncontributory for premature CAD | / | -- |

## Social History

| Finding | Status | Start/Stop | Quantity | Notes |
|---|---|---|---|---|
| Has no physical impairment | -- | --/-- | -- | -- |
| No Impairment | -- | --/-- | -- | -- |
| Retired | -- | --/-- | -- | -- |
| Tobacco | Former | --/-- | -- | quit 1988 |

## Review of Systems

**Constitutional**
- o **Denies** : fatigue, General Good Health

**Cardiovascular**
- o **Denies** : chest pain, shortness of breath w/ exercise, heart racing/skipping, irregular heart beats, dizziness, dizziness when standing up, lightheadedness, fainting, swelling, palpitations

**Respiratory**
- o **Denies** : shortness of breath

**Musculoskeletal**
- o **Admits** : muscle aches

**All Others Negative**

## Vitals

| Date | Time | BP | Position | Site | L\R | Cuff Size | HR | RR | TEMP(F) | WT | HT | BMI kg/m$^2$ | BSA m$^2$ | O2 Sat |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/13/2017 | 09:17 AM | 126/74 | Sitting | Brachial | Left | Adult | 58 - R | 16 | | 181lbs 0oz | 5' 4" | 31.07 | 1.93 | |

## Physical Examination

**Constitutional**
- o **Appearance** : well-nourished, well developed, alert, in no acute distress

**Eyes**
- o **Conjunctiva** : pink
- o **Eyelids/Ocular Adnexa** : eyelid appearance normal, no xanthelasmas present

**Ears, Nose, Mouth and Throat**
- o **Oral Cavity** :
  - ■ **Oral Mucosa** : dentition and gums ok, no pallor

**Neck**
- o **Jugular Veins** : right JVP height less that 3 cm at 45 degrees of head elevation

**Respiratory**
- o **Respiratory Effort** : breathing unlabored

- o **Auscultation of Lungs** : normal breath sounds present in all lung fields without rhonchi, rales, or pleural rubs

**Cardiovascular**
- o **Heart** :
  - ■ **Palpation of Heart** : normal PMI, no cardiac thrill present
  - ■ **Auscultation of Heart** : regular rate and rhythm, no murmurs present
- o **Peripheral Vascular System** :
  - ■ **Carotid Arteries** : normal pulses bilaterally
  - ■ **Abdominal Aorta** : aortic pulse normal without bruits
  - ■ **Extremities** : no edema

**Gastrointestinal**
- o **Abdominal Examination** : soft, nontender, nondistended, normal bowel sounds

**Musculoskeletal**
- o **Spine** :
  - ■ **Back: Inspection/Palpation** : no kyphosis/scoliosis, normal gait

**Skin and Subcutaneous Tissue**
- o **General Inspection** : no rash, stasis, or xanthomas

**Psychiatric**
- o **Mood and Affect** : normal appropriate, oriented to time place and person

## Assessment

- Aortic aneurysm     441.9/I71.9
- Hypertension      401.1/I10
- Long-term use of high-risk medication     V58.69/Z79.899

The patient presents today for follow-up.

She is currently asymptomatic from a cardiac standpoint.  Her blood pressure is well-controlled and her heart rate is also well-controlled.

Her aortic aneurysm is being followed and managed by Dr.Nwiloh.

As she is currently stable from a cardiac standpoint and her aortic aneurysm is being followed in managed by CT surgery, Dr. Nwiloh, she wishes to follow-up with me on an as-needed basis.  I did discuss with the patient the importance of continuing to follow-up with Dr. Nwiloh regarding continued evaluation and management of her aortic aneurysm as an enlarging aortic aneurysm or ruptured aortic aneurysm can lead to significant morbidity and mortality.  She expresses an understanding and states that she will follow-up with Dr. Nwiloh.

She will obtain future refills of her medication from her primary care physician.

This was dictated in the presence of the patient to ensure accuracy and patient understanding.

## Plan
### Orders
- o BMP. (80048) - - 01/13/2017
### Instructions
- o 1. Continue current medications 2. Obtain blood work 3. Continue to follow-up with Dr. Nwiloh for your aortic aneurysm 4. Continue to follow-up with her primary care physician 5. Follow-up with me on an as-needed basis

**Electronically Signed by:** Apurva D. Shah, MD -Author on January 13, 2017 09:45:47 AM

[Digital Signature Validated]

# Procedure Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Shirley Lett | **Visit Date:** | March 26, 2015 |
| **Patient ID:** | 67164 | **Provider:** | Apurva Shah, MD |
| **Sex:** | Female | **Location:** | NCC Towne Lake |
| **Birthdate:** | ▆▆▆▆▆▆ | **Location Address:** | 900 Towne Lake Parkway |
| **Primary Care Provider:** | Zada Weston-Hill MD | | Suite 400 |
| | | | Woodstock, GA  30189 |
| | | **Location Phone:** | (770) 924-5095 |

TREADMILL STRESS TEST ~ CARDIOVASCULAR PHYSICIANS OF NORTH ATLANTA

Referring Physician: Zada Weston-Hill MD

Reading Physician: Apurva Shah, M.D.

