**IT IS ORDERED as set forth below:**

**Date: March 25, 2020**

_____
**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE:<br><br>SHIRLEY LETT,<br><br>    Debtor. | CASE NO. 10-61451-BEM<br><br>CHAPTER 7 |
| SHIRLEY WHITE-LETT,<br><br>    Plaintiff,<br><br>v.<br><br>BANK OF NEW YORK MELLON CORPORATION, SELECT PORTFOLIO SERVICING, LLC, and NEWREZ, LLC, DBA SHELLPOINT MORTGAGE SERVICING INCORPORATED,<br><br>    Defendants. | ADVERSARY PROCEEDING NO. 20-6031-BEM |

**O R D E R**

This matter is before the Court on Select Portfolio Servicing, LLC's *Second Motion for Extension of Time to Answer Complaint*. [Doc. 20]. The Motion requests an extension through

April 7, 2020. All three defendants in this proceeding requested and obtained an extension of time to answer through March 24, 2020. [Docs. 9, 12, 13, 14]. In addition, defendants Bank of New York Mellon and New Rez, LLC have filed answers. [Docs. 10, 11].

On March 19, 2020, Debtor requested alias summonses for all defendants. [Doc. 16]. The summonses were re-issued on March 19, 2020 with a deadline to answer of April 20, 2020. [Doc. 17]. As Bank of New York Mellon and New Rez have already filed answers, the new answer deadline does not apply to them, but it does apply to Movant. Because the new deadline exceeds the extension requested in the Motion, the Motion is moot. Accordingly, it is

ORDERED that the Motion is DENIED as moot.

**END OF ORDER**

**Distribution List**

Shirley White-Lett
456 North Saint Marys Lane
Marietta, GA 30064

Chandler P. Thompson
Akerman LLP
Suite 725
170 South Main Street
Salt Lake City, UT 84101

Chandler P. Thompson
AKERMAN LLP
999 Peachtree Street, NE, Suite 1700
Atlanta, Georgia 30309

Grant E. Schnell
Holland & Knight LLP
1180 West Peachtree Street, NW
Suite 1800
Atlanta, GA 30309