Indication: Palpitations and Hypertension

The patient was exercised into stage 3 of a Bruce protocol for a total of 8 minutes 21 seconds achieving a maximum heart rate of 146 bpm which is 93 % of the age predicted maximum heart rate.
10.4 METS of work was performed during the examination.
The baseline BP of 139/84 increased to a maximium of 196/88 during the examination.
The baseline EKG showed sinus rhythm,with a PVC and there were no ischemic ST segment changes during the examination.
No chest pain during the test. There were rare PVC's noted.
The exercise test was terminated secondary to fatigue.
These findings are not consistent with ischemia at this level of stress on current medications.

CONCLUSION:
1. Exercise study achieving adequate heart rate response, (greater than or equal to 85%).
2. Stress EKG response negative for ischemia.

## Plan
#### Orders
    o Treadmill Stress Test - -

**Electronically Signed by:** Apurva Shah, MD -Author on March 26, 2015 01:54:58 PM

[Digital Signature Validated]

HorizonWP Physician Portal                                                                                      [3/26/2015] Page 1 of 1



CT OF THE CHEST WITH INTRAVENOUS CONTRAST

CLINICAL HISTORY- Thoracic aortic aneurysm.

TECHNIQUE- Informed consent was obtained prior to the administration of 100cc of Omnipaque-350. Multiple contiguous transaxial CT images were obtained of the chest.

FINDINGS- There is fusiform aneurysmal dilatation of the ascending aorta measuring 4.3 x 4.5cm. The proximal aortic arch measures 3.8cm. The mid aortic arch measures 3.1cm with the distal aortic arch measuring 3.2cm. The proximal descending aorta measures 2.6 x 2.7cm. The descending aorta is ectatic. The aorta at the level of the diaphragmatic hiatus on image #49 measures 2.3 x 2.5cm. The heart and remaining great vessels enhance normally. There is dilatation of the left atrium.

The lungs are well expanded and no focal pulmonary infiltrates are seen. The pleural and pericardial spaces are free of any significant fluid. The central large airways are patent.

IMPRESSION- Fusiform aneurysmal dilatation of the ascending aorta measuring 4.5 x 4.3cm. Tortuous however normal-caliber descending aorta.

Cardiomegaly with dilatation of the left atrium.

ABT-kg

LOCATION- MAR

Read By- ANDY B TYBER

[Digital Signature Validated]

## LabCorp - Lab - General Lab

**Specimen #:**  013-120-1673-0        **Report Status:**     Final Results

**Patient Information:**

| | | | |
|---|---|---|---|
| **Name:** | Lett, Shirley | **PatientID:** 715029 | **Sex:** F | **DOB:** |
| **Address:** | 456 NORTH SAINT MARYS LANE | **Phone #:** | **SSN:** | |
| | MARIETTA,   GA   30064- | | | |

---

**Date of Specimen:** 01/13/2017 08:39    **Date Received:** 01/13/2017 00:00 **Specimen Source:**
**Date Reported:**   01/14/2017 08:15    **Physician:**   SHAH MD, A    **Information:**

| Test Name | Result | Flags | Reference Range | Lab |
|---|---|---|---|---|
| **Comments:** | | | | |
| **Basic Metabolic Panel (8)** | | | | |
| Glucose, Serum | 85 mg/dL | | 65-99 mg/dL | MB |
| BUN | 14 mg/dL | | 8-27 mg/dL | MB |
| Creatinine, Serum | 0.96 mg/dL | | 0.57-1.00 mg/dL | MB |
| eGFR If NonAfricn Am | 62 mL/min/1.73 | | >59 mL/min/1.73 | MB |
| eGFR If Africn Am | 72 mL/min/1.73 | | >59 mL/min/1.73 | MB |
| BUN/Creatinine Ratio | 15 | | 11-26 | MB |
| Sodium, Serum | 141 mmol/L | | 134-144 mmol/L | MB |
| Potassium, Serum | 4.0 mmol/L | | 3.5-5.2 mmol/L | MB |
| Chloride, Serum | 103 mmol/L | | 96-106 mmol/L | MB |
| Carbon Dioxide, Total | 25 mmol/L | | 18-29 mmol/L | MB |
| Calcium, Serum | 9.3 mg/dL | | 8.7-10.3 mg/dL | MB |

---

| | | |
|---|---|---|
| **Lab Name:** | LabCorp Birmingham (MB) | **Director:**   Brian D Ragland |
| **Address:** | 1801 First Avenue South | **Phone #:**   2055813500 |
| | Birmingham, AL  35233-1935 | |

# Procedure Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Shirley Lett | **Visit Date:** | March 6, 2015 |
| **Patient ID:** | 67164 | **Provider:** | Apurva Shah, MD |
| **Sex:** | Female | **Location:** | NCC Towne Lake |
| **Birthdate:** | ████████ | **Location Address:** | 900 Towne Lake Parkway |
| **Primary Care Provider:** | Zada Weston-Hill MD | | Suite 400 |
| | | | Woodstock, GA  30189 |
| | | **Location Phone:** | (770) 924-5095 |

HOLTER MONITOR REPORT

Referring Physician: Zada Weston-Hill MD
Reading Physician: Apurva Shah, M.D.
Indication for study: Palpitations

INTERPRETATION:

> The underlying rhythm is normal sinus with an average heart rate of 69 beats per minute (range 49 to 113 bpm).

> Rare premature atrial contractions and 1979 premature ventricular contractions noted during monitoring period.

There were 2 episodes of NSVT. The longest was 4 beats at a rate of 112 bpm.

> No symptoms were documented during the 24 hour monitoring period.

>

>

>

RECOMMENDATIONS: 1. we will have the patient obtain an exercise stress test 2. The patient will f/u with me to evaluate her BP and discuss starting a beta-blocker. 3. she should refrain from any moderate to strenuous activity at this time.

## Plan
### Orders
o Holter Monitor - 24 Hr (93230) - - 03/06/2015
### Referrals
o ID: 7678 Date: 02/25/2015 Type: Outbound
Specialty: Cardiology

**Electronically Signed by:** Apurva Shah, MD -Author on March 12, 2015 04:36:14 PM



## NORTHSIDE HOSPITAL
Atlanta · Forsyth · Cherokee

**Atlanta** - 1000 Johnson Ferry Rd NE, Atlanta, GA 30243-1611
Forsyth - 1200 Northside Forsyth Dr, Cumming, GA 30041
Cherokee - 201 Hospital Road, Canton, GA 30114

**Report Status: Finalized**

---

## Transthoracic Echocardiography Report (TTE)

### Echo ADULT, TOWNE LAKE CARDIOLOGY

### Demographics

| | | | |
|---|---|---|---|
| Patient name | LETT, SHIRLEY | Age | 64 year(s) |
| MRN | P67164CH7 | Gender | Female |
| Account # | | Race | Unknown |
| Date of Birth | ▬▬▬ | Height | 64 Inches |
| Study Date | 03/06/2015 | Weight | 176 Pounds |
| Referring Physician | | BSA | 1.85 m² |
| | | BMI | 30.21 kg/m² |
| Sonographer | WEBB RDCS,BILL | Interpreting Physician | SHAH MD,APURVA |
| Ordering Physician | SHAH MD,APURVA | Nurse | |

### Physician Summary

There is mild concentric hypertrophy with left atrial enlargement.
Normal LV systolic function with an EF=60-65%.
Grade I diastolic dysfunction.
The aortic valve is trileaflet and mildly sclerotic with trace aortic regurgitation.
The aortic root is dilated measuring 4.6cm.

We will obtain a CT of the chest with contrast to further evaluate the dilated aortic root.

**Signature:**

Electronically signed by SHAH MD,APURVA(Interpreting physician) on 03/06/2015 03:12 PM

### Indications

**Indications for Study:** Hypertension and Palpitations.

### Measurement Summary

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| LVIDd: | (n 3.7-5.6) | 5.04 cm | RV Dias. Dim.: | (n 1.7-2.8) | 2.76 cm | Ao Root: | (n 2.0-3.7) | 4.6 cm | | |
| IVSd: | (n 0.7-1.1) | 1.2 cm | LV EDV: | | 110.61 ml | LA Dim.: | (n 1.9-4.0) | 4.1 cm | | |
| LVPWd: | (n 0.6-1.1) | 1.2 cm | LV ESV: | | 40.67 ml | Est. RVSP: | (n 18-25) | 32 mmHg | | |
| EF calc.: | (n >55) | 63.23% | | | | | | | | |
| FS: | | 41 % | | | | | | | | |

### Valves

**Mitral Valve**

**Mitral Valve Summary**

The mitral valve leaflets appear normal.
There is trace mitral valve regurgitation.

---



## NORTHSIDE HOSPITAL
### Atlanta · Forsyth · Cherokee
**Atlanta** - 1000 Johnson Ferry Rd NE, Atlanta, GA 30243-1611
Forsyth - 1200 Northside Forsyth Dr, Cumming, GA 30041
Cherokee - 201 Hospital Road, Canton, GA 30114

### Report Status: Finalized

| | | | |
|---|---|---|---|
| **PW Diastolic:** | 1.2 cm | **PW Systolic:** | 1.41 cm |
| **EF Calculated:** | 63.23 % | **LV EDV/LV EDV Index:** | 110.61 ml /60 m² |
| **FS:** | 41 % | **LV ESV/LV ESV Index:** | 40.67 ml /22 m² |

### Right Atrium

**Right Atrium Summary**

Normal right atrial size.

**RA Systolic Pressure:** 10 mmHg

### Right Ventricle

**Right Ventricle Summary**

Normal right ventricular size and function.

**Diastolic Dimension:** 2.76 cm          **RV Systolic Pressure:** 32.06 mmHg

### Miscellaneous

**Miscellaneous Summary**

The aortic root is dilated measuring 4.6cm.

**Aorta**

**Aortic Root:** 4.6 cm

### Pericardium

**Pericardial effusion summary**

There is no evidence of pericardial effusion.

### Pleura

**Pleural Effusion Summary**

No evidence of pleural effusion.

---

| | | |
|---|---|---|
| Patient Name: LETT SHIRLEY | MRN: P67164CH7 | Date of study: 03/06/2015 12:08 PM |

Page: 3 of 3

| | | **Cardiovascular Care** | | | Rate: | 58 | BPM | Interpretation: |
|---|---|---|---|---|---|---|---|---|
| Name: | Shirley Lett | Req. Physician: | | | PR: | 236 | msec | Sinus Bradycardia -First degree A-V block |
| ID: | 715029 | Technician: | Magkeshia Yates | | QT/QTc: | 420/417 | msec | PRi = 236 |
| Sex: | Female | History: | | | QRSD: | 87 | msec | |
| BP: | | Medication: | | | P Axis: | 48 | | |
| Weight: | 175.5 lbs | Date of Report: | 01/13/17 | 09:14:54 | QRS Axis: | 16 | | |
| Height: | 64 inches | Reviewed By: | Apurva D. Shah, MD | | T Axis: | 68 | | |
| DOB: | (65 Years) | Review Date: | 01/13/17 | 09:33:02 | | | | |
| Comments: | | | | | | | | |



Speed:25 mm/sec  Gain:10 mm/mv  MYO:OFF  AC:ON  DRIFT:ON          Midmark Diagnostics Group          Page 1 of 1          Version 8.4.1          ECG Analysis Ver. 8.4.1          Print Date   11/04/19      13:49:25



| | | |
|---|---|---|
| Name: Shirley Lett | **CPNA** | Rate: 53 BPM |
| ID: 67164 | Req. Physician: | PR: 226 msec |
| Sex: Female | Technician: Keshia Yates | QT/QTc: 450/438 msec |
| BP: | History: | QRSD: 86 msec |
| Weight: lbs | Medication: | P Axis: 43 |
| Height: 64 inches | Date of Report: 01/15/16  09:43:22 | QRS Axis: 12 |
| DOB: (64 Years) | Reviewed By: Apurva Shah, MD | T Axis: - |
| Comments: | Review Date: 01/15/16  09:46:22 | |

Interpretation:
Sinus Bradycardia -First degree A-V block
Nonspecific T-abnormality.

Speed:25 mm/sec Gain:10 mm/mv  MYO:OFF  AC:ON  DRIFT:ON        Midmark Diagnostics Group        Page 1 of 1        Version 8.4.1        ECG Analysis Ver. 8.4.1        Print Date  11/04/19  13:48:05

# EXHIBIT-D



March 8, 2016

 SHIRLEY D LETT
456 N SAINT MARYS LN NW
MARIETTA, GA 30064

**PLEASE READ THIS NOTICE CAREFULLY.  TAKE ACTION TO AVOID THE LOSS OF YOUR PROPERTY.**

**NOTICE OF DEFAULT
RIGHT TO CURE**

Account Number:  0016119455
Property Address: 456 N NORTH SAINT MARYS LN
        MARIETTA, GA 30064

Dear Customer(s):

The mortgage loan on your property is in default as a result of your failure to make payments as required by the Note and Deed of Trust or Mortgage (Security Instrument). We have previously sent you letters and communications regarding this default in an attempt to resolve this matter. This letter provides information about the default and what rights you have to cure the default. Select Portfolio Servicing, Inc. (SPS) services your mortgage loan and has been instructed on behalf of the holder of the promissory note to pursue remedies under the Security Instrument unless you take action to cure the default before the Cure Date shown below. The Noteholder on your Loan is Bank of New York Mellon, f/k/a Bank of New York, as Trustee for the registered holders of Alternative Loan Trust 2005-27, Mortgage Pass-Through Certificates Series 2005-27 (c/o SPS, PO Box 65250 Salt Lake City, UT 84165-0250).

This letter provides notice of the following:

**The Default**
You have failed to make payments under the Note and Security Instrument as shown below. This letter is a formal demand for payment.

**Action Required to Cure the Default**
To cure this default, you must pay the Amount Required to Cure together with payments which may subsequently become due, on or before the Cure Date listed below.

**Amount Required to Cure the Default**
As of the date of this letter, the total amount due and required to cure the default on your loan is $177,894.31 (Amount Required to Cure) as itemized below:



| Itemization of Amount Required to Cure Cure Date: April 7, 2016 | | |
|---|---|---|
| Payment due for July 1, 2012 | $ | 176,446.65 |
| *Total amount due includes Escrow Payments (Taxes/Insurance) of $764.69* | | |
| Accrued Late Charges | $254.12 | |
| Advances made on Customer's behalf | $1,259.56 | |
| Escrow advance balance (Deficit) | $0.00 | |
| **Total Amount Outstanding** | $ | 177,960.33 |
| Unapplied balance | $ | 66.02 |

Additional payments may become due between the date of this letter and the Cure Date. If you wish to cure the default after those payments become due, they should be added to the Amount Required to Cure. You have thirty (30) days from the date of this notice to pay the Amount Required to Cure. This Cure Date is April 7, 2016. Fees and other charges may continue to be assessed to your account after the date of this letter pursuant to the terms of the Security Instrument. In addition, there may be other fees, escrow advances or corporate advances that SPS paid on your behalf or advanced to your account not itemized in this letter. While these amounts are not required to cure the payment default, you still owe these amounts. To obtain the amount required to bring the loan current, please contact SPS at our toll free number 800-635-9698.

SPS is not waiving its right to demand that you pay these amounts at a later date. SPS reserves the right to accept one or more payments for less than the Amount Required to Cure, and such acceptance shall not be deemed a waiver of any of its rights under the Security Instrument. This means, for example, if you send us a payment for less than the Amount Required to Cure, we can apply this payment to the amount due and owing, and because the payment did not cure the default, continue the process towards foreclosure. Please be advised that our acceptance of any such partial payment does not prejudice our right to refuse such payment or partial payment in the future.

NOTE: Your loan was originated as a Payment Option Adjustable Rate Mortgage. The Amount Required to Cure the Default listed above is based on the interest only payment option under your note. Paying the interest only payment will not reduce your principal balance and may result in a balloon payment at the end of your mortgage. You may have other payment options available under your note; please contact us at 800-635-9698 to discuss your monthly payment options.

**Possible Consequences of Default**
If SPS does not receive the Amount Required to Cure by the Cure Date, or if some loss mitigation alternative to foreclosure has not started, SPS may initiate foreclosure and require immediate payment in full of the entire outstanding unpaid amount on the account. In other words, SPS may accelerate all payments owing and sums secured by the Security Instrument. If that happens, you may lose your home. A foreclosure will result in the involuntary loss of the property via sale to the lender or another person may acquire the property by means of foreclosure and sale, and you may be evicted. Once foreclosure is initiated, additional amounts for legal fees and costs may be incurred. These sums can be significant. They may be added to amounts secured by the Security Instrument, and they may be required to be paid, to the extent permitted by law, if you wish to reinstate or satisfy the loan after foreclosure is initiated.

You have the right to cure after acceleration of your loan and commencement of foreclosure proceedings. If you meet the conditions to reinstate, as provided in the Security Instrument, you may reinstate even after foreclosure has been initiated but prior to sale. This means that once you have met the conditions, the enforcement of the Security Instrument will be stopped and your Note and Security Instrument will remain, as if demand for payment in full had not been made. You will have this right at any time before the earliest of: (a) five days before sale of the property under any power of sale granted by the Security Instrument; (b) another period as applicable law might specify for the termination of your right to have enforcement of the loan stopped; or (c) a judgment has been entered enforcing your Security Instrument. SPS requires that you pay reinstatement amounts in certified funds. Certified funds include a bank wire, cashier's bank check, attorney trust account check, title or escrow company check, or Western Union Quick Collect. Please contact SPS at 800-635-9698 for instructions on submitting these funds. If you reinstate, the Security Instrument shall remain fully effective as if no foreclosure action had started.

**Payment Options**
Please provide payments to the following address:

| Sent via US Mail to: | Sent via overnight courier to: |
|---|---|
| | |

Payments may be submitted in the following forms:
(a) Personal check
(b) Money order
(c) Bank wire (electronic funds transfer). Please contact SPS for the information necessary to complete a bank wire.
(d) Certified check, bank check, treasurer's check or cashier's check, provided any such check is drawn upon an institution whose deposits are insured by a federal agency.
(e) Western Union Quick Collect. Reference the loan number above and deliver to Code City: Oswald, Code State: UT.

In some circumstances, you may be able to submit a payment through EZ Pay by calling 800-258-8602 or visiting our website at **www.spservicing.com**. Please remember that EZ Pay payments clear quickly, and you must have the funds in your checking account on the day you ask us to process a payment. We will obtain your consent prior to initiating payment and will advise you of any fee for this service which may be up to $15.00.

**You Have Options to Avoid Foreclosure!**
SPS is committed to home retention and offers many customer assistance programs designed to help customers avoid foreclosure. These programs are offered at no cost to our customers and may include special payment arrangements, structured repayment plans, or loan modifications. SPS is a participant in the federal government's Making Home Affordable Program (MHA), which is designed to help preserve home ownership or prevent foreclosure through modification, short sale, and deed-in-lieu options, if you are eligible. Even if you are not eligible for an MHA program, you may be eligible for an SPS loan resolution program, which could include an SPS loan modification or loan settlement alternative.

If you would like to learn more about these programs, you should immediately contact an SPS representative at our toll-free number, 800-635-9698, or visit our website at www.spservicing.com or visit the U.S. Treasury Department's website at www.makinghomeaffordable.gov. Our representatives are available by phone Monday through Thursday between the hours of 8 a.m. and 11 p.m., Friday from 8 a.m. to 9 p.m., and Saturday from 8 a.m. to 2 p.m., Eastern Time.

**If we can reach an agreement to resolve your default, we will not proceed with and/or commence foreclosure, as long as you comply with the agreement and make required payments.**

**Counseling**
HUD approved home ownership counseling may be available to you. You should call 800-569-4287 or TDD 800-877-8339, or go to HUD's website at www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm to find the HUD-approved housing counseling agency nearest you. You may be eligible for assistance from the Homeownership Preservation Foundation, which may be reached at the Homeowner's HOPE™ Hotline at 888-995-HOPE™ (888-995-4673) or at their website, www.995hope.org, or you may seek help from another non-profit foreclosure avoidance agency.

**Additional Options Under the Servicemembers Civil Relief Act (SCRA)**
SPS is committed to home ownership assistance for active service members and veterans of the United States military. You may be entitled to certain protections under the federal Servicemembers Civil Relief Act (50 U.S.C. Sec. 3901 et seq.) or applicable state law regarding your interest rate and the risk of foreclosure.

Under federal and any applicable state laws, servicemember protections may extend to members of the Army, Navy, Air Force, Marine Corps, Coast Guard, the commissioned corps of the National Oceanic and Atmospheric Administration (NOAA), the commissioned corps of the Public Health Service (PHS), or state National Guard. If you or your spouse is serving on active military duty, including active military duty of the National Guard, a member of a reserve component of the armed forces of the United States, or as active service with NOAA or PHS, you may be entitled to certain interest rate and foreclosure protections under the SCRA. We encourage you to assert and protect your rights as a member or veteran of the armed forces of the United States or the above noted agencies. Please contact SPS for qualification and application requirements. Counseling is available at agencies such as Military OneSource (800-342-9647 or www.militaryonesource.mil) and Armed Forces Legal Assistance ( http://legalassistance.law.af.mil).

**Your Rights**
If you wish to dispute your delinquency or the amount required to Cure the Default, you may do so by providing a written dispute to SPS at the following address:

Select Portfolio Servicing, Inc.
PO Box 65277 Salt Lake City, UT 84165-0277



You may call SPS at our toll free number 800-258-8602 to discuss your dispute. However, to protect your rights under federal law, you will need to provide written notice to SPS if you believe that your dispute is unresolved.

You have the right to bring a court action to assert the non-existence of a default or any other defense you may have to acceleration and sale.

**You have options to avoid foreclosure. THE TIME TO ACT IS NOW. Please call us at 800-635-9698.**

Sincerely,

Select Portfolio Servicing, Inc.

**Esta carta contiene información importante concerniente a sus derechos. Por favor, traduzca esta carta. Nuestros representantes bilingües están a su disposición para contestar cualquier pregunta. Llamenos al numero 800-831-0118 y seleccione/marque la opción 2.**

**This communication from a debt collector is an attempt to collect a debt and any information obtained will be used for that purpose.**

**Minnesota - This collection agency is licensed by the Minnesota Department of Commerce
New York City - Collection Agency License # 1170514**



Select Portfolio Servicing
PO BOX 65250
Salt Lake City, UT
84165-0250

9171 9010 7643 2011 5896 26

SHIRLEY D LETT
456 N SAINT MARYS LN NW
MARIETTA, GA 30064



00094400000214010300

# EXHIBIT-E

33



**Shellpoint**
Mortgage Servicing

P.O. BOX 51850
LIVONIA MI 48151-5850
RETURN SERVICE REQUESTED

**Phone Number:** 866-825-2174
**Fax:** 866-467-1187
**Email:** Lossmitigation@shellpointmtg.com
**Mon - Thurs:** 8:00AM-6:00PM
**Fri:** 8:00AM-5:00PM

S-SFRECS20 L-1038 R-106
P77CO900200034 - 522756149 I00257
SHIRLEY D LETT
456 N SAINT MARYS LN NW
MARIETTA GA 30064-1460

| Loan Number: | 0578160678 |
|---|---|
| Principal Balance: | $642,807.92 |
| Property: | 456 N North Saint Mar Marietta, GA 30064 |

07/21/2017

Dear Borrower(s):

**Shellpoint Mortgage Servicing ("Shellpoint") has received your request for a loss mitigation program.** However, because you have not provided all the documentation previously requested, your response package is currently considered incomplete. If we do not receive the required documents by 08/20/2017, we may conclude that you have withdrawn your request for a modification and may resume other means to collect any amounts due on your account. To proceed with your request for a modification, you must submit the documents marked with an "X" to Shellpoint.

**The evaluation process will begin when we receive all required documentation. During the evaluation process, your property will not be referred to foreclosure or be sold at a foreclosure sale if the foreclosure process has already been initiated. If your** foreclosure process has been initiated, we may be unable to stop a sale where a court with jurisdiction over the foreclosure proceeding (if any) or public official charged with carrying out the activity could fail or refuse to halt a scheduled foreclosure sale.

**It may take up to 30 days for Shellpoint to review your request after we receive all required documentation.** All documents must be no older than 90 days at the time the complete package is received.

Please continue to make your monthly payment according to your loan agreement.

Upon completion of the evaluation process, we will notify you of the results in writing. If you are approved for a loss mitigation program, we will notify you of the length of time you have to consider the offer before accepting. In most cases, this is between 14 and 30 days.

Should your loan not qualify for a particular loss mitigation program such as a modification, we will review your loan for other possible workout options or foreclosure alternatives such as a short sale or Deed in Lieu. The timeline of a short sale or Deed in Lieu can vary between 30 and 120 days after the receipt of all required documentation based on the current investor. If approved for a short sale, Shellpoint reserves the right to pursue a deficiency payment if such deficiency claim is permitted by applicable law. If approved for a deed in lieu, you and all other occupants must vacate your Property and provide clear and marketable title with a general warranty deed or local equivalent.

You should consider contacting servicers of any other mortgage loans secured by the same property to discuss available loss mitigation options.

Should you have questions, please contact us at 866-825-2174 or visit our website at www.shellpointmtg.com.

If you believe you have provided the requested documentation, please call us at 866-825-2174 as the received documentation may have been incomplete, needs further clarification, or was not received for all borrowers/contributors.

☒ Completed and signed Uniform Borrower Assistance Form
☒ Signed and dated IRS Form 4506-T (Request for Transcript of Tax Return), including social security numbers for all borrowers/contributors
☒ Signed copy of your most recently filed **personal** federal income tax return including all schedules and forms for all borrowers/contributors
☒ Signed copy of your most recently filed **business** federal income tax return including all schedules and forms for all borrowers/contributors
☒ Copy of your most recent bank statements including all pages of all borrowers/contributors accounts (must be dated less than 90 days old at the time the complete package recived)
  For each borrower/contributor who is self-employed:
☒ Copy of the most recent quarterly or year-to-date profit/loss statement for all businesses

001610010850400

# EXHIBIT-F

P.O. BOX 51850
LIVONIA MI 48151-5850
RETURN SERVICE REQUESTED





**Shellpoint**
Mortgage Servicing

**Phone Number:** 866-825-2174
**Fax:** 866-467-1187
**Email:** Lossmitigation@shellpointmtg.com
**Mon - Thurs:** 8:00AM-6:00PM
**Fri:** 8:00AM-5:00PM

ɪlɪlɪ··ɪ|ɪ|ɪ|ɪ||ɪɪ|||ɪɪɪ||ɪ·|ɪ·|ɪ|||ɪɪ||ɪ|||ɪ||ɪ·ɪ||ɪ··ɪ|ɪɪ·ɪ
S-SFRECS20  L-1303  R-106
P77YWS00300723 - 523056712 I01446
SHIRLEY D LETT
456 N SAINT MARYS LN NW
MARIETTA GA 30064-1460

| Loan Number: | 0578160678 |
|---|---|
| Principal Balance: | $642,807.92 |
| Property: | 456 N North Saint Mar |
| | Marietta, GA 30064 |

07/26/2017

**Dear Shirley D Lett:**

The above referenced  mortgage loan serviced by Shellpoint Mortgage Servicing ("Shellpoint"), on the above referenced property is in default and foreclosure proceedings have or may soon commence. Because you have not taken steps to resolve the delinquency, we have been instructed by the owner of your mortgage loan to commence foreclosure.

In addition to foreclosing on the property, the owner of the mortgage loan may seek a deficiency judgment against you if the proceeds from the foreclosure sale do not pay off the amount you owe on the mortgage loan.

**Foreclosure Alternatives**

If you are unable to pay your mortgage loan  because of a financial hardship, there are options that may be available to you—such as a loan modification or other  foreclosure alternatives,  including short sale or deed-in-lieu of foreclosure.

You may have received a Borrower Solicitation Package.  It is not too late for you to be evaluated for an alternative to foreclosure even if you previously expressed that you were not interested in a foreclosure alternative.  If you did not receive or no longer have in your possession the Borrower Solicitation Package, you should contact Shellpoint to obtain another package.  You can contact Antonia Buchanan at the telephone number and address listed below.

Shellpoint Mortgage Servicing
ATTN:  Loss Mitigation Department
P.O. Box 10826
MS: 157
Greenville, SC 29603-0826
Telephone: 832-775-7618 ext. 7618

Your Borrower Response Package must be completed and sent to Shellpoint in order to be considered for alternatives to foreclosure. Shellpoint's contact information for submitting a complete Borrower Response Package is below:

Shellpoint Mortgage Servicing
ATTN:  Loss Mitigation Department
P.O. Box 10826
MS: 157
Greenville, SC 29603-0826
Telephone: 832-775-7618 ext. 7618

If you have been previously denied a loan modification, and you are contemplating an appeal or have a pending appeal of this denial, you may submit a loan modification application in lieu of this appeal within 30 days after the date of this notice.

HUD-approved counselors are available to provide you with the information and assistance you may need to avoid foreclosure. You can use the search tool at http://www.hud.gov/offices/hsg/sfh/hcc/fc/ to find a counselor near you or by calling 1(888)995-HOPE (4673).

Sincerely,
Shellpoint Mortgage Servicing

# EXHIBIT-G

35

P.O. BOX 51850
LIVONIA MI 48151-5850
RETURN SERVICE REQUESTED

**Shellpoint**
Mortgage Servicing

Phone Number: 866-825-2174
Fax: 866-467-1187
Email: Lossmitigation@shellpointmtg.com
Mon - Thurs: 8:00AM-6:00PM
Fri: 8:00AM-5:00PM

S-SFRECS20 L-1300-1 R-106
P71AEX00302561 - 519045822 I10210
SHIRLEY D LETT
456 N SAINT MARYS LN NW
MARIETTA GA 30064-1460

| Loan Number: | 0578160678 |
| Total Due: | $237,086.50 |
| Principal Balance: | $642,807.92 |

06/07/2017

**Notice of Referral to Foreclosure**

RE:     Deed of Trust/Mortgage Dated: 05/26/2005
        Loan #: 0578160678
        Property: 456 N North Saint Mar
                  Marietta, GA 30064

Dear Shirley D Lett:

**Your mortgage loan payment is past due and your property may be referred to foreclosure unless immediate action is taken.**

You may be able to avoid foreclosure by paying the total amount necessary to bring the account current (see "Important Account Information").

We want to give you important information about the status of your account and discuss next steps. **Be sure you read this letter in its entirety.** It also spells out, in legal terms, why we are moving forward with the foreclosure process and what you may do in response.

We are required to notify you of the following:

1.  **Right to foreclose:**

Shellpoint Mortgage Servicing services the mortgage loan. You signed a promissory note secured by a mortgage, deed of trust or other security instrument.Shellpoint Mortgage Servicing intends to initiate foreclosure action on the mortgaged property. The foreclosure will be conducted in the name of THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC. ALTERNATIVE LOAN TRUST 2005-27, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-27 ("Noteholder").

Noteholder is unable to find the original promissory note you signed and will seek to prove the promissory note using a lost note affidavit. Noteholder is the original mortgagee or beneficiary or the assignee of the mortgage or deed of trust for the referenced loan

2.  **Important Account Information as of 06/07/2017:**
    A.  **The total amount needed to reinstate or to bring the account current is: $237,086.50.** Please note this amount is subject to change. Please call us for the most current amount.
    B.  The amount of the principal obligation under the mortgage is: $642,807.92
    C.  The date through which the account is paid is: 06/01/2012
    D.  The date of last full payment was: 06/01/2012
    E.  As of today, you are due for: 07/01/2012
    F.  As of today, the interest rate in effect for the loan is: 2.75%
    G.  The date on which the interest rate may next reset or adjust is: 07/01/2017
    H.  The amount of any prepayment fee to be charged is: $0.00
    I.  The amount of late payment fees included in the above reinstatement amount is: $325.44

P 1000001 A-0578160678 000x60102.b409

**3. Loss Mitigation Options:**

Unless you have directed us not to, we have offered or undertaken loss mitigation efforts with respect to your loan. According to our records:

We have been unable to contact you or we have not yet received a complete initial package/borrower response package from you to consider you for a loan modification.

If your **FINANCIAL** circumstances have changed, **OR** if you believe that your application for a modification was denied in error, or if you would like to discuss alternatives to foreclosure **INCLUDING A SHORT SALE OR DEED IN LIEU OF FORECLOSURE**, please contact us immediately at 866-825-2174.

**4. Borrowers Responsibilities:**

If you wish to continue to occupy the property, is your responsibility to maintain the property, and continue to pay taxes owed, until a sale or other title transfer action occurs.

If you are considering moving out or abandoning the property, please contact us to discuss alternatives to foreclosure **INCLUDING A DEED IN LIEU OF FORECLOSURE** under which you may be able to surrender the property in exchange for compensation if eligible.

**5. Additional Account Information:**

The following information can be obtained by calling our office at 866-825-2174 or sending a written request to the address below

Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826

- A copy of your payment history from the period the loan was last less than 60 days delinquent to present.
- A copy of the note or lost note affidavit if applicable.
- The name of the investor that holds the loan.
- If we have commenced foreclosure or filed a Proof of Claim, you may obtain copies of any assignments of mortgage or deed of trust required to demonstrate our right to foreclose under applicable state law.

**6. Assistance available to you:**

We understand that this may be a difficult time for you and that you may have questions about the foreclosure process. If you have questions, or to obtain information regarding your mortgage, please call us at 866-825-2174.

For your benefit and assistance, there are government approved homeownership counseling agencies through the Secretary of Housing and Urban Development (HUD) to help homeowners avoid losing their homes. To obtain a list of approved counseling agencies, please call HUD toll free at (800) 569-4287 or visit www.hud.gov.
**This matter is very important. Please give it your immediate attention.**

Si usted no entiende el contenido de esta carta, por favor contacte a uno de nuestros representantes que hablan español al número 866-825-2174.

Sincerely,

Elizabeth McJunkins
866-316-47154842
Shellpoint Mortgage Servicing